## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **LABORERS' PENSION FUND and** | ) | FILED: APRIL 21, 2008 |
| **LABORERS' WELFARE FUND OF THE** | ) | 08CV2269         TC |
| **HEALTH AND WELFARE DEPARTMENT** | ) | JUDGE ZAGEL |
| **OF THE CONSTRUCTION AND GENERAL** | ) | MAGISTRATE JUDGE COX |
| **LABORERS' DISTRICT COUNCIL OF** | ) | |
| **CHICAGO AND VICINITY, and JAMES S.** | ) | |
| **JORGENSEN, Administrator of the Funds,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | Case No. |
| v. | ) | |
| | ) | |
| **GALLOY AND VAN ETTEN, INC., an Illinois** | ) | |
| **corporation,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## COMPLAINT

Plaintiffs, Laborers' Pension Fund and Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity (collectively "Funds") and James S. Jorgensen (hereinafter "Jorgensen"), Administrator of the Funds, by their attorneys, Patrick T. Wallace, Jerrod Olszewski, Christina Krivanek, Amy N. Carollo, and Charles Ingrassia for their Complaint against Defendant Galloy and Van Etten, Inc., state:

## COUNT I

### (Failure To Pay Employee Benefit Contributions as Revealed by Audit)

1. Jurisdiction is based on Sections 502(e)(1) and (2) and 515 of the Employee Retirement Income Security Act of 1974 ("ERISA"), as amended, 29 U.S.C. §§1132 (e)(1) and (2) and 1145, Section 301(a) of the Labor Management Relations Act ("LMRA") of 1947 as amended, 29 U.S.C. §185(a), and 28 U.S.C. §1331, and federal common law.

2.      Venue is proper pursuant to Section 502(e)(2) of ERISA, 29 U.S.C. §1132(e)(2), and 28 U.S.C. §1391 (a) and (b).

3.      The Funds are multiemployer benefit plans within the meanings of Sections 3(3) and 3(37) of ERISA.  29 U.S.C. §1002(3) and 37(A).  They are established and maintained pursuant to their respective Agreements and Declarations of Trust in accordance with Section 302(c)(5) of the LMRA.  29 U.S.C. § 186(c)(5).  The Funds have offices and conduct business within this District.

4.      Plaintiff James S. Jorgensen ("Jorgensen") is the Administrator of the Funds, and has been duly authorized by the Funds' Trustees to act on behalf of the Funds in the collection of employer contributions owed to the Funds and to the Construction and General District Council of Chicago and Vicinity Training Fund, and with respect to the collection by the Funds of amounts which have been or are required to be withheld from the wages of employees in payment of Union dues for transmittal to the Construction and General Laborers' District Council of Chicago and Vicinity (the "Union").  With respect to such matters, Jorgensen is a fiduciary of the Funds within the meaning of Section 3(21)(A) of ERISA, 29 U.S.C. §1002(21)(A).

5.      Defendant Galloy and Van Etten, Inc., (hereinafter "Company"), is an Illinois corporation.  The Company does business within this District and was at all times relevant herein an employer within the meaning of Section 3(5) of ERISA, 29 U.S.C. §1002(5), and Section 301(a)        of        the        LMRA,        29        U.S.C.        §185(c).

6.    The Union is a labor organization within the meaning of 29 U.S.C.

§185(a). The Union and Company 1 have been parties to successive collective bargaining

agreements, the most recent of which became effective June 1, 2003. ("Agreement"). (A

copy of the Agreement and copies of Company's June, 2003 through May, 2006 monthly

benefits contribution reports which are signed by Defendant and bear the following

language reaffirming Company's intent to be bound to the collective bargaining

agreement and Funds' Agreements and Declarations of Trust are attached hereto as

Exhibit A:

**EMPLOYER'S WARRANTY AND ACCEPTANCE: The**
undersigned employer hereby warrants that this report accurately
states all hours worked by all laborers in its employ.  In addition,
the employer hereby agrees to be bound to the terms of the current
collective bargaining agreement executed between the Construction
and general Laborers' District Council of Chicago and Vicinity and
the relevant Multi Employer Associations.  Further, the undersigned
hereby expressly accepts and agrees to be bound by the trust
agreements governing Laborer's Pension and Welfare, et al., and
accepts all of the terms thereof with the intention of providing benefits
to its laborers.

7.    The Funds have been duly authorized by the construction and General

Laborers' District Council of Chicago and Vicinity Training Fund (the "Training Fund"),

the Midwest Construction Industry Advancement Fund ("MCIAF"), the Chicagoland

Construction Safety Council (the "Safety Fund"), the Laborers' Employers' Cooperation

and Education Trust ("LECET"), the Building Association of Greater Chicago ("BAC"),

the Underground Contractors Association ("UCA"), the CISCO Uniform Drug/Alcohol

Abuse Program ("CISCO"), the Laborers' District Council Labor Management

Committee Cooperative ("LDCLMCC"), and the Chicago Area Independent

Construction Association ("CAICA") to act as an agent in the collection of contributions due to those funds.

8.      The Agreement and the Funds' respective Agreements and Declarations of Trust obligate the Company to make contributions on behalf of its employees covered by the Agreement for pension benefits, health and welfare benefits, for the training fund and to submit monthly remittance reports in which the Company, *inter alia*, identifies the employees covered under the Agreement and the amount of contributions to be remitted to the Funds on behalf of each covered employee.   Pursuant to the terms of the Agreement and the Funds' respective Agreements and Declarations of Trust, contributions which are not submitted in a timely fashion are assessed 10 percent liquidated damages plus interest.

9.      The Agreement and the Funds' respective Agreements and Declarations of Trust require the Company to submit its books and records to the Funds on demand for an audit to determine benefit contribution compliance.

10.      Notwithstanding the obligations imposed by the Agreement and the Funds' respective Agreements and Declarations of Trust, as shown in a true and accurate copy of the audit and audit summary sheet attached hereto as Exhibit B and B-1, the Company has failed to submit reports and contributions to Plaintiff Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity for the audit period of April 1, 2004 through May 31, 2006 in the amount of $3,383.62, thereby depriving the Welfare Fund of contributions, income and information needed to administer the Fund and jeopardizing the health and welfare benefits of the participants and beneficiaries.

11.    Pursuant to the terms of the Agreement and the Funds' respective Agreements and Declarations of Trust, the Company owes $338.36 in liquidated damages to the Welfare Fund, plus interest, for the audit period of April 1, 2004 through May 31, 2006. See Exhibit B-1 attached hereto.

12.    Pursuant to the terms of the Agreements and the Funds' respective Agreements and Declarations of Trust, the Company is liable for the costs of any audit revealing delinquencies to the Funds. Accordingly, the Company is liable for audit costs in the amount of $892.50, for the audit covering the period of April 1, 2004 through May 31, 2006.

13.    The Company's actions in failing to submit payment upon an audit to which it submitted its books and records violate Section 515 of ERISA, 29 U.S.C. §1145.

14.    Pursuant to Section 502(g)(2) of ERISA, 29 U.S.C. §1132 (g)(2), Section 301 of the LMRA, 29 U.S.C. §185, federal common law, and the terms of the Agreement and the Funds' respective Trust Agreements, the Company is liable to the Funds for unpaid contributions, as well as interest and liquidated damages on the unpaid contributions, audit costs, reasonable attorneys' fees and costs, and such other legal and equitable relief as the Court deems appropriate.

WHEREFORE, Plaintiffs respectfully request this Court enter a judgment against Defendant Galloy and Van Etten, Inc.,

a.    entering judgment in sum certain against the Defendant on the amounts due and owing pursuant to the audit including contributions, interest, liquidated damages, audit costs, and attorneys' fees and costs; and

b.      awarding Plaintiffs any further legal and equitable relief as the Court deems appropriate.

## COUNT II

### (Failure To Pay Union Dues)

15.     Plaintiffs reallege paragraphs 1 through 10 of Count I.

16.     Notwithstanding the obligations imposed by the Agreement, the Company has failed to submit $170.92 in union dues that were deducted or should have been deducted from the wages of its employees for the audit period of April 1, 2004 through May 31, 2006, thereby depriving the Union of information.

17.     Pursuant to the Agreement, the Company is liable to the Funds for the unpaid union dues, as well as $17.09 in liquidated damages, audit costs, reasonable attorneys' fees and costs as the Union's collection agent, and such other legal and equitable relief as the Court deems appropriate.

WHEREFORE, Plaintiffs respectfully request that this Court enter judgment against Defendant Galloy and Van Etten, Inc., ordering Defendant to submit payment of union dues owed on the audit together with all liquidated damages, audit costs, attorneys' fees and costs, and any other legal and equitable relief as the Court deems appropriate.

April 21, 2008                                    Laborers' Pension Fund, et al.

                                                 By:  /s/ Jerrod Olszewski

Patrick T. Wallace
Jerrod Olszewski
Christina Krivanek
Amy N. Carollo
Charles Ingrassia
Office of Fund Counsel
111 W. Jackson Blvd., Suite 1415
Chicago, IL  60604
(312) 692-1540

COLLECTIVE BARGAINING AGREEMENT

BETWEEN

# GALLOY & VAN ETTEN CUT STONE

AND

LABORERS' LOCAL UNION 225
2500 EAST DEVON, SUITE 101
DES PLAINES, IL 60018

AND

THE CHICAGO LABORERS' DISTRICT COUNCIL
101 BURR RIDGE PARKWAY, SUITE 300
BURR RIDGE, IL 60527

AFFILIATED WITH

LABORERS' INTERNATIONAL UNION
OF NORTH AMERICA, AFL-CIO

JUNE 1, 2003

TO

MAY 31, 2006



that either party may invoke the grievance procedure, and reach a decision in the matter provided in the previous Article for the settlement of grievances or as to the clause or provision to be inserted in this Agreement in lieu of the provision, which has become null and void.

## ARTICLE XXVI
### SUCCESSORS

This Agreement shall be binding upon, and inure to the benefit of, the parties hereto and heirs, administrators, successor and assigns. In the event the Employer assigns or transfers his business, whether voluntarily or involuntarily, the Employer's successors, assignees, or transferees shall assume all rights, privileges, duties, and obligations with respect to the employees covered herein and the Union.

## ARTICLE XXVII
### TERM

This Agreement shall remain in force and effect from June 1, 2003 through May 31, 2006, at which time it shall terminate without further notice. The parties agree to execute upon request a complete contract incorporating all of the terms herein. This Agreement may be executed in counterparts which together shall constitute a complete document.

## ARTICLE XXVIII
### MANAGEMENT RIGHTS

The Union recognizes that rights, powers, and responsibilities belong solely to and are exclusively vested in the Company whether or not the Company has made use of the right, power, authority or responsibility and such are not subject to bargaining except only as they may be subject to a specific obligation of this Agreement. Among these rights, powers, and responsibilities, but not wholly inclusive, are all matters concerning or related to the management of the business and administration thereof, and the direction of the working forces, including (but not limited to) the right to suspend, discipline, or discharge for cause; to lay off for lack of work or for any other legitimate reason; to hire, classify, transfer (temporarily or

## Table of Contents

ARTICLE I ..................................................................................................................... 1
    SECTION 1 - ETHICAL PRACTICES .................................................................... 1
    SECTION 2 - EQUAL OPPORTUNITY EMPLOYMENT .................................... 1
ARTICLE II UNION RECOGNITION ........................................................................ 1
ARTICLE III GEOGRAPHICAL JURISDICTION ...................................................... 2
ARTICLE IV ................................................................................................................... 2
    SECTION 1 - UNION SECURITY ......................................................................... 2
    SECTION 2 - CHECK-OFF OF UNION MEMBERSHIP DUES ........................ 3
    SECTION 3 - WORKING DUES DEDUCTION .................................................. 3
    SECTION 4 - SAVING CLAUSE ......................................................................... 4
ARTICLE V NO STRIKE/NO LOCKOUT ................................................................ 4
ARTICLE VI GRIEVANCE PROCEDURE ................................................................ 5
    SECTION 1 - DEFINITION ................................................................................... 5
    SECTION 2 - FIRST STEP ..................................................................................... 5
    SECTION 3 - SECOND STEP ................................................................................ 5
    SECTION 4 - THIRD STEP .................................................................................... 5
    SECTION 5 - FOURTH STEP ................................................................................ 5
    SECTION 6 - ARBITRATORS ............................................................................... 6
    SECTION 7 - LIMITATIONS – TIME AND PLACE ........................................... 6
ARTICLE VII WORKDAY AND WORKWEEK ....................................................... 7
ARTICLE VIII WORK RULES .................................................................................... 7
    SECTION 1 - OVERTIME ...................................................................................... 8
    SECTION 2 - HOLIDAYS ...................................................................................... 9
    SECTION 3 - SHIFT WORK .................................................................................. 9
    SECTION 4 - SHOW-UP PAY ............................................................................... 9
    SECTION 5 - SAFETY AND HEALTH ................................................................ 10
    SECTION 6 - PAY DAY ......................................................................................... 10
    SECTION 7 - TRANSPORTATION ....................................................................... 11
    SECTION 8 - FEDERAL AND STATE COVERAGE .......................................... 11
    SECTION 9 - ACCIDENTS .................................................................................... 11
ARTICLE IX PAYMENT OF WAGES/AUDITS ...................................................... 11
    SECTION 1 - AUDITS ........................................................................................... 12
    SECTION 2 - FAILURE TO PAY WAGES ........................................................... 12
ARTICLE X PENSION .................................................................................................. 12
ARTICLE XI WELFARE ............................................................................................... 13
ARTICLE XII SUPERVISORS AND FOREMEN ...................................................... 14
ARTICLE XIII UNION RIGHTS .................................................................................. 14
    SECTION 1 - JOB INSPECTION .......................................................................... 14
    SECTION 2 - STEWARD ....................................................................................... 14
    SECTION 3 - MEMBER IN GOOD STANDING ................................................. 15
ARTICLE XIV WAGES ................................................................................................. 15
    SECTION 1 - PACKAGE INCREASE ................................................................... 16
    SECTION 2 - PREMIUM RATE ............................................................................ 17

ARTICLE XV OVERTIME ............................................................................17

ARTICLE XVI VACATIONS ..........................................................................17

ARTICLE XVII PLANERMEN ......................................................................18

ARTICLE XVIII JOURNEYMEN ..................................................................18

    SECTION 1 - WORK PERFORMED BY UNION JOURNEYMEN .....................................18

ARTICLE XIX APPRENTICES ......................................................................20

    SECTION 1 - NUMBER OF APPRENTICES EMPLOYED ............................................20
    SECTION 2 - GRINDING TOOLS ................................................................20
    SECTION 3 - WORKING HOURS .................................................................20
    SECTION 4 - TOOLS ...........................................................................20
    SECTION 5 - OPPORTUNITY TO LEARN BUSINESS ..............................................20

ARTICLE XX ..........................................................................................21

    SECTION 1 - CRAFTSMANSHIP AND SAFETY ...................................................21
    SECTION 2 - NOTIFICATION ...................................................................21

ARTICLE XXI SUBCONTRACTING ............................................................22

    REBATES ....................................................................................22

ARTICLE XXII CLOTHING ALLOTMENT ..................................................22

ARTICLE XXIII DRUG & ALCOHOL TESTING ...........................................23

ARTICLE XXIV ENTIRE AGREEMENT OF PARTIES ..................................24

ARTICLE XXV INVALIDITY AND SEVERABILITY .....................................24

ARTICLE XXVI SUCCESSORS ...................................................................25

ARTICLE XXVII TERM ..............................................................................25

ARTICLE XXVIII MANAGEMENT RIGHTS ...............................................25

## ARTICLE I

**Section 1 - Ethical Practices**     All parties mutually agree to cooperate fully in every legal and proper way to establish and maintain, between themselves and within the territory in which they shall operate, a code of ethics and fair practices, which will ensure compliance with the specific terms of this Agreement, and to direct their efforts individually and collectively as circumstances may warrant and justify to the elimination of destructive practices.

**Section 2 - Equal Opportunity Employment**     The Employer and the Union agree that there shall be no discrimination against any employee because of race, color, religion, sex, age (as required by law), national origin, and/or Union affiliation.  Whenever the male gender appears or is used in this Agreement, it shall also be held to apply to females.

## ARTICLE II
## UNION RECOGNITION

The Employer recognizes the Union as the sole and exclusive representative of all of its stonecutters, carvers, planerman, sawyers, and various classification of laborers for the purpose of collective bargaining in respect to rates of pay, wages, hours of employment, and other conditions of employment.  All new machinery used to perform or replace work traditionally performed by employees is covered by this agreement.

## ARTICLE III
## GEOGRAPHICAL JURISDICTION

The geographical area covered by this Agreement shall be Boone, Cook, Grundy, Kendall, McHenry, Will, Dupage, Kane, Lake and Kankakee Counties, Illinois and Lake County, Indiana.

1

## ARTICLE IV

### Section 1 - Union Security

A.    All new employees shall be required to join the Union after the expiration of thirty (30) days of employment, or thirty (30) days after the execution of this Agreement, whichever is later, and shall remain members, in good standing, of the Union as a condition of employment. Good standing shall mean tender of the initiation fees and dues uniformly required as a condition of acquiring or retaining membership.

B.    Employees covered by this Agreement at the time it is signed and who are members of the Union at that time, shall be required, as a condition of continued employment, to continue membership in the Union for the duration of this Agreement.

C.    Employees covered by this Agreement at the time it is signed and who are not members of the Union at that time, shall be required to join the Union thirty (30) days after the execution of this Agreement and remain members of the Union, in good standing, as a condition of employment. Upon receipt or written notice from the Union, the Employer shall discharge any employee who fails to become, or is not, a member of the Union on the prescribed day, provided membership was available under the same terms and conditions as generally applicable to other members. The Employer shall not discharge or cause an employee to lose any work under this Article, except upon notice from the Union as set forth herein.

2

### Section 2 - Check-Off of Union Membership Dues

A.    To assist its employees in their obligation to maintain their Union membership through the payment of initiation fees and regular current quarterly dues, uniformly charged, the Employer will honor, from each employee, a voluntary, revocable wage assignment authorizing the Employer, during the life of this Agreement, to deduct twenty-five dollars ($25.00) per day, from the wages then owing to the employees, to apply on initiation and readmission fees prescribed by the Union until said fees and/or dues are paid in full.

B.    All amounts deducted shall be remitted promptly by the Employer to the Secretary/Treasurer of the Union, weekly, and the Secretary/Treasurer shall acknowledge receipt of the money.

### Section 3 - Working Dues Deduction

A.    The Employer shall deduct from the wages of employees, covered by this Agreement, working dues in the amount of twenty-five cents ($0.25) for each hour paid or any increase in working dues that may be instituted thereafter, and shall remit the amounts collected to the Union, using the transmittal forms provided.  Working dues contributions are due not later than the tenth (10th) of the month next following the month for which deductions are made. Checks will be made payable to the Construction and General Laborer's District Council of Chicago and Vicinity.

B.    It is the intention of the parties that such deductions shall comply with the requirements of Section 302(c)(4) of the Labor Management Relations Act of 1947, as amended, and that such deductions be made only pursuant to written assignments from each employee on whose account such deductions are made, which assignment shall not be irrevocable for a period of more than one (1) year or beyond the termination date of this Agreement, whichever occurs sooner.

3

C.    The Union agrees that it will indemnify and hold harmless the Employer from any and all claims, suits, causes of action or otherwise, as regards the creation and administration of the dues check-off established by this Agreement and such indemnity and agreement to hold harmless shall include the payment of costs and attorneys' fees on behalf of the beneficiaries of such indemnity.

### Section 4 - Saving Clause

A.    It is the intention of the parties to fully comply with the provision of the Labor Management Relations Act of 1947, and all acts amendatory thereto, anything herein to the contrary notwithstanding.

B.    Any provision herein, which is contrary to or held to be in violation of any State or Federal Law, shall be void and of no force or effect, and this Agreement shall be construed as though such provisions were not a party hereof; it being intended that the other provisions of this Agreement shall not be affected thereby.

### ARTICLE V
### NO STRIKE/NO LOCKOUT

During the term of this Agreement, unless otherwise provided herein, neither the Union, nor any of its members, officers, stewards, agents or representatives, nor any employee, shall instigate, authorize, call, support, sanction, encourage, maintain, or in any way take part or participate in any strike, sympathy strike, walkout, work stoppage, work slowdown, work curtailment, boycott or other interference with the Company's business, refusal to cross picket line(s) at the Company's facility, cessation or interruption of work or production, or in any picketing of the Company's premises for any reason (or the premises or facilities of any of the Company's customers or suppliers because of any dispute between the Company and the Union or any of the Company's employees).

The Company will not lock out employees during the term of this Agreement.

4

## ARTICLE VI
## GRIEVANCE PROCEDURE

**Section 1 - Definition**    For the purpose of this Agreement, a grievance is a difference of opinion with respect to the meaning and application of the terms and conditions of this Agreement. Grievances shall be taken up in the following manner:

**Section 2 - First Step**    Any employee who has a grievance shall first discuss it with his Supervisor.

**Section 3 - Second Step**    If the grievance is not settled in the first step and the employee wishes to appeal, the grievance shall be presented to the Union Steward and the Plant Manager or Superintendent.

**Section 4 - Third Step**    If not satisfactorily settled in the foregoing step, the grievance is to be reduced to writing and referred to the Business Manager, or his assignee of the Union who shall have the right to present the grievance to the Company's duly authorized representative.

**Section 5 - Fourth Step**    Grievances that are not satisfactorily settled in accordance with the foregoing procedure may be referred by either party to an impartial arbitrator agreed upon by the Company and the Union.

**Section 6 - Arbitrators**    Arbitrators will be selected for single issues only. Only one grievance will be submitted to any one arbitrator at any one time, an arbitration hearing will be confined to a single grievance.

5

In the event the parties are unable to agree upon an arbitrator within ten (10) days, a request to the Federal Mediation and Conciliation Service pursuant to the voluntary rules of labor arbitration for designation of an impartial arbitrator will be submitted for a panel of qualified arbitrators.  An arbitrator will be chosen from this panel by the Company and the Union alternately striking the names of those not acceptable to each.  The party who strikes the first name from the panel shall be determined by lot.

The decision of the arbitrator shall be final and binding upon the parties.  It is agreed, however, that the arbitrator shall not have the right to add to, to ignore, take from, or to modify any of the terms and conditions of this Agreement. The costs and expenses of arbitration shall be divided equally between the parties.

It shall be the duty of any arbitrator hearing cases under this Agreement to justify each award by written decision explaining the rationale of said award.

**Section 7 - Limitations – Time and Place**      Grievances shall be presented promptly and in any event within three (3) working days after the cause of the alleged grievance occurs.  In the event an appeal is not taken within three (3) working days from any step of the foregoing grievance procedure, the matter shall be considered as finally settled at that step.  Any working time that is lost under this procedure for the presentation of grievances shall be paid by the Company at the employee's hourly rate.

### ARTICLE VII
### WORKDAY AND WORKWEEK

**Section 1 -**  The working day shall not exceed eight (8) hours per day or five (5) days per week, from Monday to and including Friday, thus constituting a working week of not in excess of forty (40) hours, such working hours shall be between the hours of 6:00 a.m. and 5:00 p.m.

# ARTICLE VIII

## WORK RULES

### Section 1 - Overtime:

A.   **Overtime**  This Article is intended only to be construed as a basis for overtime and shall not be construed as a guarantee of hours of work per day or per week.  Overtime shall not be paid more than once for the same hours worked.

B.   **Overtime Pay**  Employees shall be paid one and one-half (1-½) times their gross hourly rate of pay for all hours worked over forty (40) during a workweek

employees shall be paid one and one-half (1 ½) times their gross hourly rate of pay for all hours worked in excess of eight (8) hours per day if the employee was available to work for the full week except for contractual time off.  Contractual time off is defined as vacation, holiday, jury duty, funeral leave and Employer granted leave.  Employees shall be paid double time (2 times) their gross hourly rate of pay for all hours worked on their 7th workday.

C.   **Scheduling of Overtime**

1.   The company has the right to schedule and assign employees to work overtime.  Available overtime work shall be distributed as far as reasonably practicable under plant operations, among qualified employees in the classification, in a fair and just manner, in which the available overtime work arises.

2.   The Employer shall post, in writing, in a conspicuous place, a notice twenty-four (24) hours before any scheduling of overtime work.

7

Each effected employee must respond to a requested overtime schedule. No employee shall be disciplined for refusal of overtime work if just cause is provided.

Employees who agree to scheduled overtime and do not work, shall be subject to disciplinary action.

### Section 2 – Holidays

No non-probationary employee shall be permitted to work Sundays or Legal Holidays of:

(1)　New Year's Day

(2)　Memorial Day

(3)　Fourth of July

(4)　Labor Day

(5)　Thanksgiving Day

(6)　Christmas Eve Day

(7)　Christmas Day

(8)　New Year's Eve Day

or the days celebrated as such, except in case of emergency (then Section 1, Article VIII applies).

A.　Holidays falling on Sunday shall be observed on the following day, Monday. Holidays falling on Saturday shall be observed on the preceding day, Friday.

B.　It is understood by both parties that to be eligible for holiday pay, the employee must work the regular working day before, and the regular working day after, said holiday.

C.　Any new employee who has worked continuously for sixty (60) calendar days prior to a holiday shall be paid for the above named holidays without performing work on said days at the rate of eight (8) hours straight time.

D.　If an employee is laid-off within ten (10) working days prior to a holiday, he shall be eligible to receive pay for said holiday.

E.　When a holiday occurs during an employee's paid vacation, he shall receive an additional day's pay for such holiday.

8

F.    Every employee shall also receive one (1) floating holiday, which must be scheduled two weeks prior to taking it. If the employee elects not to take the holiday, the employee will be paid eight (8) hours wages at the applicable rate of pay.

**Section 3 - Shift Work**    When work is carried on in an extra shift, employees shall receive five percent (5%) more per hour than the wage stipulated in this Agreement.

**Section 4 - Show-Up Pay**  Any employee who reports to work as scheduled, not having been notified at least one (1) hour in advance not to report, shall be entitled to two (2) hours work or two (2) hours pay in lieu thereof, at his regular straight time rate. All employees are to have a current working telephone number on file with the Company for purposes of advance notification of work unavailability.

Except where lack of work is due to a *force majeure* (e.g., fire, flood, other act of God, utility failure or emergency mechanical breakdown, as opposed to work unavailability due to routine maintenance) any employee who has started to work and who, through no fault of his own, works less than four (4) hours, will be paid for four (4) hours, and any employee who works longer than four (4) hours but, through no fault of his own, works less than eight (8) hours, shall be paid for eight (8) hours, provided the employee is available for any work throughout such period.

**Section 5 - Safety and Health**

A.    The Employer shall thoroughly protect the employees during the months of June through September, inclusive, during working hours from sun and rain; and November through April inclusive, from cold and snow. No employee shall be required to work in temperature extremes of below ten (10) degrees above zero Fahrenheit or above one hundred (100) degrees above zero Fahrenheit at the official U.S. Weather Bureau reporting station, unless it is on a

9

voluntary basis with each individual employee.  The exception to this will be only if the work site can be heated to maintain a temperature of twenty-five (25) degrees above zero Fahrenheit during regular working hours.

B.    Employees shall report to management complaints of conditions considered unsanitary or injurious to health.  The Employer shall investigate all such complaints in a timely manner and shall take any action it deems necessary.  In the event the Union finds the Employer's actions to be unreasonable, it may grieve in accordance with Article VI.

Section 6 - Pay Day    Employees shall be paid on the job, before quitting time, on Friday of each week, for the work done up to, and including Thursday, preceding, except when regular pay day is a legal holiday, in which case, they shall be paid on the day before such holiday at quitting time.

If an employee is discharged or laid-off for any reason, or quits, they shall be paid for all hours worked on the next regular payroll date after such an event.

Section 7 - Transportation    No employee shall be required to furnish means of transportation of tools, equipment, or materials, to or from jobs designated by Employer, in their own car.  If any employee is willing, at the request of his Employer, to furnish their own means of transportation of tools, equipment, or materials to and/or from jobs and shops, they are to be reimbursed at the rate of thirty-two cents ($0.32) per mile for furnishing this transportation, plus their regular hourly rate when, and if traveling is done within the regular eight (8) hour day.  Transportation on Saturdays, Holidays, or Sundays, then the overtime rate shall apply.

10

**Section 8 - Federal and State Coverage**  Every Employer, regardless of the number of employees, shall become subject to, and operate under, the Federal Social Security Act and the Illinois Unemployment Compensation Act, as well as the Illinois Workmen's Compensation Act and the Illinois Occupational Diseases Act and shall conform to and provide such insurance and benefits.  The Employer shall furnish the Union with their unemployment insurance account number.

**Section 9 - Accidents**      Employees must immediately report all accidents to the shop foreman who shall within 24 hours report any such accident which may occur to the Union steward.

## ARTICLE IX
## PAYMENT OF WAGES/AUDITS

All weekly payrolls shall be paid in United States currency, or by payroll check showing social security, straight time and overtime hours, regular rate of pay, withholding and other deductions.  If the Employer fails to have sufficient funds to meet all paychecks issued to employees it shall be required to pay, in addition to amounts due for wages, all penalties incurred by the employee and as well as costs and expenses incurred in collecting the amount due. Thereafter the defaulting Employer shall furnish an indemnity bond satisfactory to the Union, which bond shall protect the employees for their wages in full.

**Section 1 - Audits**  The Union shall have the right at reasonable times, and upon prior request to the Employer, to audit records relating to wages and Pension and Welfare Trust contributions to ensure compliance with the Employer's obligations under this Agreement. This does not limit any other legal right the Union may have with respect to relevant information requests.

**Section 2 - Failure to Pay Wages**  Failure to pay wages provided shall constitute a breach of this Agreement notwithstanding anything else contained herein, and the employees and the Union shall have the right to take such steps as they deem necessary to collect such wages including, but not limited to, the right to strike.

The Employer agrees it will send to the Union office all checks in settlement of all Union grievances regarding wages, hours, and other working conditions where the employee is entitled to such payments.  (Checks made out to employee).  Where any check is paid directly to the employee, such grievances will be considered not settled.

## ARTICLE X
## PENSION

Amend to provide that, effective June 1, 2003 to May 31, 2004, the Employer will pay Pension contributions of one dollar and fifty three cents ($1.53) per hour, in addition to the wages stipulated, plus additional sums as may be allocated by the Union, in its sole discretion, from the second and third years' total economic package.  This to be paid on a forty-hour workweek.

## ARTICLE XI
## WELFARE

Effective June 1, 2003 to May 1, 2004, the Employer will pay Health and Welfare contributions of three dollars and eighty nine cents ($3.89) per hour in addition to the wages stipulated, plus additional sums as may be allocated by the Union, in its sole discretion, from the second and third years' total economic package.

The Employer agrees to pay the amounts which it is bound to pay under this Agreement to the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity, and to become bound by, and be considered a party to, this Agreement and Declaration of Trust, creating said trust funds as if it had signed the original copies of the trust instruments and amendments thereto, the Employer ratifies and confirms the appointment of the Employer Trustees who shall, together with the successor Trustees designated in the manner provide in said Agreements and Declaration of Trust, and jointly, with an equal number of Trustees appointed by the Union, carry out the terms and conditions of the trust instruments.

The Trustees of the Welfare Fund shall have authority to determine the type and amount of benefits to be provided in each of said funds, the eligibility rules governing entitlement to benefits, and whether, and to what extent, benefits are to be provided for covered employees.

The failure of the Employer to contribute to the said Welfare Fund, as provided herein, shall for the purpose of the remedies the Union may pursue, be deemed the same as the failure of the Employer to pay wages, and the Union shall be permitted to remove workers, whom they represent, from any job for non-payment of such contributions, anything to the contrary in this Agreement notwithstanding.

13

## ARTICLE XII

**Section 1 - Supervisors**     The Employer shall be completely free to select a Shop Superintendent who shall be an agent of the Employer, and not of the Union. Such a Shop Superintendent shall not, however, be permitted to perform any of the work covered by the provisions of this Agreement.

**Section 2 -  Foremen**     The Employer may also employ working foremen who may cut stone and perform work herein covered, provided, however, such working foremen shall be competent journeymen subject to all of the terms and conditions of this Agreement and shall not be allowed to cut stone or remain in or around the job site or shop site before or after regular working hours, unless appropriate overtime rates are paid. The working foreman shall not exercise any of the functions customarily exercised by supervisors within the meaning of the National Labor Relations Act, as amended, nor shall he, in any way, be considered an agent of the Union.

## ARTICLE XIII
## UNION RIGHTS

**Section 1 - Job Inspection**     The President or Business Manager of the Union, or his representative carrying proper credentials of the Union, shall at all times have the privilege during working hours, to go through the shop or job to transact whatever legitimate business he may have to perform, but he shall in no way hinder or delay work and provided further that the Union representative signs in.

**Section 2 - Steward**     The Union shall have the right to appoint a Steward in the shop and he shall not be an official of the Union. No Steward shall be discriminated against for performing his/her duties as a Steward. In accordance with Article VI, the Steward shall have the right to assist employees in connection with the handling of Second Step grievances and interpretation of the collective bargaining agreement. The Steward will report all

14

violations to the Business Representative of the Union, if they should fail to adjust same first with Superintendent of the Employer. No Steward shall be discharged except with just cause. The Steward will not be laid off so long as other bargaining unit employees are working, provided the Steward has the skill and ability to immediately perform the available work.

**Section 3 - Member in Good Standing**   Member in good standing in the Union consists solely of payment of the initiation and/or readmission fees and dues uniformly required as a condition of acquiring, or retaining membership in the Union in accordance with Federal Law.

## ARTICLE XIV
## WAGES

Effective June 1, 2003, the following minimum hourly wage rates shall be as set forth below for the respective following classifications:

| | |
|---|---|
| Newly Hired Employees as Laborers | $11.20 Per Hour |
| After Nine (9) Months | $13.40 Per Hour |
| After Eighteen (18) Months | Base Laborer Rate |

An employee in the above classification shall not replace any other employee for the first 540 days of employment. Newly hired employees shall be on probation for a sixty (60) day period.

Any laborer given duties classified as skilled laborer shall be paid the skilled laborers' scale immediate, no matter the length of employment, except apprentices or journeymen.

| Laborers' Base Rate | $16.89 Per Hour |
|---|---|
| Doing the Following Work: | Clean-up, honing machine operation, sanding, dowel hole drilling, loading and unloading, hooking, hand-held circular saw -- sawing drips and slotting |
| Skilled Laborers' Base Rate | $17.12 Per Hour |
| Doing the Following Work: | Maintenance, truck drivers, sawyers and rock facing of up to four inches |

15

| Journeymen Stone Planermen | $19.26 Per Hour |
| Journeymen Stone Cutter | $19.79 Per Hour |
| Journeymen Stone Carvers | $20.85 Per Hour |

**Planermen**

     1st Year - Skilled Laborers' Base Rate

     2nd Year - Plus Seventy-Five Cents ($0.75) Per Hour

     3rd Year - Journeymen's Scale

**Stone Cutters and Carvers Rate**

     1st Year - Skilled Laborers' Base Rate

     2nd Year - Plus Ninety-Eight Cents ($0.98) Per Hour

     3rd Year - Plus Seventy-Five Cents ($0.75) Per Hour

     4th Year - Journeymen's Scale

### Section 1 - Package Increase

| June 1, 2004 to May 31, 2005 | Four percent (4%) increase calculated from the employee's base hourly rate |
| June 1, 2005 to May 31, 2006 | Four percent (4%) increase calculated from the employee's base hourly rate |

Total economic packages to be allocated by the Union in its sole discretion between wages and any fringe benefit funds, except that the new hire rate shall be unchanged for the duration of this Agreement.

     A.    Any Union member who has worked in the industry previously shall earn no less than the current minimum scale on the first (1st) day of work.

     B.    Stone Carvers doing stone cutting shall be paid Stone Cutters' wages. Stone Cutters doing stone carving shall be paid Stone Carvers' wages.

16

C.    Employees working in a higher paid classification shall be paid the higher wage rate for all hours worked in that classification.

**Section 2 - Premium Rate**    Employees assigned to work out on a job site, other than the mill premises, shall be paid, as a minimum, one dollar ($1.00) per hour above their current hourly rate.

Employees receiving more than the wage scale stipulated previously shall not have their scale of pay reduced through the signing of this Agreement and will have their hourly pay increased as per this Agreement over and above that rate which they were receiving.

## ARTICLE XV
## OVERTIME

All employees shall be paid at the rate of time and one-half for any work performed on Saturdays, or otherwise, in excess of forty (40) hours in any one (1) week; except where Article VIII applies.

## ARTICLE XVI
## VACATIONS

A.    All employees shall receive two (2) weeks vacation, with pay, eighty (80) straight hours, per year calculated at six and two-thirds (6 2/3) hours per pay for each month worked.

B.    Annual vacations for eligible employees will be scheduled as follows:

1.    The first week of January of each year the Employer shall make a calendar available to employees beginning first with the employee who has the longest years of service with the Company.  During the month of January the calendar shall rotate to each employee who has earned vacation in descending order of hire (oldest to newest) with each requesting vacation dates that have not been previously selected.

17

2. Vacation requests made after January 31st of each year shall be evaluated on a first-come-first-serve basis.

3. All scheduling requests, shall be evaluated to ensure that each is consistent with operational needs. The Employer may deny a vacation request where such vacation would interfere with the efficient operation of the business. This determination will be based on factors such as workload and the availability of qualified replacements.

C. All vacation pay due employees at that time shall be payable, in full, on the last pay period of May. Employees shall be entitled to pay, due them, upon termination of their employment, for any reason, on a pro-rata basis.

### ARTICLE XVII
### PLANERMEN

Under no circumstances shall any Planermen or Planermen-Apprentice finish any stone with air-hammer or mallet.

No Planerman shall furnish any tool for the machine they operate. The Employer is to supply all tools that are not used in connection with a hammer or mallet. The Employer shall pay for the sharpening of tools dulled on work.

### ARTICLE XVIII
### JOURNEYMEN

An Employer may work and use the tools of the trade, in the actual operation of fabricating stone, if no Journeyman or Apprentice is available.

**Section 1 - Work Performed by Union Journeymen**    The following work shall be performed only by Journeymen covered by this Collective Bargaining Agreement:

1. Applying all lines and patterns.

2. Stone cutting and carving in shops or at building sites.

18

3.    Stone cutting and carving necessary in the alteration of buildings, the construction of bridges, culverts, manholes, archways, etc. and cutting of street curbing.

4.    The cutting, dressing, carving, fitting of all stone.  The cutting of all clean jambs, whether toothchiseled, bushhammered, carndeled or other finish of a clean character.

5.    The cutting and dressing of all concrete and all artificial stone in construction, alteration or repair, irrespective of any specified finish, including bushhammered or rustic finish.

6.    The operating of all planers, lathes, carborundum, molding machines, headers, shapers, milling machines and circular planers or any and all other attachments that may be applied to planers or other machines in cutting and fabrications, all stone and artificial stones and grinding of all tools used in fabricating of stone.

7.    The grinding of tools used in fabricating stone or in stone fabricating machinery or planers.

8.    The rock-facing of all stone greater than four inches.

9.    The drilling of lewis holes and anchor holds.

Stone carving shall be determined by that class of work for which the pattern is drawn free hand; stone cutting shall be determined by that class of work for which the pattern is drawn.

19

## ARTICLE XIX
## APPRENTICES

The Employer shall have the right to teach the trade to apprentices. All apprentices to stone cutting or carving shall serve for a period of not less than three (3) years. Apprentices on stone cutting machinery will serve for a period of not less than two (2) years, as prescribed in apprentice's rules agreed upon by the Union.

**Section 1 - Number of Apprentices Employed**  At any given time, the Employer shall not employ more than one apprentice for every two (2) journeymen in any of its respective classifications.

**Section 2 - Grinding Tools**  All apprentices to stone cutting machinery shall grind all tools that they will use in operating of machine to fabricate stone until said apprentices become journeymen.

**Section 3 - Working Hours**  The working hours per day and week of apprentices shall conform to the working hours provided in this Collective Bargaining Agreement.

**Section 4 - Tools**  The Employer shall provide all tools for apprentices until said apprentices become journeymen.

**Section 5 - Opportunity to Learn Business**  Apprentices will be given the opportunity to work with and learn from journeymen to understand the stone business.

20

<u>ARTICLE XX</u>

<u>Section 1 - Craftsmanship and Safety</u>

A.    A high level of workmanship has been maintained in the area covered by this Agreement. The maintenance of such is essential for the future prosperity of the industry and the employees working therein. In order to sustain such high level of craftsmanship and to safeguard the safety of employees in their employment, the Employer agrees to employ only experienced and qualified workmen so that the standards of skill and safety in the area will not be lowered.

B.    Accordingly, the Employer shall give preference in hiring skilled journeymen and apprentices to those who have worked in the trade. The Employer shall be sole judge of competency and shall have the right to discharge any employee for just cause.

<u>Section 2 - Notification</u>    The Employer shall notify the Union, in advance, of the number and classification of employees it intends to employ from time to time. The Employer shall have the sole and exclusive responsibility for hiring, and may hire from any sources it desires without paying heed to membership in the Union or referral and clearance thereof. Similarly, the Union shall have no obligation to refer prospective employees to the Employer, but may do so if it desires. To the extent the Employer is engaged exclusively in the building and construction industry, in accordance with Section 8(f), Part III of the National Labor Relations Act, as Amended, the parties have agreed that the Employer will notify the Union of the opportunities for employment and give the Union an opportunity to refer qualified applicants for such. The Employer shall be the sole judge as to whether to accept or reject and shall give no preference or priority to referred people over non-referred people. In the event the provisions of this section are declared unlawful and not in accordance with the National Labor Relations Act, as amended, then the provisions shall become inoperative and void and the parties

21

shall immediately meet to negotiate a legal mutually acceptable substitute. The other provisions of this Agreement shall not be affected thereby.

## ARTICLE XXI
## SUBCONTRACTING

It is not the intent of the Company to displace or eliminate bargaining unit personnel through the use of subcontracting and the employer agrees that it will not subcontract unit work where such action would result in the layoff of unit personnel.

Further, the Employer agrees that it will subcontract work covered by this agreement to another Employer who pays equivalent wages and benefits as per this agreement. If such subcontractee is unavailable, the Employer may sublet to any other entity provided the Employer obtains the prior approval of the Union business manager. Unless the Union can show that such subcontracting would be substantially detrimental to the unit, such approval shall not be unreasonably withheld. The above restriction on subcontracting shall not apply to lathe work unless and until the Employer obtains a lathe.

**Rebates**    Employers in the region, cut stone labor employees, or their agents shall not accept or give, directly or indirectly any rebate on wages, whether by giving, or by receiving, gratuities, or otherwise.

## ARTICLE XXII
## CLOTHING ALLOTMENT

Rain clothing and hard hats will be furnished without charge to all employees, but will remain the property of the Employer. Effective the last pay period of May of each year, a clothing allotment of One-Hundred dollars ($100.00) per year will be given to all employees for coveralls. These coveralls will remain the property of the employee, who will be responsible for their repairs and laundering. New employees, with less than a year's seniority, shall be entitled to a clothing allotment on a pro-rata basis.

22

## ARTICLE XXIII
## DRUG & ALCOHOL TESTING

Section 1 - The parties recognized the problems created by drug and alcohol abuse and the need to develop prevention and treatment programs. The purpose of this program is to establish and maintain a safe and health work environment for all employees.

Section 2 - A pre-employment drug and alcohol test may be administered to all applicants for employment.

Section 3 - A test may be administered in the event a supervisor has a reasonable cause to believe that the employee has reported to work under the influence, or is under the influence while on the job. Testing may also be required if an employee is involved in a workplace accident or if there is a workplace injury. During the process of establishing reasonable cause for testing, the employee has the right to request his Steward to be present.

Section 4 - Prior to administering a drug or alcohol test, the Employer shall notify the Union, by telefax transmission, and the Steward of the tested employee's name and the date, time and location of the test.

Section 5 - All testing shall be conducted by laboratories accredited by the National Institute on Drug Abuse ("NIDA") utilizing NIDA-recommended standards and procedures.

Section 6 - Employees with a confirmed positive test, and employees who refuse to submit to a test, are subject to immediate discharge. If an employee is removed from the payroll at any time during this process, and the employee's sample is not confirmed positive under NIDA standards, then the employee shall be reinstated with full back pay.

<u>Section 7 -</u> Employees are encouraged to seek help for a drug or alcohol problem before it deteriorates into a disciplinary matter. If an employee voluntarily notifies supervision, prior to providing a sample for testing, that he or she may have a substance abuse problem, the Employer will permit the employee on a single occasion to enter into a drug-counseling program at no cost to the employer. Once the employee obtains a certification of completion of the program and subject to job availability, the Employee will return to work. Other than as provided herein, reinstatement of the employed shall be at the Employer's sole discretion.

## ARTICLE XXIV
## ENTIRE AGREEMENT OF PARTIES

This represents the entire Agreement of the parties, it being understood that there is no other Agreement or understanding, either oral or written. The Employer understands that the Union is a Fraternal Society and as such, and in keeping with the provisions of the National Labor Relations Act, as amended, has the right to prescribe its own rules and regulations with respect to the acquisition or retention of membership in the Union or with respect to any other matters for its own use. However, such rules or regulations, whether contained in a by-law, constitution, or otherwise, shall have no effect, directly, or indirectly on this Collective Bargaining Agreement, any employment relationship or relationship between the parties.

## ARTICLE XXV
## INVALIDITY AND SEVERABILITY

If any provision of this Agreement is, or is hereafter found to be, in contravention of the Federal, State, city laws or regulations, such provision shall be null and void and shall be superseded by the appropriate provisions of such laws, so long as the same is in force and effect, but all other provisions of this Agreement shall continue in force and effect; provided, however,

24

permanently), assign work, promote, demote for cause, or recall; to make and enforce reasonable rules and regulations, to schedule the hours of work; to determine the products, services, processes, and extent of the business or production or operations, the types and quantities of machinery, equipment and materials to be used, the nature, extent, duration, character and method of operation including (but not limited to) the right to determine the number and utilization of personnel; quality and quantity of workmanship and work required to insure maximum mobility, flexibility and efficiency of operations; and to determine the size, number and location of its facilities; all of which are vested exclusively in the Company except as expressly abridged by a specific provision of this Agreement.

**GALLOY & VAN ETTEN**
**CUT STONE**

L.I.U.N.A.
LOCAL UNION NO. 225
2500 EAST DEVON AVE., #101
DES PLANES, ILLINOIS

_____
Signature

_____
Signature

_____
Title

_____
Title    President / Bus-Mgr

_____
Address

_____
Date    12 -10- 03

_____
City, State, Zip Code

**Construction and General Laborers'**
**District Council of Chicago and Vicinity**

_____
Telephone

_____
Signature

_____
Date

_____
Title

_____
Date

_____
Signature

26

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154    Filed    TELEPHONE 1-708-562-0200 ADMINISTRATION

| CODE | REPORT FOR HOURS WORKED IN JUNE 2003 | | PAGE 1 |
|------|--------------------------------------|--|--------|
| 011692 | PERIOD FROM          TO | | |

☐ Inactive
☐ Send more forms
☐ Change of address
☐ Change in name

**Please check here**

PHONE (773)928-4800
FEDERAL ID NO. 36-1115510

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

Final Report:
☐ Sold (out of) Business
☐ Return to home base

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | 0225 | PAUL PETREANU | 242.25 |
| 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 | 0225 | BRIAN ROBBINS | 216.75 |
| 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 | 0225 | JOSE G MENDOZA | — |
| 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 | 0225 | JONATHAN D WASHINGTON | 204.5 |
| 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 | 0225 | KEVIN D. FOWLER | 191 |
| 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 | 0225 | JOHN JORDAN | 219.25 |
| 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 | 0225 | RONALD TULK | 137 |
| 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 | | RAMON MANZO | 223 |
| 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 | 0225 | DANIEL PRICE | 186.5 |
| 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 | 0225 | MARK A HUPPERICH | 221.5 |
| 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 | 0225 | TIMOTHY TURNER | 222.5 |
| 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 | 0225 | PETER DANIEL BROWN | 142.5 |
| 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 | 0225 | JOSE MANUEL DIAZ | 213 |
| 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 | 0225 | OSCAR DIAZ | 206.5 |
| 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 | 0225 | MILTON GOMEZ | 188 |
| 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 | 0225 | OSVALDO DIAZ | 210 |
| 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 | 0225 | JAIRO GARCIA | 222 |
| 623-364-214 | | DIEGO GARCIA | 221 |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with payment to
Laborers' Pension & Welfare Funds
11465 Cermak Court
Chicago, Il 60604-5800

Fund Adm. _____

Union _____

Employer _Galloy & Van Etten_

By _Kathleen Van Etten_
Signed by an authorized officer, partner or agent only

591M

2-4720

**REMITTANCE COPY**

DP-4

| CODE | | | Inactive | PAGE 2 |
|------|---|---|---|---|

**011692** REPORT FOR HOURS WORKED IN JUNE 2003
PERIOD FROM            TO

☐ Inactive
☐ Send more forms
☐ Change of address
☐ Change of name
Final Report ☐
☐ Sold (out of) Business
☐ Return to home base

Please check here

RECEIVED JUL 18 2003 LPWF

PHONE (773)928-4800
FEDERAL ID NO. 36-1115510
*1096567*
GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | ENTERED CT | |
| **TOTAL HOURS** | | | **3,467.25** |

| FUND | RATE | TOTAL HOURS | AMOUNT |
|---|---|---|---|
| WELFARE | 3.39 | | 11,755.68 |
| ESCROW ACCOUNT | ~~4.00~~ | | |
| TOTAL(ALL FUNDS) | ~~4.39~~ 3.39 | | |
| CHECK NUMBER | 19493 | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with payment to:
Laborer's Pension & Welfare Funds
Chicago, Illinois

591M

Fund Adm. _____
Union _____

Employer _____
By _____
Signed by an authorized officer, partner or agent only

**REMITTANCE COPY**

DP-4

2-1721

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154   Filed Of TELEPHONE 1-708-562-0200 ADMINISTRATION

| CODE | | |
|---|---|---|
| **011692** | REPORT FOR HOURS WORKED IN JULY 2003 | **PAGE 1** |
| | PERIOD FROM      TO | |

PHONE (773)928-4800
FEDERAL ID NO. 36-1115510

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

☐ Inactive   **PAGE 1**
☐ Send more forms
☐ Change of address
☐ Change in name
**Final Report:**
☐ Sold (out of) Business
☐ Return to home base

Please check here

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | 0225 | PAUL PETREANU | 190.75 |
| 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 | 0225 | BRIAN ROBBINS | 203.75 |
| 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 | 0225 | JONATHAN D WASHINGTON | 214.5 |
| 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 | 0225 | KEVIN D. FOWLER | 202.5 |
| 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 | 0225 | JOHN JORDAN | 183 |
| 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 | 0225 | RONALD TULK | 154 |
| 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 | | RAMON MANZO | 158.5 |
| 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 | 0225 | DANIEL PRICE | 184 |
| 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 | 0225 | MARK A HUPPERICH | 184.5 |
| 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 | 0225 | TIMOTHY TURNER | 151 |
| 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 | 0225 | PETER DANIEL BROWN | 174.25 |
| 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 | 0225 | JOSE MANUEL DIAZ | 194.5 |
| 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 | 0225 | OSCAR DIAZ | 118 |
| 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 | 0225 | MILTON GOMEZ | 211.5 |
| 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 | 0225 | OSVALDO DIAZ | 204.5 |
| 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 | 0225 | JAIRO GARCIA | 202.75 |
| 623-364-214 | | DIEGO GARCIA | 190 |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with payment to: Laborers Pension & Welfare Funds 11465 Cermak Road Chicago, Il 60601-4300

Fund Adm. _____    Employer _Galloy + Van Ett_
Union _____    By _Kathleen V. Ett_
                         Signed by an authorized officer, partner or agent only

591M

2-1671

**REMITTANCE COPY**

DP-4

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154    Filed TELEPHONE 31-708-562-0300 ADMINISTRATION    **PAGE 2**

RECEIVED JUL 1 2003

| CODE | | |
|---|---|---|
| 011692 | REPORT FOR HOURS WORKED IN JULY 2003 | |
| | PERIOD FROM          TO | |

PHONE (773)928-4800
FEDERAL ID NO. 36-1115510

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

Please check here

☐ Inactive
☐ Send more forms
☐ Change of address
☐ Change of name
Final Report
☐ Sold (out of) Business
☐ Return to home base

*1099463*

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

ENTERED GT

| **TOTAL HOURS** | | | 3,122.0 |
|---|---|---|---|

| FUND | RATE | TOTAL HOURS | AMOUNT | |
|---|---|---|---|---|
| | | | $ 14,383.58 | |
| WELFARE | 3.89 / 3.39 | | $12,144.58 | |
| TOTAL(ALL FUNDS) | 3.59 | | | |
| CHECK NUMBER | 3.89 / 1955 | | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with payment to:
Laborers' Pension & Welfare Funds
11507 Douglas Center
Chicago, Il 60694-3500

Fund Adm. _____
Union _____
_____

Employer *Galloy & Vanette*
By _____
Signed by an authorized officer, partner or agent only

591M

**REMITTANCE COPY**

DP-4

2-1672

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154 TELEPHONE 1-708-562-0200 ADMINISTRATION

| CODE | | |
|------|--|--|
| 011692 | **REPORT FOR HOURS WORKED IN AUG. 2003** | **PAGE 1** |
| | **PERIOD FROM        TO** | |

☐ Inactive

☐ Send more forms

☐ Change of address

☐ Change in name

PHONE (773) 928-4800
FEDERAL ID NO. 36-1115510

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

Please check here

**Final Report:**

☐ Sold (out of) Business

☐ Return to home base

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | 0225 | PAUL PETREANU | 265.5 |
| 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 | 0225 | BRIAN ROBBINS | 252.25 |
| 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 | 0225 | JONATHAN D WASHINGTON | 301.5 |
| 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 | 0225 | KEVIN D. FOWLER | 286.25 |
| 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 | 0225 | JOHN JORDAN | 262.75 |
| 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 | 0225 | RONALD TULK | 185.5 |
| 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 | | RAMON MANZO | 104.5 |
| 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 | 0225 | DANIEL PRICE | 241 |
| 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 | 0225 | MARK A HUPPERICH | 237 |
| 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 | 0225 | TIMOTHY TURNER | 271.5 |
| 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 | 0225 | PETER DANIEL BROWN | 238 |
| 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 | 0225 | JOSE MANUEL DIAZ | 125 |
| 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 | 0225 | OSCAR DIAZ | 249.5 |
| 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 | 0225 | MILTON GOMEZ | 277 |
| 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 | 0225 | OSVALDO DIAZ | 265 |
| 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 | 0225 | JAIRO GARCIA | 253.5 |
| 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 | | DIEGO GARCIA | 292.5 |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with payment to:
Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago, IL 60694-3300

Fund Adm. _____

Union _____

Employer _____

By _____
Signed by an authorized officer, partner or agent only

591M

2-1 666

REMITTANCE COPY

DP-4

# LABORERS PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154     TELEPHONE 1-708-562-0200 ADMINISTRATION

```
CODE
011692
```

**REPORT FOR HOURS WORKED IN AUG. 2003**
**PERIOD FROM       TO**

PHONE (773)928-4800
FEDERAL ID NO. 36-1115510
  1/01300
GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

08CV2269      TC

JUDGE ZAGEL

MAGISTRATE JUDGE COX

☐ Inactive    PAGE 2
☐ Send more forms
☐ Change of address
☐ Change in name
Final Report
☐ Sold (out of) Business
☐ Return to home base

Please
check
here

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTAL HOURS** | | | 4,108.25 |

| FUND | RATE | TOTAL HOURS | AMOUNT | 15,981.09 |
|---|---|---|---|---|
| WELFARE | 3.89 | | | |
| TOTAL(ALL FUNDS) | 3.89 | | | |
| CHECK NUMBER | 19912 | | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with payment to:
Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago, Il 60694-3300

Fund Adm. _____
Union _____

Employer _Galloy & Van Etten_
By _Kathleen Van Etten_
Signed by an authorized officer, partner or agent only

REMITTANCE COPY

501M

2-1667

DP-4

11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154

**AND WELFARE FUNDS FOR CHICAGO & VICINITY**

TELEPHONE (708) 562-0200 ADMINISTRATION

011692

REPORT FOR HOURS WORKED IN SEPT. 2003
PERIOD FROM                    TO

PAGE 1

☐ Inactive

☐ Send more forms

☐ Change of address

☐ Change in name

PHONE (773) 928-4800
FEDERAL ID NO. 36-1115510

Please
check
here

Final Report:

☐ Sold (out of) Business

☐ Return to home base

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE MC-(225) | TOTAL HOURS |
|---|---|---|---|
| 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 | 0225 | PAUL PETREANU | 217.75 |
| 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 | 0225 | BRIAN ROBBINS | 204 |
| 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 | 0225 | JONATHAN D WASHINGTON | 212 |
| 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 | 0225 | KEVIN D. FOWLER | 216.5 |
| 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 | 0225 | JOHN JORDAN | 141.5 |
| 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 | 0225 | RONALD TULK | 164 |
| 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 | | RAMON MANZO | 200.75 |
| 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 | 0225 | DANIEL PRICE | 192.5 |
| 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 | | MARK A HUPPERICH | 192.25 |
| 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 | 0225 | TIMOTHY TURNER | 204.5 |
| 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 | 0225 | PETER DANIEL BROWN | 155.25 |
| 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 | 0225 | JOSE MANUEL DIAZ | 212 |
| 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 | 0225 | OSCAR DIAZ | 204.5 |
| 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 | 0225 | MILTON GOMEZ | 210.25 |
| 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 | 0225 | OSWALDO DIAZ | 212 |
| 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 | 0225 | JAIRO GARCIA | 206.25 |
| 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 | | DIEGO GARCIA | 200.75 |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Fund Adm.

Union

Employer

By

Signed by an authorized officer, partner or agent only

REMITTANCE COPY

DP-4

2-9722

**LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY**
11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154
TELEPHONE 1-708-562-0200 ADMINISTRATION

| 011692 | REPORT FOR HOURS WORKED IN SEPT. 2003 | PAGE 2 |

PERIOD FROM
TO

PHONE (773)928-4800
FEDERAL ID NO. 36-1115510
104707
GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

☐ Inactive
☐ Send more forms
☐ Change of address
☐ Change in name
Final Report:
☐ Sold (or) in Business
☐ Return to Home base

Please check here

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | | FABIAN GARCIA | 207 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

TOTAL HOURS

| FUND | RATE | TOTAL HOURS | AMOUNT | 3,553.75 |
|---|---|---|---|---|
| WELFARE | 3.89 | | | |
| TOTAL(ALL FUNDS) | 3.89 | $3,824.09 | | |
| CHECK NUMBER | 20145 | | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Laborers' Pension & Welfare Funds
P.O. Box 288145
Chicago, IL 60628-2800

Fund Adm.

Union

Employer Galloy VanEtten
By Kathleen VanEtten
Signed by an authorized officer, partner or agent only

REMITTANCE COPY

2-1723

DP-4

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154     TELEPHONE 1-708-562-0200 ADMINISTRATION

| CODE | | | |
|---|---|---|---|
| 011692 | REPORT FOR HOURS WORKED IN OCT. 2003 | | |
| | PERIOD FROM | TO | |

PHONE (773)928-4800
FEDERAL ID NO. 36-1115510

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

Please check here

- [ ] Inactive    **PAGE 1**
- [ ] Send more forms
- [ ] Change of address
- [ ] Change in name

**Final Report:**
- [ ] Sold (out of) Business
- [ ] Return to home base

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | 0225 | PAUL PETREANU | 249 |
| 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 | 0225 | BRIAN ROBBINS | 260.5 |
| 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 | 0225 | JONATHAN D WASHINGTON | 302.5 |
| 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 | 0225 | KEVIN D. FOWLER | 254 |
| 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 | 0225 | JOHN JORDAN | 273.5 |
| 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 | 0225 | RONALD TULK | 213.75 |
| 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 | | RAMON MANZO | 277.5 |
| 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 | 0225 | DANIEL PRICE | 242.25 |
| 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 | 0225 | MARK A HUPPERICH | 258 |
| 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 | 0225 | TIMOTHY TURNER | 277.5 |
| 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 | 0225 | PETER DANIEL BROWN | 181 |
| 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 | 0225 | JOSE MANUEL DIAZ | 277.5 |
| 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 | 0225 | OSCAR DIAZ | 259 |
| 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 | 0225 | MILTON GOMEZ | 262.25 |
| 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 | 0225 | OSVALDO DIAZ | 267.5 |
| 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 | 0225 | JAIRO GARCIA | 234.75 |
| 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 | | DIEGO GARCIA | 262.75 |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with payment to:
Laborers' Pension & Welfare Funds
11465 Cermak Center
Chicago, IL 60624-1260

Fund Adm. _____

Union _____

Employer _____

By _____
Signed by an authorized officer, partner or agent only

591M

2-11716

REMITTANCE COPY

DP-4

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154     TELEPHONE 1-708-562-0200 ADMINISTRATION**

RECEIVED NOV 2003

```
CODE
    011692
```

**REPORT FOR HOURS WORKED IN OCT. 2003**
**PERIOD FROM          TO**

☐ Inactive
☐ Send more forms
☐ Change of address
☐ Change in name

Please check here

Final Report:
☐ Sold (out of) Business
☐ Return to home base

PHONE (773)928-4800
FEDERAL ID NO. 36-1115510

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

1108195                                    MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | | FABIAN GARCIA * | 28 1 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**TOTAL HOURS**

4,614.25

| FUND | RATE | TOTAL HOURS          AMOUNT | |
|---|---|---|---|
| | | | $17,949.43 |
| WELFARE | 3.89 | | |
| TOTAL(ALL FUNDS) | 3.89 | | |
| CHECK NUMBER | 20441 | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with payment to:
Laborers' Pension & Welfare Funds
PO Box, Pearson Center
Chicago, IL 60694-3300

| | | |
|---|---|---|
| ● 1300 591M | Fund Adm. | Employer _Galloy & Van Etten Inc_ |
| | Union | By _Kathleen V. Etten_ |
| 2-1717 | | Signed by an authorized officer, partner or agent only |

**REMITTANCE COPY**

DP-4

| CODE | | | PAGE 1 |
|---|---|---|---|
| 011692 | REPORT FOR HOURS WORKED IN NOV. 2003 PERIOD FROM         TO | ☐ Inactive | |
| | | ☐ Send more forms | |

PHONE (773)928-4800
FEDERAL ID NO. 36-111551C

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

Please check here

☐ Change of address
☐ Change in name
Final Report:
☐ Sold (out of) Business
☐ Return to home base

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | 0225 | PAUL PETREANU | 225.75 |
| 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 | 0225 | BRIAN ROBBINS | 198 |
| 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 | 0225 | JONATHAN D WASHINGTON | 239.5 |
| 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 | 0225 | KEVIN D. FOWLER | 210.25 |
| 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 | 0225 | JOHN JORDAN | 204.5 |
| 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 | 0225 | RONALD TULK | 168.75 |
| 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 | | RAMON MANZO | 216 |
| 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 | 0225 | DANIEL PRICE | 198.5 |
| 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 | 0225 | MARK A HUPPERICH | 214.5 |
| 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 | 0225 | TIMOTHY TURNER | 220 |
| 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 | 0225 | PETER DANIEL BROWN   10/30/03 TERMINATED | |
| 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 | 0225 | JOSE MANUEL DIAZ | 127.5 |
| 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 | 0225 | OSCAR DIAZ | 214.25 |
| 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 | 0225 | MILTON GOMEZ | 207 |
| 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 | 0225 | OSVALDO DIAZ | 218.5 |
| 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 | 0225 | JAIRO GARCIA | 219.5 |
| 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 | 0225 | FABIAN GARCIA | 210.25 |
| 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 | | DIEGO GARCIA | 197.25 |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborers Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

➤ ▰▰▰▰▰▰▰▰▰▰▰
➤ ▰▰▰▰▰▰▰▰▰▰▰

Fund Adm. _____   Employer _Galloy & Van Etten_

Union _____   By _Kathleen V. Etta_
        _____   Signed by an authorized officer, partner or agent only

127-M

2-1794

| REMITTANCE COPY |
|---|

DP-4

| CODE | | |
|------|---|---|
| 011692 | REPORT FOR HOURS WORKED IN NOV. 2003 | PAGE 2 |

PERIOD FROM        TO

PHONE (773)928-4800
FEDERAL ID NO. 36-1115510

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

☐ Inactive
☐ Send more forms
☐ Change of address
☐ Change of name
Final Report
☐ Sold (out of) Business
☐ Return to home base

Please check here

RECEIVED 2003

1110268

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | | Luis Marquez | 178.5 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| TOTAL HOURS | | | | |
|---|---|---|---|---|
| | | 3,668.5 | | |

| FUND | RATE | TOTAL HOURS | AMOUNT | $14,270.47 |
|---|---|---|---|---|
| WELFARE | 3.89 | | 14270.47 | |
| TOTAL(ALL FUNDS) | 3.89 | | | |
| CHECK NUMBER | #20674 | | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

127-M

Fund Adm.

Union

Employer _Sally_

By _Kathleen Vogt_
(Signed by an authorized officer, partner or agent only)

ENTERED BY ST
REMITTANCE COPY

2-1795

DP-4

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY
## 11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154
### TELEPHONE 1-708-562-0200 ADMINISTRATION

**PAGE 1**

- ☐ Inactive
- ☐ Send more forms
- ☐ Change of address
- ☐ Change in name

Please check here

Final Report:
- ☐ Sold (out of) Business
- ☐ Return to home base

| CODE |
|------|
| 011692 |

REPORT FOR HOURS WORKED IN DEC. 2003
PERIOD FROM        TO

PHONE (773)928-4800
FEDERAL ID NO. 36-1115510

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | 0225 | PAUL PETREANU | 205.25 |
| 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 | 0225 | BRIAN ROBBINS | 173.25 |
| 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 | 0225 | JONATHAN D WASHINGTON | 222.5 |
| 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 | 0225 | KEVIN D. FOWLER | 192.75 |
| 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 | 0225 | JOHN JORDAN | 232.75 |
| 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 | 0225 | RONALD TULK | 149 |
| 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 | | RAMON MANZO | 208 |
| 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 | 0225 | DANIEL PRICE | 184.25 |
| 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 | 0225 | MARK A HUPPERICH | 198 |
| 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 | 0225 | TIMOTHY TURNER | 175 |
| 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 | 0225 | PETER DANIEL BROWN | TERMINATED |
| 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 | 0225 | JOSE MANUEL DIAZ | 147 |
| 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 | 0225 | OSCAR DIAZ | 188.5 |
| 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 | 0225 | MILTON GOMEZ | 207.25 |
| 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 | 0225 | OSVALDO DIAZ | 145 |
| 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 | 0225 | JAIRO GARCIA | 208.5 |
| 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 | 0225 | FABIAN GARCIA | 205.5 |
| 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 | | DIEGO GARCIA | 159.5 |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Fund Adm. _____

Union _____

Employer  Galloy & Va Ett

By  Kathleen Va Ett
Signed by an authorized officer, partner or agent only

| REMITTANCE COPY |
|---|

127-M.

DP-4

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154    TELEPHONE 1-708-562-0200 ADMINISTRATION**

| CODE | | |
|---|---|---|
| 011692 | REPORT FOR HOURS WORKED IN DEC. 2003 | |
| | PERIOD FROM        TO | |

PHONE (773)928-4800
FEDERAL ID NO. 36-1115510

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

□ Inactive    PAGE 2
□ Send more forms
□ Change of address
□ Change in name
Final Report:
□ Sold (out of) Business
□ Return to home base

Please check here

RECEIVED JAN 2 2004 LPWF

1113203                                          MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | | MARQUEZ, LUIS | 208.5 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTAL HOURS** | | | |

| FUND | RATE | TOTAL HOURS | AMOUNT | |
|---|---|---|---|---|
| | | | | 3,410.5 |
| WELFARE | 3.89 | | | |
| TOTAL(ALL FUNDS) | 3.89 | $1,3266.85 | | |
| CHECK NUMBER | 20941 | | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi-Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please remit in and return this report with payment to:
Laborers' Pension & Welfare Funds
11465 Cermak Road
Chicago, IL 60654-1308

ENTERED BY ST

Fund Adm. _____

Union _____

Employer  _Galloy & Vanetten_

By  _Kathleen VaStta_

Signed by an authorized officer, partner or agent only

127-M

2-1708

| REMITTANCE COPY |
|---|

DP-4

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY
## 11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154
TELEPHONE 1-708-562-8200 ADMINISTRATION

FAGE 1

☐ Inactive
☐ Send more forms
☐ Change of address
☐ Change in name

Final Report:
☐ Sold (out of) Business
☐ Return to home base

Please check here

| CODE |
|------|
| 011692 |

REPORT FOR HOURS WORKED IN JAN. 2004
PERIOD FROM            TO

PHONE (773)928-4800
FEDERAL ID NO. 36-1115510

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | | | 153.5 |
| 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 | 0225 | LUIS MARQUEZ | 205 |
| 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 | 0225 | PAUL PETREANU | 164 |
| 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 | 0225 | BRIAN ROBBINS | 172 |
| 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 | 0225 | JONATHAN D WASHINGTON | 163.5 |
| 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 | 0225 | KEVIN D. FOWLER | 238 |
| 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 | 0225 | JOHN JORDAN | 162.25 |
| 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 | 0225 | RONALD TULK | 44.67 |
| 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 | | RAMON MANZO | 266.5 |
| 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 | 0225 | DANIEL PRICE | 213 |
| 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 | 0225 | MARK A HUPPERICH | 144 |
| 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 | 0225 | TIMOTHY TURNER | 134.5 |
| 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 | 0225 | JOSE MANUEL DIAZ | 148 |
| 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 | 0225 | OSCAR DIAZ | 216.5 |
| 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 | 0225 | MILTON GOMEZ | 48 |
| 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 | 0225 | OSVALDO DIAZ | 209.75 |
| 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 | 0225 | JAIRO GARCIA | 164 |
| 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 | 0225 | FABIAN GARCIA | 164.75 |
| 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 | | DIEGO GARCIA | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please remit this and return this report with payment to:
Laborers' Pension & Welfare Funds

Fund Adm.

Union

Employer _Galloy & Vanett_

By _Kathleen Vett_
Signed by an authorized officer, partner or agent only

127-M

**REMITTANCE COPY**

DP-4

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY
11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154    TELEPHONE (708-562-8200 ADMINISTRATION

PAGE 2

CODE
011692

REPORT FOR HOURS WORKED IN JAN. 2004
PERIOD FROM          TO

Please check here

- [ ] Inactive
- [ ] Send more forms
- [ ] Change of Address
- [ ] Change in name
- [ ] Final Report:
- [ ] Sold (out of) Business
- [ ] Return to home base

RECEIVED

PHONE (773)928-4800
FEDERAL ID NO. 36-1115510

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

117047

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | | | |
| | | | |
| | | **OVERAGE** | |
| | | DATE 2/12/04 | |
| | | W $ 495.31 + (2) 7.977 = 494.34 | |
| | | P $ 0 | |
| | | | |
| | | | |
| | | | $ 2951.92 |
| | | | 3,079.25 |
| TOTAL HOURS | | | |
| | | | 11,978.28 |

| FUND | RATE | TOTAL HOURS | AMOUNT |
|---|---|---|---|
| WELFARE | 3.89 | | |
| TOTAL(ALL FUNDS) | 3.89 | | |
| CHECK NUMBER | 21175 | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Fund Adm.

Union

Employer _Galloy & Vanetten_

By _Kathleen Van Etten_
Signed by an authorized officer, partner or agent only

REMITTANCE COPY

127-M

DP-4

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

1465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154    TELEPHONE 1-708-562-0200 ADMINISTRATION

CODE
011692

REPORT FOR HOURS WORKED IN MARCH 2004
PERIOD FROM          TO

☐ Inactive
☐ Send more forms
☐ Change of address
☐ Change in name
Final Report:
☐ Sold (out of) Business
☐ Return to home base

Please check here

RECEIVED APR 29 2004 LPWF

PHONE (773)928-4800
FEDERAL ID NO. 36-1115510

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

1122155

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | | **REJECTED** SHORTAGE | |
| | | DATE 4/9/04 | |
| | | W. $ <8588.46> + (PS) <.97> = <8589.43> | |
| | | P. $ Ø | |
| | | RECEIVED DATE 4/29/04 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTAL HOURS** | 3077 | | 869.17 |

| FUND | RATE | TOTAL HOURS | AMOUNT | 3,381.07 |
|---|---|---|---|---|
| WELFARE | 3.89 | | | |
| TOTAL(ALL FUNDS) | 3.89 | | | |
| CHECK NUMBER | 21612 | | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this copy with payment to:
Laborers' Pension & Welfare Funds
1465 Cermak Avenue
Chicago, IL 60454-1488

ENTERED BY ST

Fund Adm.

Union

Employer  Galloy & VanEtta

By  Kathleen VanEtta
signed by an authorized officer, partner or agent only

**REMITTANCE COPY**

2-1800

127-M

DP-4

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

18 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154    TELEPHONE 1-708-562-0200 ADMINISTRATION

**PAGE 1**

CODE **011692**

REPORT FOR HOURS WORKED IN MARCH 2004
PERIOD FROM            TO

☐ Inactive
☐ Send more forms
☐ Change of address
☐ Change in name

Please check here

**Final Report:**
☐ Sold (out of) Business
☐ Return to home base

PHONE (773)928-4800
FEDERAL ID NO. 36-1115510

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | 0225 | LUIS MARQUEZ | 196.5 |
| 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 | 0225 | PAUL PETREANU | — |
| 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 | 0225 | BRIAN ROBBINS | 156.5 |
| 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 | 0225 | JONATHAN D WASHINGTON | 167 |
| 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 | 0225 | KEVIN D. FOWLER | 162.5 |
| 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 | 0225 | JOHN JORDAN | 210 |
| 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 | 0225 | RONALD TULK | 163.25 |
| 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 | | RAMON MANZO | 160.25 |
| 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 | 0225 | DANIEL PRICE | 200.25 |
| 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 | 0225 | MARK A HUPPERICH | 223 |
| 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 | 0225 | TIMOTHY TURNER | 160 |
| 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 | 0225 | JOSE MANUEL DIAZ | 167.5 |
| 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 | 0225 | OSCAR DIAZ | 175 |
| 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 | 0225 | MILTON GOMEZ | 222 |
| 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 | 0225 | OSVALDO DIAZ | 160 |
| 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 | 0225 | JAIRO GARCIA | 204.5 |
| 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 | 0225 | FABIAN GARCIA | 168.5 |
| 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 | | DIEGO GARCIA | 190.25 |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity, and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Fund Adm.

Union

Employer _Galloy & VaEtten_

By _Kathleen VaEtten_
Signed by an authorized officer, partner or agent only

**REMITTANCE COPY**

DP-4

127-M

2-1799

| CODE |
|------|
| 011692 |

REPORT FOR HOURS WORKED IN FEB. 2004
PERIOD FROM         TO

Please check here

☐ Inactive          PAGE 2
☐ Send more forms
☐ Change of address
☐ Change in name
Final Report:
☐ Sold (out of) Business
☐ Return to home base

PHONE (773)928-4800
FEDERAL ID NO. 36-1115519

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

111975

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

TOTAL HOURS

| FUND | RATE | TOTAL HOURS | AMOUNT | 2964.4 |
|---|---|---|---|---|
| WELFARE | 3.89 | | 11531.52 | |
| TOTAL(ALL FUNDS) | 3.89 | | $ 11,531.52 | |
| CHECK NUMBER | 21405 | | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Fund Adm. _____

Union _____

Employer _Galloy + VanEtten In_

By _Kathleen VanEtten_
Signed by an authorized officer, partner or agent only

| REMITTANCE COPY |
|---|

DP-4



**LABORERS' PENSION & WELFARE FUNDS**
**33367 TREASURY CENTER**
**CHICAGO, IL 60694-3300**



RECEIVED
APR 2 9 2004

*1122155*

Date received: 04/09/2004
Contractor: 011692

16 - 1122155

To:    GALLOY & VANETTEN INC
       P O BOX 288145
       CHICAGO, IL 60628

Dear Sir/Madam:

We have encountered problems processing the following report(s), which could interfere with the benefit eligibility of your employees. Based on the calculation below, **an additional $8,589.43 is due to the welfare and/or pension funds.** Please remit the payment, along with a copy of this notice to the address above.

**Welfare Fund**

| Report Month | Calculated Hours | Reported Hours | Rate | Expected Amount | Current Remittance | Prior Pmt/ Adj | Shortage | Overage |
|---|---|---|---|---|---|---|---|---|
| 03/2004 | 3,077.00 | 869.17 | 3.89 | 11,969.53 | $3,381.07 | | ($8,588.46) | |

*Reject*

|  |  |
|---|---|
| Sub Total | ($8,588.46) |
| Balance from previous months | ($0.97) |
| BALANCE Welfare | ($8,589.43) |

If your records disagree with this information or you need assistance, please call (708)562-0200 and ask for the Accounting Department.

*Ck# 21755*

Sincerely,
Accounting Department

☐ Inactive
☐ Send more forms
☐ Change of address
☐ Change in name

Final Report:
☐ Sold (out of) Business
☐ Return to home base

Please check here

CODE
011692

REPORT FOR HOURS WORKED IN APRIL 2004
PERIOD FROM          TO

PHONE (773)928-4800
FEDERAL ID NO. 36-1115510

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | 0225 | LUIS MARQUEZ | 219.5 |
| 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 | 0225 | BRIAN ROBBINS | 194 |
| 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 | 0225 | JONATHAN D WASHINGTON | 200 |
| 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 | 0225 | KEVIN D. FOWLER | 158.25 |
| 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 | 0225 | JOHN JORDAN | 247.5 |
| 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 | 0225 | RONALD TULK | 163.25 |
| 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 | | RAMON MANZO | 199.5 |
| 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 | 0225 | DANIEL PRICE | 188.5 |
| 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 | 0225 | MARK A HUPPERICH | 225.25 |
| 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 | 0225 | TIMOTHY TURNER | 200 |
| 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 | 0225 | JOSE MANUEL DIAZ | 195.25 |
| 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 | 0225 | OSCAR DIAZ | 185.5 |
| 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 | 0225 | MILTON GOMEZ | 215 |
| 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 | 0225 | OSVALDO DIAZ | 198.75 |
| 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 | 0225 | JAIRO GARCIA | 229.5 |
| 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 | 0225 | FABIAN GARCIA | 202.5 |
| 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 | | DIEGO GARCIA | 200.5 |
| 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 | | PAUL PETREANU | 184.75 |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete . . . return this report with payment to:
Laborers Pension & Welfare Funds

Fund Adm.

Union

Employer

By
Signed by an authorized officer, partner or agent only

127-M

REMITTANCE COPY

DP-4

2-1834

**CODE**    011692

REPORT FOR HOURS WORKED IN APRIL 2004
PERIOD FROM        TO

PAGE 2

☐ Inactive
☐ Send more forms
☐ Change of address
☐ Change in name
☐ Final Report
☐ Sold / out of business
☐ Return to home base

Please check here

PHONE (773)928-4800
FEDERAL ID NO. 36-1115510

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

1125508

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| **TOTAL HOURS** |  |  |  |

3,662.5

| FUND | RATE | TOTAL HOURS | AMOUNT | # |
|---|---|---|---|---|
| WELFARE | 3.89 |  | $14,013.73 |  |
| TOTAL(ALL FUNDS) | 3.89 |  |  |  |
| CHECK NUMBER | 21864 |  |  |  |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

127-M

Fund Adm. _____

Union _____

Employer _____

By _____
Signed by an authorized officer, partner or agent only

**REMITTANCE COPY**

2-1835

DP-4

| CODE | | | |
|------|---|---|---|
| 011692 | | | |

**REPORT FOR HOURS WORKED IN MAY 2004**
**PERIOD FROM          TO**

**PAGE 1**

☐ Inactive
☐ Send more forms
☐ Change of address
☐ Change in name

**Please check here**

Final Report:
☐ Sold (out of) Business
☐ Return to home base

**PHONE (773) 928-4800          FED. ID NO. 36-1115510**

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | 0225 | LUIS MARQUEZ | 185.5 |
| 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 | 0225 | BRIAN ROBBINS | 117.75 |
| 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 | 0225 | JONATHAN D WASHINGTON | 152 |
| 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 | 0225 | KEVIN D. FOWLER | 149.5 |
| 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 | 0225 | JOHN JORDAN | 233.5 |
| 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 | 0225 | RONALD TULK | 166.75 |
| 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 | | RAMON MANZO | 175 |
| 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 | 0225 | DANIEL PRICE | 88 |
| 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 | 0225 | MARK A HUPPERICH | 161.85 |
| 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 | 0225 | TIMOTHY TURNER | 160 |
| 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 | 0225 | JOSE MANUEL DIAZ | 174 |
| 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 | 0225 | OSCAR DIAZ | 186.75 |
| 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 | 0225 | MILTON GOMEZ | 219 |
| 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 | 0225 | OSVALDO DIAZ | 162 |
| 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 | 0225 | JAIRO GARCIA | 190.5 |
| 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 | 0225 | FABIAN GARCIA | 181 |
| 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 | | DIEGO GARCIA | 174 |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

127-M

Fund Adm.

Union

Employer

By _____
Signed by an authorized officer, partner or agent only

**REMITTANCE COPY**

DP-4

2-1832

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154

TELEPHONE 1-708-562-0200 ADMINISTRATION

| CODE | |
|---|---|
| 011692 | REPORT FOR HOURS WORKED IN MAY 2004 |
| | PERIOD FROM          TO |

PHONE (773)928-4800      FED. ID NO. 36-1115510

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

*1127728*

☐ Inactive
☐ Send more forms
☐ Change of address
☐ Change in name

**Please check here**

RECEIVED JUN 09 2004

Final Report:
☐ Sold (out of) Business
☐ Return to home base

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | | PAUL PETREAND | 164.5 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| TOTAL HOURS | | | |

| FUND | RATE | TOTAL HOURS | AMOUNT | 3,041.6 |
|---|---|---|---|---|
| WELFARE | 3.89 | | $11,831.82 | |
| TOTAL (ALL FUNDS) | 3.89 | | | |
| CHECK NUMBER | 22096 | | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Fund Adm. _____     Employer _____

127-M

Union _____     By _____
Signed by an authorized officer, partner or agent only

2-1833

REMITTANCE COPY

DP-4

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY
11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154

TELEPHONE 1-708-562-8200 ADMINISTRATION

**PAGE 1**

| CODE | |
|---|---|
| 011692 | |

☐ Inactive
☐ Send more forms
☐ Change of address
☐ Change in name

Please check here

**REPORT FOR HOURS WORKED IN JUNE 2004**
**PERIOD FROM           TO**

PHONE (773)928-4800           FED. ID NO. 36-1115510

Final Report:
☐ Sold (out of) Business
☐ Return to home base

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | | | 178 |
| 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 | 0225 | LUIS MARQUEZ | 148 |
| 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 | 0225 | PAUL PETREANU | 115.5 |
| 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 | 0225 | BRIAN ROBBINS | 140 |
| 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 | 0225 | JONATHAN D WASHINGTON | 161.25 |
| 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 | 0225 | KEVIN D. FOWLER | 218.5 |
| 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 | 0225 | JOHN JORDAN | 152.75 |
| 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 | 0225 | RONALD TULK | 189 |
| 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 | | RAMON MANZO | 146.25 |
| 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 | 0225 | DANIEL PRICE | 189.25 |
| 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 | 0225 | MARK A HUPPERICH | 148 |
| 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 | 0225 | TIMOTHY TURNER | 192.25 |
| 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 | 0225 | JOSE MANUEL DIAZ | 193.25 |
| 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 | 0225 | OSCAR DIAZ | 204 |
| 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 | 0225 | MILTON GOMEZ | 148 |
| 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 | 0225 | OSVALDO DIAZ | 210 |
| 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 | 0225 | JAIRO GARCIA | 187.5 |
| 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 | 0225 | FABIAN GARCIA | 155.5 |
| 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 | | DIEGO GARCIA | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with payment to:
Laborers' Pension & Welfare Funds
53367 Treasury Center
Chicago, Il 60694-3300

Fund Adm. _____          Employer _Galloy & Vatt_

Union _____          By _Kathleen Vatt_
Signed by an authorized officer, partner or agent only

127-M

**REMITTANCE COPY**

TOP-4

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154 · TELEPHONE 1-708-562-0200 ADMINISTRATION

| CODE | | |
|------|---|---|
| 011692 | **REPORT FOR HOURS WORKED IN JUNE 2004** | |
| | **PERIOD FROM        TO** | |

PHONE (773)928-4800     FED. ID NO. 36-1115510

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

1130683                                    MC-(225)

Please check here
- ☐ Inactive
- ☐ Send more forms
- ☐ Change in address
- ☐ Change in name

Final Report:
- ☐ Sold (out of) Business
- ☐ Return to home base

RECEIVED JUN 30 2004

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTAL HOURS** | | | 3,076.5 |

| FUND | RATE | TOTAL HOURS | AMOUNT |
|---|---|---|---|
| WELFARE | ~~3.89~~ | 4.52 | $13,905.78 |
| TOTAL(ALL FUNDS) | ~~3.89~~ | 4.52 | |
| CHECK NUMBER | 22329 | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with payment to:
Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago, IL 60694-3300

Fund Adm. _____

Union _____

Employer _____

By _____
Signed by an authorized officer, partner or agent

| REMITTANCE COPY |
|---|
| DP-4 |

2-1828

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY
**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**  TELEPHONE 1-708-562-0200 ADMINISTRATION

| CODE | | |
|---|---|---|
| 011692 | REPORT FOR HOURS WORKED IN JULY 2004 | |
| | PERIOD FROM          TO | |

PHONE (773) 928-4800          FED. ID NO. 36-1115510

☐ Inactive          **PAGE 1**
☐ Send more forms
☐ Change of address
☐ Change in name

Please check here

Final Report:
☐ Sold (out of) Business
☐ Return to home base

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | 0225 | LUIS MARQUEZ | 267.5 |
| 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 | 0225 | PAUL PETREANU | 230.25 |
| 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 | 0225 | BRIAN ROBBINS | 197.75 |
| 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 | 0225 | JONATHAN D WASHINGTON | 51.5 |
| 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 | 0225 | KEVIN D. FOWLER | 236.25 |
| 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 | 0225 | JOHN JORDAN | 279.5 |
| 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 | 0225 | RONALD TULK | 182 |
| 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 | | RAMON MANZO | 236.75 |
| 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 | 0225 | DANIEL PRICE | 177.25 |
| 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 | 0225 | MARK A HUPPERICH | 240.5 |
| 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 | 0225 | TIMOTHY TURNER | 157 |
| 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 | 0225 | JOSE MANUEL DIAZ | 254 |
| 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 | 0225 | OSCAR DIAZ | 246.5 |
| 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 | 0225 | MILTON GOMEZ | 252.5 |
| 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 | 0225 | OSVALDO DIAZ | 227 |
| 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 | 0225 | JAIRO GARCIA | 120.25 |
| 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 | 0225 | FABIAN GARCIA | 99 |
| 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 | | DIEGO GARCIA | 182.25 |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Laborers' Pension & Welfare Funds
36367 Treasury Center
Chicago, IL 60694-6300

Fund Adm. _____

Union _____

Employer _____

By _____
Signed by an authorized officer, partner or agent only

127-M

**REMITTANCE COPY**

DP-4

| CODE | |
|---|---|
| 011692 | |

REPORT FOR HOURS WORKED IN JULY 2004
PERIOD FROM          TO

PAGE 2

☐ Inactive
☐ Send more forms
☐ Change of address
☐ Change in name
**Final Report:**
☐ Sold (out of) Business
☐ Return to home base

PHONE (773)928-4800   FED. ID NO. 36-1115510

11-33843   LPWF   JUN 2 2004

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTAL HOURS** | | | 3,637.75 |

| FUND | RATE | TOTAL HOURS | AMOUNT |
|---|---|---|---|
| WELFARE | 4.52 | | $16,442.63 |
| TOTAL(ALL FUNDS) | 4.52 | | |
| CHECK NUMBER | 22564 | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with payment to:
Laborers' Pension & Welfare Funds
36307 Eagle Way
Chicago, IL 60678-1363

ENTERED BY ST

127-M

Fund Adm. _____

Union _____

Employer _____

By _____
Signed by an authorized officer, partner or agent only   8/9/04

REMITTANCE COPY

DP-4

2-10

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154     TELEPHONE 1-708-562-0200 ADMINISTRATION

CODE

011692

REPORT FOR HOURS WORKED IN AUG. 2004
PERIOD FROM       TO

PHONE (773)928-4800     FED. ID NO. 36-1115510

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

**PAGE 1**

☐ Inactive
☐ Send more forms
☐ Change of address
☐ Change in name

Please check here

Final Report:
☐ Sold (out of) Business
☐ Return to home base

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | 0225 | LUIS MARQUEZ | 224.5 |
| 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 | 0225 | PAUL PETREANU | 220 |
| 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 | 0225 | BRIAN ROBBINS | 1 |
| 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 | 0225 | JONATHAN D WASHINGTON | 224 |
| 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 | 0225 | KEVIN D. FOWLER | 217.75 |
| 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 | 0225 | JOHN JORDAN | 233 |
| 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 | 0225 | RONALD TULK | 136 |
| 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 | | RAMON MANZO | 185.5 |
| 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 | 0225 | DANIEL PRICE | 190.25 |
| 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 | 0225 | MARK A HUPPERICH | 186.5 |
| 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 | 0225 | TIMOTHY TURNER | 224 |
| 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 | 0225 | JOSE MANUEL DIAZ | 227 |
| 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 | 0225 | OSCAR DIAZ | 206 |
| 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 | 0225 | MILTON GOMEZ | 222.5 |
| 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 | 0225 | OSVALDO DIAZ | 215 |
| 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 | 0225 | JAIRO GARCIA | 214.5 |
| 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 | 0225 | FABIAN GARCIA | 202.5 |
| 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 | | DIEGO GARCIA | 207.75 |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Fund Adm. _____

Union _____

Employer _Galloy & Vanetten_

By _Kathleen Vanetten_

Signed by an authorized officer, partner or agent only

**REMITTANCE COPY**

127-M     DP-4

2-1801

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY
## 11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154    TELEPHONE 1-708-562-0200 ADMINISTRATION

Dkt 09 03 01 0700.09 - Document 11 - Filed 06/07/2004 ADMINISTRATION

| CODE | | |
|---|---|---|
| 011692 | | |

REPORT FOR HOURS WORKED IN AUG. 2004
PERIOD FROM          TO

PHONE (773)928-4800          FED. ID NO. 36-1115510

*1136501*

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

PAGE 2

Please check here

☐ Inactive
☐ Send more forms
☐ Change of address
☐ Change of name
Final Report
☐ Sold (out of) Business
☐ Return to home base

RECEIVED 2004

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | 3,537.75 |
| **TOTAL HOURS** | | | |

| FUND | RATE | TOTAL HOURS | AMOUNT |
|---|---|---|---|
| WELFARE | 4.52 | 3,537.75 | $15,990.63 ✓ |
| TOTAL(ALL FUNDS) | 4.52 | | |
| CHECK NUMBER | 22795 | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

127-M

Fund Adm. _____

Union _____

Employer _Galloy & VanEtten_

By _Kathleen VoVtt_
Signed by an authorized officer, partner or agent only

ENTERED ST

**REMITTANCE COPY**

DP-4

2-1802

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**    TELEPHONE 1-708-562-0200 ADMINISTRATION

CODE
**011692**

REPORT FOR HOURS WORKED IN SEPT. 2004
PERIOD FROM          TO

PHONE (773) 928-4800          FED. ID NO. 36-1115510

☐ Inactive          **PAGE 1**
☐ Send more forms
☐ Change of address
☐ Change in name

Please check here

Final Report:
☐ Sold (out of) Business
☐ Return to home base

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | 0225 | LUIS MARQUEZ | 208.5 |
| 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 | 0225 | PAUL PETREANU | 205.5 |
| 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 | 0225 | BRIAN ROBBINS | |
| 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 | 0225 | JONATHAN D WASHINGTON | 215.25 |
| 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 | 0225 | KEVIN D. FOWLER | 204 |
| 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 | 0225 | JOHN JORDAN | 221.25 |
| 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 | 0225 | RONALD TULK | 155.5 |
| 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 | | RAMON MANZO | 206.5 |
| 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 | 0225 | DANIEL PRICE | 184 |
| 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 | 0225 | MARK A HUPPERICH | 211.5 |
| 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 | 0225 | TIMOTHY TURNER | 198.5 |
| 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 | 0225 | JOSE MANUEL DIAZ | 222 |
| 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 | 0225 | OSCAR DIAZ | 137.5 |
| 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 | 0225 | MILTON GOMEZ | 193 |
| 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 | 0225 | OSVALDO DIAZ | 222 |
| 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 | 0225 | JAIRO GARCIA | 214.25 |
| 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 | 0225 | FABIAN GARCIA | 186.5 |
| 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 | | DIEGO GARCIA | 102 |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with payment to
Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago, IL 60694-3300

Fund Adm. _____          Employer _Galloy & VaEtten_

Union _____          By _Kathleen K. Etter_

_____          Signed by an authorized officer, partner or agent only

127-M

2-1702

**REMITTANCE COPY**

DP-4

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY
11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154    TELEPHONE 1-708-562-0200 ADMINISTRATION

| CODE | | | |
|---|---|---|---|
| 011692 | REPORT FOR HOURS WORKED IN SEPT. 2004 PERIOD FROM    TO | | |

PHONE (773)928-4800        FED. ID NO. 36-1115510

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

/ 139390                              MC-(225)

- [ ] Inactive      **PAGE 2**
- [ ] Send more forms
- [ ] Change of address
- [ ] Change in name

Please check here

Final Report:
- [ ] Sold (out of) Business
- [ ] Return to home base

RECEIVED OCT 1 2 2004

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | | JOSE MENDOZA | 187 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | ENTERED BY CT | |
| | | | |
| | | | |
| **TOTAL HOURS** | | | |

| FUND | RATE | TOTAL HOURS | AMOUNT | 3,474.75 |
|---|---|---|---|---|
| WELFARE | 4.52 | | $ 15,705.87 | |
| TOTAL(ALL FUNDS) | 4.52 | | | |
| CHECK NUMBER | 23038 | | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with payment to:
Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago, IL 60694-3300

Fund Adm. _____     Employer _Galloy & Vanetten_
Union _____
_____           By _Kathleen Vanetten_
                          Signed by an authorized officer, partner or agent only

127-M

2-1700

**REMITTANCE COPY**

DP-4

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154       TELEPHONE 1-708-562-0360 ADMINISTRATION

| CODE | |
|------|---|
| 011692 | |

REPORT FOR HOURS WORKED IN OCT. 2004
PERIOD FROM          TO

☐ Inactive
☐ Send more forms
☐ Change of address
☐ Change in name

Please check here

Final Report
☐ Sold (out of) Business
☐ Return to home base

PHONE (773)928-4800       FED. ID NO. 36-111551C

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | 0225 | LUIS MARQUEZ | 277.5 |
| 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 | 0225 | PAUL PETREANU | 243.5 |
| 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 | 0225 | BRIAN ROBBINS | |
| 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 | 0225 | JONATHAN D WASHINGTON | 273.25 |
| 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 | 0225 | KEVIN D. FOWLER | 271.5 |
| 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 | 0225 | JOHN JORDAN | 301.5 |
| 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 | 0225 | RONALD TULK | 196.5 |
| 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 | | RAMON MANZO | 275 |
| 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 | 0225 | DANIEL PRICE | 239.75 |
| 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 | 0225 | MARK A HUPPERICH | 280 |
| 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 | 0225 | TIMOTHY TURNER | 277.5 |
| 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 | 0225 | JOSE MANUEL DIAZ | 94.5 |
| 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 | 0225 | OSCAR DIAZ | |
| 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 | 0225 | MILTON GOMEZ | 276 |
| 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 | 0225 | OSVALDO DIAZ | 76 |
| 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 | 0225 | JAIRO GARCIA | 279 |
| 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 | 0225 | FABIAN GARCIA | 242 |
| 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 | | DIEGO GARCIA | 55.5 |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Fund Adm. _____

Union _____

Employer _Galloy VanEtten_

By _Kathleen Kelly_ 11/9/04
Signed by an authorized officer, partner or agent only

**REMITTANCE COPY**

127-M                                                              DP-4

2-1789

| CODE | | | |
|------|---|---|---|
| 011692 | REPORT FOR HOURS WORKED IN OCT. 2004 PERIOD FROM          TO | | PAGE 2 |

☐ Inactive

☐ Send more forms

PHONE (773)928-4800          FED. ID NO. 36-1115510

☐ Change of address

☐ Change in name

Final Report:

*Please check here*

114325\
GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

☐ Sold (out of business)

☐ Return to home base

RECEIVED
OCT 15 2004

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | | B JOSE MENDOZA | 263 |
| 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 | | JOEL RAMIREZ | 279 |
| 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 | | GERARDO RAMIREZ | 156.75 |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL HOURS | | | |

| FUND | RATE | TOTAL HOURS | AMOUNT | |
|---|---|---|---|---|
| WELFARE | 4.52 | | | 4,357.5 |
| TOTAL(ALL FUNDS) | 4.52 | $ 19,695.90 ✓ | | |
| CHECK NUMBER | 123273 | | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

CROWN 127-M

Fund Adm.

Union

Employer   Galloy & VaEtten

By   Kathleen VanEtten   11/9/04
Signed by an authorized officer, partner or agent only

ENTERED
ST

REMITTANCE COPY

Z-1790          DP-4

**PAGE 1**

CODE
011692

REPORT FOR HOURS WORKED IN NOV. 2004
PERIOD FROM           TO

PHONE (773)928-4800        FED. ID NO. 36-1115510

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

☐ Inactive
☐ Send more forms
☐ Change of address
☐ Change in name

Please check here

Final Report:
☐ Sold (out of) Business
☐ Return to home base

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | 0225 | LUIS MARQUEZ | 222 |
| 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 | 0225 | PAUL PETREANU | 219 |
| 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 | 0225 | JOSE G MENDOZA | 215 |
| 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 | 0225 | JONATHAN D WASHINGTON | 217.5 |
| 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 | 0225 | KEVIN D. FOWLER | 225.25 |
| 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 | 0225 | JOHN JORDAN | 245.5 |
| 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 | 0225 | RONALD TULK | 154 |
| 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 | | RAMON MANZO | 223 |
| 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 | 0225 | DANIEL PRICE | 204.75 |
| 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 | 0225 | MARK A HUPPERICH | 232 |
| 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 | 0225 | TIMOTHY TURNER | 222.25 |
| 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 | 0225 | JOSE MANUEL DIAZ | 229.60 |
| 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 | 0225 | OSCAR DIAZ | 10 |
| 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 | 0225 | MILTON GOMEZ | 246.5 |
| 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 | 0225 | OSVALDO DIAZ | 229.5 |
| 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 | 0225 | JAIRO GARCIA | 227 |
| 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 | 0225 | FABIAN GARCIA | 217.5 |
| 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 | | DIEGO GARCIA | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound by the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Fund Adm. _____

Union _____

Employer _Galloy & VanEtten_

By _Matthew VanEtte_
Signed by an authorized officer, partner or agent only

**REMITTANCE COPY**

127-M

DP-4

2-1775

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154     TELEPHONE 1-708-562-0200 ADMINISTRATION

| CODE | | |
|------|---|---|
| 011692 | REPORT FOR HOURS WORKED IN NOV. 2004 | PAGE 2 |

PERIOD FROM     TO

PHONE (773)928-4800     FED. ID NO. 36-1115510

1145525

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

☐ Inactive
☐ Send more forms
☐ Change of address
☐ Change in name
Please check here
☐ Final Report:
☐ Sold out of Business
☐ Return to home base

RECEIVED DEC 2 2004

NC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | | RAMIREZ, JOEL | 222 |
| 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 | | RAMIREZ, GERARDO | 212.25 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**TOTAL HOURS**

| FUND | RATE | TOTAL HOURS | AMOUNT | 3,974.5 |
|---|---|---|---|---|
| WELFARE | 4.52 | | $17,964.74 | |
| TOTAL(ALL FUNDS) | 4.52 | | | |
| CHECK NUMBER | 23492 | | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Fund Adm. _____

Union _____

Employer _Galloy & VanEtten_

By _Kathleen VanEtten_
Signed by an authorized officer, partner or agent only

BY **REMITTANCE COPY**

127-M

2-1776

DP-4

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY
## 11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154
TELEPHONE 1-708-562-0200 ADMINISTRATION

**CODE** 011692

REPORT FOR HOURS WORKED IN DEC. 2004
PERIOD FROM        TO

PHONE (773)928-4800        FED. ID NO. 36-1115510

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

☐ Inactive        **PAGE 1**
☐ Send more forms
☐ Change of address
☐ Change in name
Final Report:
☐ Sold (out of) Business
☐ Return to home base

Please check here

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | 0225 | LUIS MARQUEZ | 226.5 |
| 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 | 0225 | PAUL PETREANU | 226.75 |
| 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 | 0225 | JOSE G MENDOZA | 219 |
| 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 | 0225 | JONATHAN D WASHINGTON | 222 |
| 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 | 0225 | KEVIN D. FOWLER | 173.75 |
| 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 | 0225 | JOHN JORDAN | 246 |
| 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 | 0225 | RONALD TULK | 169.75 |
| 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 | | RAMON MANZO | 217.5 |
| 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 | 0225 | DANIEL PRICE | 194.5 |
| 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 | 0225 | MARK A HUPPERICH | 231.75 |
| 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 | 0225 | TIMOTHY TURNER | 202 |
| 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 | 0225 | JOSE MANUEL DIAZ | 234 |
| 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 | 0225 | GERARDO RAMIREZ | 223.75 |
| 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 | | JOEL RAMIREZ | 227.5 |
| 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 | 0225 | MILTON GOMEZ | 205.5 |
| 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 | 0225 | OSVALDO DIAZ | 230 |
| 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 | 0225 | JAIRO GARCIA | 226 |
| 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 | 0225 | FABIAN GARCIA | 174.5 |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Fund Adm. _____

Union _____

Employer _Galloy & VanEtten_

By _Kathleen VanEtten_
Signed by an authorized officer, partner or agent only

**REMITTANCE COPY**

DP-4

| CODE | | | | |
|------|---|---|---|---|
| 011692 | REPORT FOR HOURS WORKED IN DEC. 2004 | | | |

PERIOD FROM            TO

PHONE (773)928-4800        FED. ID NO. 36-1115510

*1148181*

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

☐ Inactive        PAGE 2
☐ Send more forms
☐ Change of Address
☐ Change in name
Final Report:
☐ Sold (out of) Business
☐ Return to home base

Please check here

RECEIVED JAN 31 2005 LWMF

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | | DIEGO GARCIA | |
| 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 | | DIAZ, OSCAR | 227.5 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | ⊕ ENTERED BY CT | |
| | | | |
| | | | |
| **TOTAL HOURS** | | | 4,078.25 |

| FUND | RATE | TOTAL HOURS | AMOUNT | |
|---|---|---|---|---|
| WELFARE | 4.52 | | 18,433.69 | |
| TOTAL(ALL FUNDS) | 4.52 | | | |
| CHECK NUMBER | 23737 | | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and remit dues per with payment to:
Laborers' Pension & Welfare Funds
P O Box 288145
Chicago, IL 60628

127-M

Fund Adm. _____

Union _____

Employer _Galloy & Van Etten Inc_

By _Kathleen Van Etten_
Signed by an authorized officer, partner or agent only

**REMITTANCE COPY**

DP-4

2-1751

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154 · TELEPHONE 1-708-562-0200 ADMINISTRATION

| CODE | | | |
|---|---|---|---|
| 011692 | REPORT FOR HOURS WORKED IN JAN. 2005 | ☐ Inactive | **PAGE 1** |
| | PERIOD FROM          TO | ☐ Send more forms | |

PHONE (773)928-4800     FED. ID NO. 36-1115510

Please check here

☐ Change of address
☐ Change in name

Final Report:
☐ Sold (out of) Business
☐ Return to home base

GALLOY & VANETTEN INC
P O BOX 288745
CHICAGO, IL 60628

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | 0225 | LUIS MARQUEZ | 68 |
| 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 | 0225 | PAUL PETREANU | 197.5 |
| 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 | 0225 | JOSE G MENDOZA | 154.75 |
| 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 | 0225 | JONATHAN D WASHINGTON | 132 |
| 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 | 0225 | KEVIN D. FOWLER | 138 |
| 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 | 0225 | JOHN JORDAN | 202.75 |
| 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 | 0225 | RONALD TULK | 123.25 |
| 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 | | RAMON MANZO | 148.5 |
| 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 | 0225 | DANIEL PRICE | 131.75 |
| 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 | 0225 | MARK A HUPPERICH | 186.25 |
| 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 | 0225 | TIMOTHY TURNER | 138 |
| 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 | 0225 | JOSE MANUEL DIAZ | 148 |
| 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 | 0225 | GERARDO RAMIREZ | 173 |
| 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 | | JOEL RAMIREZ | 147.75 |
| 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 | 0225 | OSCAR DIAZ | 164 |
| 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 | 0225 | MILTON GOMEZ | 180 |
| 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 | 0225 | OSVALDO DIAZ | 136.5 |
| 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 | 0225 | JAIRO GARCIA | 131.75 |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return the top of with payment to
Laborers' Pension & Welfare Funds
3267 Trust to Pension
Chicago, IL 60694-3267

● 127-M

Fund Adm. _____

Union _____

Employer _____

By _____
Signed by an authorized officer, partner or agent only

| **REMITTANCE COPY** |
|---|

DP-4

2-1785

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY
11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154      TELEPHONE 1-708-562-0200 ADMINISTRATION

PAGE 2

| CODE |
|------|
| 011692 |

REPORT FOR HOURS WORKED IN JAN. 2005
PERIOD FROM          TO

PHONE (773)928-4800          FED. ID NO. 36-1115510

☐ Inactive
☐ Send more forms
☐ Change of address
☐ Change of name
☐ Final Report

Please check here

☐ Sold (out of) Business
☐ Return to home base

FEB 2005

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

1151700                                    MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | 0225 | FABIAN GARCIA | 76.5 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTAL HOURS** | | | 2,778.25 |

SELF-PAID BY CT

| FUND | RATE | TOTAL HOURS | AMOUNT |
|---|---|---|---|
| WELFARE | 4.52 | | $12,557.69 |
| TOTAL(ALL FUNDS) | 4.52 | | |
| CHECK NUMBER | 23993 | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Fund Adm.

Union

Employer

By
Signed by an authorized officer, partner or agent only

127-M

| REMITTANCE COPY |
|---|

DP-4

2-1786

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154    TELEPHONE 1-708-562-0200 ADMINISTRATION

**CODE**
011692

REPORT FOR HOURS WORKED IN FEB. 2005
PERIOD FROM     TO

PHONE (773)928-4800     FED. ID NO. 36-1115510

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

Please check here

- [ ] Inactive    **PAGE 1**
- [ ] Send more forms
- [ ] Change of address
- [ ] Change in name

**Final Report:**
- [ ] Sold (out of) Business
- [ ] Return to home base

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | 0225 | LUIS MARQUEZ | 160 |
| 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 | 0225 | PAUL PETREANU | 130.75 |
| 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 | 0225 | JOSE G MENDOZA | 159.5 |
| 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 | 0225 | JONATHAN D WASHINGTON | 152 |
| 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 | 0225 | KEVIN D. FOWLER | 157.75 |
| 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 | 0225 | JOHN JORDAN | 210.5 |
| 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 | 0225 | RONALD TULK | 159. |
| 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 | | RAMON MANZO | 160 |
| 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 | 0225 | DANIEL PRICE | 136.75 |
| 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 | 0225 | MARK A HUPPERICH | 192.5 |
| 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 | 0225 | TIMOTHY TURNER | 160 |
| 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 | 0225 | JOSE MANUEL DIAZ | 160 |
| 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 | 0225 | GERARDO RAMIREZ | 181.25 |
| 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 | | JOEL RAMIREZ | 160 |
| 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 | 0225 | OSCAR DIAZ | 2 |
| 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 | 0225 | MILTON GOMEZ | 210 |
| 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 | 0225 | OSVALDO DIAZ | 160 |
| 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 | 0225 | JAIRO GARCIA | 196.5 |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned employer expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

▶ Please complete and return this report with payment to
Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago, IL 60694-3300

Fund Adm. _____    Employer _____

Union _____    By _____
    Signed by an authorized officer, partner or agent only

**REMITTANCE COPY**

127-M     DP-4

2-1791

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

### 11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154    TELEPHONE 1-708-562-0200 ADMINISTRATION

CODE
011692

REPORT FOR HOURS WORKED IN FEB. 2005
PERIOD FROM        TO

PHONE (773)928-4800    FED. ID NO. 36-1115510

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

08CV2269        TC
JUDGE ZAGEL
MAGISTRATE JUDGE COX

☐ Inactive
☐ Send more forms
☐ Change of address
☐ Change of name
Final Report:
☐ Sold (out of) Business
☐ Return to home base

Please check here

RECEIVED MAR 0 9 2005 LPWF

1154332

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | 0225 | FABIAN GARCIA | 152 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTAL HOURS** | | | **2,998.5** |

| FUND | RATE | TOTAL HOURS | AMOUNT |
|---|---|---|---|
| WELFARE | 4.52 | | |
| TOTAL(ALL FUNDS) | 4.52 | | $13,553.22 |
| CHECK NUMBER | 24220 | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with payment to:
Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago, IL 60694-3300

Fund Adm. _____
Union _____
_____

Employer _____
By _____
Signed by an authorized officer, partner or agent only

ENTERED
ST
REMITTANCE COPY

127-M

2-2292

DP-4

| CODE |
|------|
| 011692 |

REPORT FOR HOURS WORKED IN MARCH 2005
PERIOD FROM          TO

PHONE (773)928-4800          FED. ID NO. 36-1115510

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

PAGE 1

☐ Inactive
☐ Send more forms
☐ Change of address
☐ Change in name
Final Report:
☐ Sold out or business
☐ Return to home base

Please check here

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | 0225 | LUIS MARQUEZ | 160 |
| 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 | 0225 | PAUL PETREANU | 150 |
| 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 | 0225 | JOSE G MENDOZA | 128.75 |
| 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 | 0225 | JONATHAN D WASHINGTON | 107 |
| 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 | 0225 | KEVIN D. FOWLER | 149.75 |
| 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 | 0225 | JOHN JORDAN | 193.5 |
| 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 | 0225 | RONALD TULK | 155.75 |
| 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 | 0225 | RAMON MANZO | 160.5 |
| 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 | 0225 | DANIEL PRICE | 142.25 |
| 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 | 0225 | MARK A HUPPERICH | 144 |
| 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 | 0225 | TIMOTHY TURNER | 160 |
| 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 | 0225 | JOSE MANUEL DIAZ | 160 |
| 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 | 0225 | GERARDO RAMIREZ | 145.5 |
| 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 | | JOEL RAMIREZ | 166 |
| 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 | 0225 | OSCAR DIAZ | |
| 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 | 0225 | MILTON GOMEZ | 179.75 |
| 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 | 0225 | OSVALDO DIAZ | 158.5 |
| 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 | 0225 | JAIRO GARCIA | 153.5 |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with payment to:
Laborers' Pension & Welfare Funds
11465 W. Cermak Road
Westchester, IL 60154

Fund Adm. _____     Employer _____

127-M

Union _____     By _____
Signed by an authorized officer, partner or agent only

| REMITTANCE COPY |
|---|

2-1847

DP-4

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154   TELEPHONE 1-708-562-0200 ADMINISTRATION

CODE  011692

REPORT FOR HOURS WORKED IN MARCH 2005
PERIOD FROM          TO

PHONE (773)928-4800          FED. ID NO. 36-1115510

1157610

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

☐ Inactive
☐ Send more forms
☐ Change of address
☐ Change in name
☐ Final report
☐ Sold (out of) Business
☐ Return

Please
check
here

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | 0225 | FABIAN GARCIA | 128 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTAL HOURS** | | | 2,742.75 |

| FUND | RATE | TOTAL HOURS | AMOUNT | |
|---|---|---|---|---|
| WELFARE | 4.52 | | $12,397.23 ✓ | |
| TOTAL(ALL FUNDS) | 4.52 | | | |
| CHECK NUMBER | 24427 | | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

127-M

Fund Adm.

Union

Employer _Galloy & VanEtten_

By _Kathleen VanEtten_

Signed by an authorized officer, partner or agent only

ENTERED ST

REMITTANCE COPY

DP-4

2-184%

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154
TELEPHONE 1-708-562-0200 ADMINISTRATION

☐ Inactive  **PAGE 1**
☐ Send more forms
☐ Change of address
☐ Change in name
**Final Report:**
☐ Sold (out of) Business
☐ Return to home base

Please check here

CODE 011692

REPORT FOR HOURS WORKED IN APRIL 2005
PERIOD FROM          TO

PHONE (773)928-4800          FED. ID NO. 36-1115510

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

MC~(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | 0225 | LUIS MARQUEZ | 197 |
| 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 | 0225 | PAUL PETREANU | 199 |
| 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 | 0225 | JOSE G MENDOZA | 171 |
| 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 | 0225 | JONATHAN D WASHINGTON | 192 |
| 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 | 0225 | KEVIN D. FOWLER | 190.25 |
| 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 | 0225 | JOHN JORDAN | 236 |
| 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 | 0225 | RONALD TULK | 192.75 |
| 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 | 0225 | RAMON MANZO | 201 |
| 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 | 0225 | DANIEL PRICE | 30.25 |
| 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 | 0225 | MARK A HUPPERICH | 199.25 |
| 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 | 0225 | TIMOTHY TURNER | 191.5 |
| 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 | 0225 | JOSE MANUEL DIAZ | 206 |
| 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 | 0225 | GERARDO RAMIREZ | 201.75 |
| 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 | 0225 | JOEL RAMIREZ | 193.25 |
| 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 | 0225 | MILTON GOMEZ | 215 |
| 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 | 0225 | OSVALDO DIAZ | 200 |
| 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 | 0225 | JAIRO GARCIA | 191.5 |
| 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 | 0225 | FABIAN GARCIA | 157.25 |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Fund Adm. _____

Union _____

Employer _____

By _____
Signed by an authorized officer, partner or agent only

127-M

**REMITTANCE COPY**

DP-4

2-1854

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154          TELEPHONE 1-708-562-0200 ADMINISTRATION

Please complete both sides of report for Welfare and Pension fund

| CODE | | |
|------|---|---|
| 011692 | REPORT FOR HOURS WORKED IN APRIL 2005 | PAGE 2 |
| | PERIOD FROM          TO | |

**PHONE (773)928-4800**          **FED. ID NO. 36-1115510**

1160656

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

Please check here:
- [ ] Inactive
- [ ] Send more forms
- [ ] Change of address
- [ ] Change in name

Final Report:
- [ ] Sold (out of) Business
- [ ] Return to home base

RECEIVED MAY 2 2005

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**TOTAL HOURS**

| FUND | RATE | TOTAL HOURS | AMOUNT | |
|---|---|---|---|---|
| | | | | 3,365.25 |
| WELFARE | 4.52 | | | |
| TOTAL(ALL FUNDS) | 4.52 | | $15,210.93 | |
| CHECK NUMBER | 2456 | | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Fund Adm. _____          Employer _____

Union _____          By _____
                                    Signed by an authorized officer, partner or agent only

127-M

ENTERED ST

REMITTANCE COPY

DP-4

2-1855

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154      TELEPHONE 1-708-562-0200 ADMINISTRATION

| CODE | | |
|---|---|---|
| 011692 | REPORT FOR HOURS WORKED IN MAY 2005 | |
| | PERIOD FROM         TO | |

PHONE (773)928-4800          FED. ID NO. 36-1115510

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

PAGE 1

- ☐ Inactive
- ☐ Send more forms
- ☐ Change of address
- ☐ Change in name

**Final Report:**
- ☐ Sold (out of) Business
- ☐ Return to home base

Please check here

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | 0225 | LUIS MARQUEZ | 160 |
| 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 | 0225 | PAUL PETREANU | 160.25 |
| 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 | 0225 | JOSE G MENDOZA | 92 |
| 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 | 0225 | JONATHAN D WASHINGTON | 151 |
| 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 | 0225 | KEVIN D. FOWLER | 151.25 |
| 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 | 0225 | JOHN JORDAN | 198.25 |
| 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 | 0225 | RONALD TULK | 150.75 |
| 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 | 0225 | RAMON MANZO | 152.5 |
| 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 | 0225 | DANIEL PRICE | |
| 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 | 0225 | MARK A HUPPERICH | 162 |
| 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 | 0225 | TIMOTHY TURNER | 160 |
| 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 | 0225 | JOSE MANUEL DIAZ | 156 |
| 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 | 0225 | GERARDO RAMIREZ | 151 |
| 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 | 0225 | JOEL RAMIREZ | 171 |
| 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 | 0225 | MILTON GOMEZ | 167.25 |
| 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 | 0225 | OSVALDO DIAZ | 158 |
| 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 | 0225 | JAIRO GARCIA | 157 |
| 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 | 0225 | FABIAN GARCIA | 158 |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Fund Adm. _____          Employer _Galloy & VanEtten_

Union _____          By _Kathleen VanEtten_

_____          Signed by an authorized officer, partner or agent only

MODULES 127-M

| REMITTANCE COPY |
|---|

DP-4

2-1833

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154      TELEPHONE 1-708-562-0200 ADMINISTRATION**

| CODE | | |
|---|---|---|
| 011692 | | |

REPORT FOR HOURS WORKED IN MAY 2005
PERIOD FROM          TO

PHONE (773)928-4800          FED. ID NO. 36-1115510

1162900

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

**PAGE 2**

Please check here

- [ ] Inactive
- [ ] Send more forms
- [ ] Change of address
- [ ] Change in name
- [ ] Final report
- [ ] Sold (out of) Business
- [ ] Return to home base

RECEIVED JUN 19 2005

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTAL HOURS** | | | 2,656.75 |

| FUND | RATE | TOTAL HOURS | AMOUNT | |
|---|---|---|---|---|
| WELFARE | 4.52 | | | |
| TOTAL(ALL FUNDS) | 4.52 | | $12,008.51 | |
| CHECK NUMBER | 24846 | | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Fund Adm. _____

Union _____

127-M

Employer _Galloy & Vanetten_

By _Kathleen Vanetten_
*Signed by an authorized officer, partner or agent only*

ENTERED
ST
REMITTANCE COPY

DP-4

2-1836

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY
## 11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154    TELEPHONE 1-708-562-0200 ADMINISTRATION

PAGE 1

| CODE |
|------|
| 011692 |

REPORT FOR HOURS WORKED IN JUNE 2005
PERIOD FROM          TO

PHONE (773)928-4800        FED. ID NO. 36-7115510

Please check here

- [ ] Inactive
- [ ] Send more forms
- [ ] Change of address
- [ ] Change of name
- [ ] Final Report
- [ ] Sold (out of) Business
- [ ] Return to home base

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | 0225 | LUIS MARQUEZ | 151 |
| 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 | 0225 | PAUL PETREANU | 149 |
| 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 | 0225 | JOSE G MENDOZA | 153 |
| 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 | 0225 | JONATHAN D WASHINGTON | 139 |
| 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 | 0225 | KEVIN D. FOWLER | 127.25 |
| 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 | 0225 | JOHN JORDAN | 203.75 |
| 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 | 0225 | RONALD TULK | 151 |
| 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 | 0225 | RAMON MANZO | 147 |
| 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 | 0225 | DANIEL PRICE   TERMINATED | — |
| 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 | 0225 | MARK A HUPPERICH | 163 |
| 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 | 0225 | TIMOTHY TURNER | 152 |
| 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 | 0225 | JOSE MANUEL DIAZ | 159.5 |
| 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 | 0225 | GERARDO RAMIREZ | 116.5 |
| 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 | 0225 | JOEL RAMIREZ | 163.25 |
| 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 | 0225 | MILTON GOMEZ | 179.5 |
| 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 | 0225 | OSVALDO DIAZ | 153.5 |
| 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 | 0225 | JAIRO GARCIA | 152.5 |
| 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 | 0225 | FABIAN GARCIA | 144 |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi-Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with payment to:
Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago, IL 60694-3300

Fund Adm. _____

Union _____

Employer _Galloy & Vanetten_

By _Kathleen Vanetten_
Signed by an authorized officer, partner or agent only

| REMITTANCE COPY |

127-M

2-1784

DP-4

CODE
011692

REPORT FOR HOURS WORKED IN JUNE 2005
PERIOD FROM                    TO

PHONE (773)928-4800

FED. ID NO. 36-7115510

1166319

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

☐ Inactive
☐ Send more forms
☐ Change of address
☐ Change of name
☐ Final Report
☐ Sold (out of) Business
☐ Return to home base

JUL 18 2005

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | | MC-(225) | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTAL HOURS** | | | |

| FUND | RATE | TOTAL HOURS | AMOUNT | |
|---|---|---|---|---|
| WELFARE | 4.92 | | | 2,604.75 |
| TOTAL(ALL FUNDS) | 4.92 | | | |
| CHECK NUMBER | 25020 | | $12,815.37 | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with payment to:
Laborers' Pension & Welfare Funds
3536 Pension Center
Chicago, IL 60694-3300

127-M

Fund Adm. _____

Union _____

2-1785

Employer _Galloy & VanEtten_

By _Kathleen VanEtten_
Signed by an authorized officer, partner or agent only

REMITTANCE COPY

DP-4

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154    TELEPHONE 1-708-562-0200 ADMINISTRATION

**CODE**
011692

REPORT FOR HOURS WORKED IN JULY 2005
PERIOD FROM          TO

PHONE (773)928-4800          FED. ID NO. 36-1115510

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

Please check here

☐ Inactive
☐ Send more forms
☐ Change of address
☐ Change in name

**Final Report:**
☐ Sold (out of) Business
☐ Return to home base

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE            | TOTAL HOURS |
|----------------------------------------|-----------|----------------------------|-------------|
|                                        |           | MC-(225)                   |             |
| 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                            | 0225      | LUIS MARQUEZ               | 193.5       |
| 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                            | 0225      | PAUL PETREANU              | 241.75      |
| 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                            | 0225      | JOSE G MENDOZA             | 171         |
| 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                            | 0225      | JONATHAN D WASHINGTON      | 192         |
| 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                            | 0225      | KEVIN D. FOWLER            | 185.75      |
| 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                            | 0225      | JOHN JORDAN                | 259.75      |
| 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                            | 0225      | RONALD TULK                | 181.75      |
| 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                            | 0225      | RAMON MANZO                | 158         |
| 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                            | 0225      | MARK A HUPPERICH           | 236.50      |
| 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                            | 0225      | TIMOTHY TURNER             | 152         |
| 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                            | 0225      | JOSE MANUEL DIAZ           | 222.25      |
| 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                            | 0225      | GERARDO RAMIREZ            | 246         |
| 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                            | 0225      | JOEL RAMIREZ               | 179.5       |
| 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                            | 0225      | MILTON GOMEZ               | 169.75      |
| 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                            | 0225      | OSVALDO DIAZ               | 194         |
| 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                            | 0225      | JAIRO GARCIA               | 210.75      |
| 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                            | 0225      | FABIAN GARCIA              | 136         |
| 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                            |           | RICHARD STAHLS             | 163         |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with payment to:
Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago, IL 60694-3300

Fund Adm. _____

Union _____

Employer _Galloy & V Etten_

By _Kathleen V Stt_
Signed by an authorized officer, partner or agent only

REMITTANCE COPY

2-1787

DP-4

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY
11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154

TELEPHONE 1-708-562-0200 ADMINISTRATION

| CODE | | |
|---|---|---|
| 011692 | REPORT FOR HOURS WORKED IN JULY 2005 | |

PERIOD FROM          TO

PHONE (773)928-4800          FED. ID NO. 36-1115510

- [ ] Inactive
- [ ] Send more forms
- [ ] Change of address
- [ ] Change in name
- Final Report
- [ ] Sold (out of) Business
- [ ] Return to home base

Please check here

RECEIVED JUL 11 2005 PWF

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

MC-(225)

1/68935

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| TOTAL HOURS | | | | 3493.2 |
|---|---|---|---|---|
| FUND | RATE | TOTAL HOURS | AMOUNT | |
| WELFARE | 4.92 | | $17,186.79 | |
| TOTAL(ALL FUNDS) | 4.92 | | | |
| CHECK NUMBER | 25269 | | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with payment to
Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago, IL 60694-3300

ENTERED
ST

REMITTANCE COPY

Employer _Galloy & Vanetten_

By _Matthew Voith_
Signed by an authorized officer, partner or agent only

Fund Adm. _____

Union _____

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY
11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154    TELEPHONE 1-708-562-0200 ADMINISTRATION

| CODE |
|------|
| 011692 |

REPORT FOR HOURS WORKED IN AUG. 2005
PERIOD FROM          TO

PHONE (773)928-4800          FED. ID NO. 36-7115510

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

Please check here

☐ Inactive
☐ Send more forms
☐ Change of address
☐ Change in name
**Final Report:**
☐ Sold (out of) Business
☐ Return to home base

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | 0225 | LUIS MARQUEZ | 162.5 |
| 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 | 0225 | PAUL PETREANU | 123.25 |
| 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 | 0225 | JOSE G MENDOZA | |
| 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 | 0225 | JONATHAN D WASHINGTON | 153.5 |
| 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 | 0225 | KEVIN D. FOWLER | 154.25 |
| 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 | 0225 | JOHN JORDAN | 203.75 |
| 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 | 0225 | RONALD TULK | 153 |
| 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 | 0225 | RAMON MANZO | 185 |
| 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 | 0225 | MARK A HUPPERICH | 173 |
| 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 | 0225 | TIMOTHY TURNER | 160 |
| 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 | 0225 | JOSE MANUEL DIAZ | 32 |
| 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 | 0225 | GERARDO RAMIREZ | 182.75 |
| 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 | 0225 | JOEL RAMIREZ | 194 |
| 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 | 0225 | MILTON GOMEZ | 199.25 |
| 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 | 0225 | OSVALDO DIAZ | 155.5 |
| 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 | 0225 | JAIRO GARCIA | 146 |
| 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 | 0225 | FABIAN GARCIA | 147.5 |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with payment to:
Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago, IL 60694-3300

Fund Adm. _____    Employer _____
Union _____    By _____
                          Signed by an authorized officer, partner or agent only

| REMITTANCE COPY |
|---|

DP-4

2-1780

| CODE | |
|---|---|
| 011692 | |

REPORT FOR HOURS WORKED IN AUG. 2005
PERIOD FROM          TO

PHONE (773)928-4800          FED. ID NO. 36-1115510

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

1173538

☐ Inactive      PAGE 2
☐ Send more forms
☐ Change of address
☐ Change in name
Please
check
here        Final Report
☐ Sold (out of) Business
☐ Return to home base

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | | STAHL, RICHARD | 158 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**ENTERED PJ**

| TOTAL HOURS | | | | |
|---|---|---|---|---|

| FUND | RATE | TOTAL HOURS | AMOUNT | 2,683.25 |
|---|---|---|---|---|
| WELFARE | 4.92 | | $ 13,201.59 | |
| TOTAL(ALL FUNDS) | 4.92 | | | |
| CHECK NUMBER | 25480 | | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

▶ Please complete and return this report with payment to:
Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago, IL 60694-3300

Fund Adm. _____     Employer _____

Union _____

By _____
Signed by an authorized officer, partner or agent only

REMITTANCE COPY

DP-4

2-1781

Oct-11-2005  09:50am  From-LABORES HEALTH AND WELFARE            17085620716        T-843  P.001/002  F-676

11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154        TELEPHONE 1-708-562-0200 ADMINISTRATION

| CODE | | |
|---|---|---|
| 011692 | | |

REPORT FOR HOURS WORKED IN SEPT. 2005
PERIOD FROM          TO

PHONE (773)928-4800          FED. ID NO. 36-1115510

☐ Inactive  **PAGE 1**
☐ Send more forms
☐ Change of address
☐ Change in name

Please check here

Final Report:
☐ Sold (out of) Business
☐ Return to home base

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | 0225 | LUIS MARQUEZ | 197 |
| 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 | 0225 | PAUL PETREANU | 181.75 |
| 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 | 0225 | RICHARD E STAHL | 261.5 |
| 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 | 0225 | JONATHAN D WASHINGTON | 217.75 |
| 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 | 0225 | KEVIN D. FOWLER | 258 |
| 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 | 0225 | JOHN JORDAN | 286.25 |
| 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 | 0225 | RONALD TULK | 182.5 |
| 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 | 0225 | RAMON MANZO | 246 |
| 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 | 0225 | MARK A HUPPERICH | 267.5 |
| 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 | 0225 | TIMOTHY TURNER | 196 |
| 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 | 0225 | JOSE MANUEL DIAZ | |
| 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 | 0225 | GERARDO RAMIREZ | 243 |
| 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 | 0225 | JOEL RAMIREZ | 259.5 |
| 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 | 0225 | MILTON GOMEZ | 281.5 |
| 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 | 0225 | OSVALDO DIAZ | 188 |
| 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 | 0225 | JAIRO GARCIA | 249.5 |
| 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 | 0225 | FABIAN GARCIA | 197.5 |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please [...] this report with payment to:
[...] en & Welfare Funds
[...] ssary Center
Chicago, IL 60694-3300

Fund Adm. _____

Union _____

Employer _Galloy & Vanetten_

By _Matthew Vanetten_
Signed by an authorized officer, partner or agent only

REMITTANCE COPY

DP-4

CONSTRUCTION AND GENERAL LABORERS' HEALTH AND WELFARE

11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154

17085620716

JUL-11-2005 08:51AM

T-843 P.002/002 F-676

TELEPHONE 1-708-562-0200 ADMINISTRATION

CODE
011692

REPORT FOR HOURS WORKED IN SEPT. 2005
PERIOD FROM
TO

PAGE 2

☐ Inactive
☐ Send more forms
☐ Change of address
☐ Change in name
☐ Final Report
☐ Sold (out of) Business
☐ Return to home base

PHONE (773) 928-4800

FSD. ID NO. 36-7115510

Please check here

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

1176347

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

TOTAL HOURS

| FUND | RATE | TOTAL HOURS | AMOUNT | |
|---|---|---|---|---|
| WELFARE | 4.92 | | $18,269.19 | 3,713.25 |
| TOTAL (ALL FUNDS) | 4.92 | | | |

CHECK NUMBER    25699

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please consider and return this report with payment to:
Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago, IL 60694-3300

Fund Adm. _____

Union _____

Employer _Galloy + VanEtte_

By _Kathleen VanEtte_
Signed by an authorized officer, partner or agent only

REMITTANCE COPY

DP-4

Case 1:09-cv-02680   Document 112-4   Filed 04/30/12   Page 1 of 1

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY
### 11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154    TELEPHONE 1-708-562-0200 ADMINISTRATION

| CODE | | |
|------|------|------|
| 011692 | REPORT FOR HOURS WORKED IN OCT. 2005 | |
| | PERIOD FROM        TO | |

PAGE 1

☐ Inactive
☐ Send more forms
☐ Change of address
☐ Change in name
**Final Report:**
☐ Sold (out of) Business
☐ Return to home base

Please check here

PHONE (773)928-4800          FED. ID NO. 36-1115510

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | 0225 | LUIS MARQUEZ | 191.5 |
| 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 | 0225 | PAUL PETREANU | 235.5 |
| 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 | 0225 | RICHARD E STAHL | 225.5 |
| 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 | 0225 | JONATHAN D WASHINGTON | 225.5 |
| 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 | 0225 | KEVIN D. FOWLER | 220.75 |
| 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 | 0225 | JOHN JORDEN | 248 |
| 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 | 0225 | RONALD TULK | 162.25 |
| 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 | 0225 | RAMON MANZO | 217 |
| 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 | 0225 | MARK A HUPPERICH | 212 |
| 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 | 0225 | TIMOTHY TURNER | 220 |
| 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 | 0225 | JOSE MANUEL DIAZ | |
| 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 | 0225 | GERARDO RAMIREZ | 162 |
| 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 | 0225 | JOEL RAMIREZ | 195.5 |
| 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 | 0225 | MILTON GOMEZ | 241.5 |
| 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 | 0225 | OSVALDO DIAZ | 213 |
| 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 | 0225 | JAIRO GARCIA | 229.5 |
| 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 | 0225 | FABIAN GARCIA | 212.5 |
| | | DALE LOGGINS | 101 |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al. and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with payment to:
Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago, IL 60694-3300

Fund Adm. _____     Employer _____
Union _____          By _____
                                  Signed by an authorized officer, partner or agent only

REMITTANCE COPY
DP-4

2-1721

| CODE | | PAGE 2 |
|------|---|---|
| 011692 | REPORT FOR HOURS WORKED IN OCT. 2005 | |

PERIOD FROM          TO

☐ Inactive
☐ Send more forms
☐ Change of address
☐ Change in name
Final Report:
☐ Sold (out of Business)
☐ Return to home base

Please check here

PHONE (773)928-4800   FED. ID NO. 36-1115510

1178258

RECEIVED LPW OCT 10 2005

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTAL HOURS** | | | |

| FUND | RATE | TOTAL HOURS | AMOUNT | 3513. |
|---|---|---|---|---|
| WELFARE | 4.92 | 3,513 | | |
| TOTAL(ALL FUNDS) | 4.92 | | $17,283. 96 | |
| CHECK NUMBER | 25929 | | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with payment to:
Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago, IL 60694-3300

Fund Adm. _____     Employer _Kathleen K. Stt_

Union _Hank Reb_               By _Galloy + K Stt_

_Jim P Corry_                  Signed by an authorized officer, partner or agent only

ENTERED ST

REMITTANCE COPY

DP-4

2-1722

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY
11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154    TELEPHONE 1-708-562-0200 ADMINISTRATION

| CODE | | |
|---|---|---|
| 011692 | REPORT FOR HOURS WORKED IN NOV. 2005 | PAGE 1 |
| | PERIOD FROM          TO | |

PHONE (773)928-4800          FED. ID NO. 36-111551U

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

Please check here

☐ Inactive
☐ Send more forms
☐ Change of address
☐ Change in name
☐ Final Report
☐ Sold foot off Business
☐ Return to home base

RECEIVE
DEC 12 2005
LPWF

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | 0225 | LUIS MARQUEZ | 217 |
| 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 | 0225 | PAUL PETREANU | 228.5 |
| 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 | 0225 | RICHARD E STAHL | 218 |
| 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 | 0225 | JONATHAN D WASHINGTON | 211.5 |
| 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 | 0225 | KEVIN D. FOWLER | 197.5 |
| 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 | 0225 | JOHN JORDAN | 241.25 |
| 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 | 0225 | RONALD TULK | 167 |
| 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 | 0225 | RAMON MANZO | 219.5 |
| 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 | 0225 | MARK A HUPPERICH | 227.5 |
| 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 | 0225 | TIMOTHY TURNER | 224 |
| 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 | 0225 | GERARDO RAMIREZ | 114 |
| 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 | 0225 | JOEL RAMIREZ | 205 |
| 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 | 0225 | MILTON GOMEZ | 193 |
| 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 | 0225 | OSVALDO DIAZ | 215.5 |
| 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 | 0225 | JAIRO GARCIA | 216 |
| 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 | 0225 | FABIAN GARCIA | 216 |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Fund Adm. _____     Employer _____

Union _____          By _____
                                  Signed by an authorized officer, partner or agent only

127-M

REMITTANCE COPY

DP-4

Downloaded from ... Document ... Page 95 of 123

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154

TELEPHONE 1-708-562-0200 ADMINISTRATION

CODE
011692

REPORT FOR HOURS WORKED IN NOV. 2005
PERIOD FROM          TO

PAGE 2



PHONE (773)928-4800     FED. ID NO. 36-7115510

1180906

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

☐ Inactive
☐ Send more forms
☐ Change of address
☐ Change of name
Final Report:
☐ (Sold Out) of Business
☐ Return to home base

Please check here

DEC 2005
LPWF

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | | DALE LOGGINS | 119 |
| 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 | | JOSE DIAZ | 187.5 |
| 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 | | JOSE MARQUEZ | 20 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

TOTAL HOURS

| FUND | RATE | TOTAL HOURS | AMOUNT |
|---|---|---|---|
| WELFARE | 4.92 | 3,637.75 | $17897.73 |
| TOTAL(ALL FUNDS) | 4.92 | | ENTERED PJ |
| CHECK NUMBER | 26127 | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and mail this report in the prepaid...
Laborers' Pension & Welfare Funds
...
Chicago, Illinois 60...

127-M

Fund Adm.

Union

Employer Kathleen Vellt

By Galloy Vellt

Signed by an authorized officer, partner or agent only

**REMITTANCE COPY**

2-1682

DP-4

**CODE** 011692

REPORT FOR HOURS WORKED IN DEC. 2005
PERIOD FROM
TO

☐ Inactive    **PAGE 1**
☐ Send more forms
☐ Change of address
☐ Change in name

Please check here

**Final Report:**
☐ Sold (out of) Business
☐ Return to home base

PHONE (773)928-4800

FED. ID NO. 36-1115510

GALLOY & VANETTEN INC
P O BOX 288745
CHICAGO, IL 60628

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | 0225 | LUIS MARQUEZ | 202 |
| 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 | 0225 | PAUL PETREANU | 250.5 |
| 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 | 0225 | RICHARD E STAHL | 221.5 |
| 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 | 0225 | JONATHAN D WASHINGTON | 202 |
| 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 | 0225 | KEVIN D. FOWLER | 172.5 |
| 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 | 0225 | DALE LOGGINS | 40 |
| 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 | 0225 | JOHN JORDAN | 256.25 |
| 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 | 0225 | RONALD TULK | 170 |
| 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 | 0225 | RAMON MANZO | 199.25 |
| 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 | 0225 | MARK A HUPPERICH | 221.75 |
| 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 | 0225 | TIMOTHY TURNER | 178 |
| 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 | 0225 | GERARDO RAMIREZ | 175 |
| 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 | 0225 | JOEL RAMIREZ | 199 |
| 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 | 0225 | MILTON GOMEZ | 204.5 |
| 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 | 0225 | OSVALDO DIAZ | 165 |
| 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 | 0225 | JAIRO GARCIA | 225.25 |
| 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 | 0225 | FABIAN GARCIA | 164.25 |
| 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 | | NAME NOT FOUND | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.



Fund Adm. _____

Union _____

Employer _Galloy & VanEtten_

By _Kathleen VanEtten_
Signed by an authorized officer, partner or agent only

REMITTANCE COPY

2-1679

DP-4

Case 1:08-cv-08220   Document 33-3   Filed 02/23/10   Page 42 of 112

# LABORERS PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154     TELEPHONE 1-708-562-0200 ADMINISTRATION

CODE
011692

REPORT FOR HOURS WORKED IN DEC. 2005
PERIOD FROM          TO

PAGE 2

☐ Inactive
☐ Send more forms
☐ Change of address
☐ Change of name
☐ Final Report
☐ Sold (out of) Business
☐ Return to home base

Please
check
here

RECEIVED
JAN 1 2006
PAID

PHONE (773) 928-4800          FED. ID NO. 36-1115510

1183886
GALLOY & VANETTEN INC
P O BOX 288745
CHICAGO, IL 60628

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | | JOSE DIAZ | 173.5 |
| 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 | | JOSE MARQUEZ | 232 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**TOTAL HOURS**

| FUND | RATE | TOTAL HOURS | AMOUNT | 3,652 25 |
|---|---|---|---|---|
| WELFARE | 4.92 | | | |
| TOTAL (ALL FUNDS) | 4.92 | | | |
| CHECK NUMBER | 26385 | 3,652.25 | 17,969.07 | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

ENTERED
ST

REMITTANCE COPY

Fund Adm.

Union

Employer

By
Signed by an authorized officer, partner or agent only

DP-4

2-7680

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY
11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154          TELEPHONE 1-708-562-0200 ADMINISTRATION

| CODE |
|---|
| 011692 |

REPORT FOR HOURS WORKED IN JAN. 2006
PERIOD FROM          TO

PHONE (773)928-4800          FED. ID NO. 36-1115510

**PAGE 1**

Please check here

- [ ] Inactive
- [ ] Send more forms
- [ ] Change of address
- [ ] Change in name
- [ ] Final Report
- [ ] Sold (or out of) Business
- [ ] Return to home base

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | 0225 | LUIS MARQUEZ | 56 |
| 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 | 0225 | PAUL PETREANU | 190.5 |
| 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 | 0225 | RICHARD E STAHL | 185.5 |
| 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 | 0225 | JONATHAN D WASHINGTON | 128 |
| 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 | 0225 | KEVIN D. FOWLER | 127.75 |
| 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 | 0225 | DALE LOGGINS | |
| 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 | 0225 | JOHN JORDAN | 203.25 |
| 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 | 0225 | RONALD TULK | 148.5 |
| 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 | 0225 | RAMON MANZO | 134.5 |
| 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 | 0225 | MARK A HUPPERICH | 182 |
| 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 | 0225 | TIMOTHY TURNER | 136 |
| 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 | 0225 | JOSE MANUEL DIAZ | 136 |
| 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 | 0225 | GERARDO RAMIREZ | 134 |
| 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 | 0225 | JOEL RAMIREZ | 136 |
| 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 | 0225 | MILTON GOMEZ | 121.25 |
| 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 | 0225 | OSVALDO DIAZ | 104 |
| 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 | 0225 | JAIRO GARCIA | 182 |
| 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 | 0225 | FABIAN GARCIA | 83.25 |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with payment to:
Laborers' Pension & Welfare Funds
333367 Treasury Center
Chicago, IL 60694-3300

Fund Adm. _____

Union _____

Employer _____

By _____
Signed by an authorized officer, partner or agent only

| REMITTANCE COPY |
|---|
| DP-4 |

2-1667

| CODE | | |
|---|---|---|
| 011692 | REPORT FOR HOURS WORKED IN JAN. 2006 | PAGE 2 |

PERIOD FROM     TO

PHONE (773)928-4800     FED. ID NO. 36-1115510

1187162

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

☐ Inactive
☐ Send more forms
☐ Change of address
☐ Change in name
☐ Final Report
☐ Sold (out of) Business
☐ Return to home base

Please check here

MC-2253

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | | JOSE MARQUEZ | 181 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL HOURS | | | |

| FUND | RATE | TOTAL HOURS | AMOUNT | |
|---|---|---|---|---|
| | | | | 2,569.50 |
| WELFARE | 4.92 | | | |
| TOTAL(ALL FUNDS) | 4.92 | | $12,641.94 | |
| CHECK NUMBER | 26583 | | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with payment to:
Laborers' Pension & Welfare Funds
33567 Treasury Center
Chicago, IL 60694-3300

Fund Adm. _____    Employer _Galloy & Vanetten_

Union _____    By _Kathleen V. Sitt_

Signed by an authorized officer, partner or agent only

REMITTANCE COPY

DP-4

2-1 668

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154 · TELEPHONE 1-708-562-0200 ADMINISTRATION

| CODE | | |
|------|---|---|
| 011692 | REPORT FOR HOURS WORKED IN FEB. 2006 | |
| | PERIOD FROM        TO | |

PHONE (773)928-4400          FED. ID NO. 36-1115510

GALLOY & VANETTEN INC
P O BOX 288745
CHICAGO, IL 60628

Please check here

- [ ] Inactive
- [ ] Send more forms
- [ ] Change of address
- [ ] Change in name
- Final Report:
- [ ] Sold (out of) Business
- [ ] Return to home base

PAGE

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | 0225 | LUIS MARQUEZ | 136 |
| 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 | 0225 | PAUL PETREANU | 161.75 |
| 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 | 0225 | RICHARD E STAHL | 164 |
| 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 | 0225 | JONATHAN D WASHINGTON | 120 |
| 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 | 0225 | KEVIN D. FOWLER | 135.5 |
| 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 | 0225 | DALE LOGGINS | |
| 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 | 0225 | JOHN JORDAN | 174.75 |
| 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 | 0225 | RONALD TULK | 149.5 |
| 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 | 0225 | RAMON MANZO | 136 |
| 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 | 0225 | MARK A HUPPERICH | 167.5 |
| 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 | 0225 | TIMOTHY TURNER | 160 |
| 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 | 0225 | JOSE MANUEL DIAZ | 128 |
| 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 | 0225 | GERARDO RAMIREZ | 152 |
| 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 | 0225 | JOEL RAMIREZ | 160 |
| 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 | 0225 | MILTON GOMEZ | 160 |
| 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 | 0225 | OSVALDO DIAZ | 160 |
| 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 | 0225 | JAIRO GARCIA | 156 |
| 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 | 0225 | FABIAN GARCIA | 142 |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with payment to:
Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago, IL 60694-3300

Fund Adm. _____

Union _____

Employer _____

By _____
Signed by an authorized officer, partner or agent only

REMITTANCE COPY

DP-4

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY
11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154        TELEPHONE 1-708-562-0200 ADMINISTRATION

| CODE | | | | |
|---|---|---|---|---|
| 011692 | | REPORT FOR HOURS WORKED IN FEB. 2006 | | |
| | | PERIOD FROM        TO | | |

PHONE (773)928-4300        FED. ID NO. 36-7115510

1189684

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

☐ Inactive       PAGE 2
☐ Send more forms
☐ Change of address
☐ Change in name
Final Report: 2008
☐ Sold (out of Business)
☐ Return to home base

Please check here

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | | JOSE MARQUEZ | 160 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

TOTAL HOURS

| FUND | RATE | TOTAL HOURS | AMOUNT |
|---|---|---|---|
| WELFARE | 4.92 | 2,723 | $13,397 16 ✓ |
| TOTAL(ALL FUNDS) | 4.92 | | |
| CHECK NUMBER | 26802 | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with payment to:
Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago, IL 60694-3300

Fund Adm. _____

Union _____

Employer _____

By _____
Signed by an authorized officer, partner or agent only

REMITTANCE COPY

DP-4

2-2723

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY
**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154    TELEPHONE 1-708-562-0200 ADMINISTRATION**

| CODE | |
|---|---|
| 011692 | |

REPORT FOR HOURS WORKED IN MARCH 2006
PERIOD FROM          TO

**PAGE 1**

☐ Inactive
☐ Send more forms
☐ Change of address
☐ Change in name

Please check here

**Final Report:**
☐ Sold (out of) Business
☐ Return to home base

PHONE (773)928-4800          FED. ID NO. 36-1115510

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | 0225 | LUIS MARQUEZ | |
| 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 | 0225 | PAUL PETREANU | 202 |
| 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 | 0225 | RICHARD E STAHL | 202 |
| 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 | 0225 | JONATHAN D WASHINGTON | 192 |
| 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 | 0225 | KEVIN D. FOWLER | 181.75 |
| 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 | 0225 | JOHN JORDAN | 221.5 |
| 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 | 0225 | RONALD TULK | 195.5 |
| 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 | 0225 | RAMON MANZO | |
| 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 | 0225 | MARK A HUPPERICH | 192 |
| 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 | 0225 | TIMOTHY TURNER | 194 |
| 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 | 0225 | JOSE MANUEL DIAZ | |
| 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 | 0225 | GERARDO RAMIREZ | 184 |
| 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 | 0225 | JOEL RAMIREZ | 200 |
| 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 | 0225 | MILTON GOMEZ | 82.5 |
| 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 | 0225 | OSVALDO DIAZ | 200 |
| 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 | 0225 | JAIRO GARCIA | 192 |
| 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 | 0225 | FABIAN GARCIA | 168.25 |
| 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 | | JOSE MARQUEZ | 200 |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with payment to:
Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago, IL 60694-3300



Fund Adm. _____          Employer _____

Union _____          By _____
Signed by an authorized officer, partner or agent only

**REMITTANCE COPY**

DP-4

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY
**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**     TELEPHONE 1-708-562-0200 ADMINISTRATION

| CODE | | |
|---|---|---|
| 011692 | REPORT FOR HOURS WORKED IN MARCH 2006 | PAGE 2 |
| | PERIOD FROM     TO | |

☐ Inactive
☐ Send more forms
☐ Change of address
☐ Change in name
Final Report:
☐ Sold (out of) Business
☐ Return to home base

Please check here

RECEIVED APR 13 2006

PHONE (773) 928-4800     FED. ID NO. 36-1115510

1193019

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**TOTAL HOURS**

| FUND | RATE | TOTAL HOURS | AMOUNT | 2,807.50 |
|---|---|---|---|---|
| WELFARE | 4.92 | | | |
| TOTAL(ALL FUNDS) | 4.92 | | $13,812.90 | |
| CHECK NUMBER | 27001 | | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with payment to:
Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago, IL 60694-3300

RED P.

Fund Adm. _____    Employer _Galloy & VEtt_
Union _____    By _Kathlen VeEtt_
_____    Signed by an authorized officer, partner or agent only

REMITTANCE COPY

DP-4

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**   TELEPHONE 1-708-562-0200 ADMINISTRATION

| CODE 011692 | REPORT FOR HOURS WORKED IN APRIL 2006 PERIOD FROM            TO |
|---|---|

PHONE (773) 928-4800          FED. ID NO. 36-4115510

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

☐ Inactive     **PAGE 1**
☐ Send more forms
☐ Change of address
☐ Change in name

**Please check here**

**Final Report:**
☐ Sold (out of) Business
☐ Return to home base

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | 0225 | LUIS MARQUEZ | |
| 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 | 0225 | PAUL PETRE&NU | 159.25 |
| 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 | 0225 | RICHARD E STAHL | 160 |
| 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 | 0225 | JONATHAN D WASHINGTON | 162 |
| 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 | 0225 | KEVIN D. FOWLER | 79.5 |
| 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 | 0225 | JOHN JORDAN | 202.25 |
| 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 | 0225 | RONALD TULK | 151.25 |
| 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 | 0225 | RAMON MANZO | |
| 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 | 0225 | MARK A HUPPERICH | 146 |
| 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 | 0225 | TIMOTHY TURNER | 160 |
| 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 | 0225 | JOSE MANUEL DIAZ | |
| 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 | 0225 | GERARDO RAMIREZ | 154 |
| 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 | 0225 | JOEL RAMIREZ | 159 |
| 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 | 0225 | MILTON GOMEZ | |
| 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 | 0225 | OSVALDO DIAZ | 158 |
| 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 | 0225 | JAIRO GARCIA | 170 |
| 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 | 0225 | FABIAN GARCIA | 173.25 |
| 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 | | JOSE MARQUEZ | 170 |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

◄ Please complete and return this report with payment to:
**Laborers' Pension & Welfare Funds**
**33367 Treasury Center**
**Chicago, IL 60694-3300**

Fund Adm. _____     Employer _____
Union _____     By _____
_____     Signed by an authorized officer, partner or agent only

**REMITTANCE COPY**

DP-4

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY
### 11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154    TELEPHONE 1-708-562-0200 ADMINISTRATION

| CODE | | | |
|---|---|---|---|
| 011692 | REPORT FOR HOURS WORKED IN APRIL 2006 PERIOD FROM      TO | | |

☐ Inactive    PAGE 2
☐ Send more forms
☐ Change of address
☐ Change in name

PHONE (773)928-4800        FED. ID NO. 36-9115510

Please check here

Final Report:
☐ Sold (out of) Business
☐ Return to home base

RECEIVED
MAY 1 ? 2006
LPWF MC-(225)

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

1195921

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| TOTAL HOURS | | | 2,204.5 |
|---|---|---|---|

| FUND | RATE | TOTAL HOURS | AMOUNT |
|---|---|---|---|
| WELFARE | 4.92 | | |
| TOTAL(ALL FUNDS) | 4.92 | | $10,846 14 |
| CHECK NUMBER | 2718 | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

➤ Please complete and return this report with payment to:
Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago, IL 60694-3300

Fund Adm. _____     Employer  Galloy & VaNetten
Union _____          By _____
_____                  Signed by an authorized officer, partner or agent only

REMITTANCE COPY
DP-4

2-1752

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY
11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154     TELEPHONE 1-708-562-0200 ADMINISTRATION

| CODE | | |
|---|---|---|
| 011692 | REPORT FOR HOURS WORKED IN MAY 2006<br>PERIOD FROM     TO | |

PHONE (773)928-4800     FED. ID NO. 36-7115510

☐ Inactive    PAGE 1
☐ Send more forms
☐ Change of address
☐ Change in name

Please check here

Final Report:
☐ Sold (out of) Business
☐ Return to home base

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | 0225 | PAUL PETREANU | 158 |
| 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 | 0225 | RICHARD E STAHL | 166 |
| 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 | 0225 | JONATHAN D WASHINGTON | 156 |
| 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 | 0225 | KEVIN D. FOWLER | 152 |
| 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 | 0225 | JOHN JORDAN | 202.5 |
| 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 | 0225 | RONALD TULK | 153 |
| 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 | 0225 | MARK A HUPPERICH | 171.5 |
| 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 | 0225 | TIMOTHY TURNER | 166 |
| 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 | 0225 | GERARDO RAMIREZ | 117.5 |
| 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 | 0225 | JOEL RAMIREZ | 165 |
| 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 | 0225 | MILTON GOMEZ | |
| 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 | 0225 | OSVALDO DIAZ | 161 |
| 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 | 0225 | JAIRO GARCIA | 157 |
| 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 | 0225 | FABIAN GARCIA | 85.25 |
| 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 | | JOSE MARQUEZ | 162 |
| 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 | | LUIS A. MARQUEZ | 159 |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with payment to:
Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago, IL 60694-3300

Fund Adm. _____    Employer _____

Union _____    By _____
     Signed by an authorized officer, partner or agent only

REMITTANCE COPY

DP-4

2-1727

CODE
011592

REPORT FOR HOURS WORKED IN MAY 2006
PERIOD FROM     TO

PAGE 2

☐ Inactive
☑ Send more forms
☐ Change of address
☐ Change in name
☐ Final Report:
☐ Sold (out of) Business
☐ Return to home base

RECEIVED

PHONE (773)928-4800    FED. ID NO. 36-7115510

11987

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTAL HOURS** | | | 2331.75 |

| FUND | RATE | TOTAL HOURS | AMOUNT |
|---|---|---|---|
| WELFARE | 4.92 | | $ 11,472.21 |
| TOTAL(ALL FUNDS) | 4.92 | | |
| CHECK NUMBER | 27380 | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with payment to:
Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago, IL 60694-3300

Fund Adm. _____

Union _____

Employer _____

By _____
Signed by an authorized officer, partner or agent only

ENTERED
REMITTANCE COPY

DP-4

2-1728

# RICHARD J. WOLF AND COMPANY, INC.

Post Office Box 591
Palos Park, Illinois 60464
(708) 923-0909
Fax (708) 923-0910

January 31, 2008

Board of Trustees of the Various
Fringe Benefit Funds of the
Laborers Pension & Welfare Funds

RE:   Galloy & Van Etten Inc. (11692)

We have performed a fringe benefit contribution compliance audit of Galloy
& Van Etten Inc., for the period from April 1, 2004 through May 31, 2006.
The audit encompassed the comparison of individual earnings records to
certain payroll tax and fund reports and a review of the general
disbursement records.

The comparison and review indicate that the employer has not complied with
its fringe benefit contribution requirements and owes the following amounts:

| FUND | AMOUNT |
|------|--------|
| WELFARE | $ 3,383.62 |
| DUES | $ 170.92 |
| TOTAL | $ 3,554.54 |

In addition, the employer could not provide proof of a current wage and fringe benefit bond.

RICHARD J. WOLF AND COMPANY, INC.



EXHIBIT
B

1/31/2008

## LABORERS' DISTRICT COUNCIL OF CHICAGO - LOCAL 225
### GALLOY AND VAN ETTEN INC. - #11692

**ADDITIONAL WORK DUES 6/04 - 5/05**

JUN 04 to MAY 05

| S. S. # | Flags | Type | 2004 Jun | Jul | Aug | Sep | Oct | Nov | Dec | 2005 Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GARCIA, FABIAN 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 | # | Hours | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | Gross $ | $ - | $ - | $ - | $ - | $ - | $ - | $ 187.04 | $ - | $ - | $ - | $ - | $ - | $ 187.04 |
| GARCIA, JAIRO 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 | * | Hours | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | Gross $ | $ - | $ - | $ - | $ - | $ - | $ - | $ 8.92 | $ - | $ - | $ - | $ - | $ - | $ 8.92 |
| HUPPERICH, MARK 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 | * | Hours | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | Gross $ | $ - | $ - | $ - | $ - | $ - | $ - | $ 315.66 | $ - | $ - | $ - | $ - | $ - | $ 315.66 |
| TULK, RONALD 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 | * | Hours | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | Gross $ | $ - | $ - | $ - | $ - | $ - | $ - | $ 17.00 | $ - | $ - | $ - | $ - | $ - | $ 17.00 |
| TURNER, TIM 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 | * | Hours | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | Gross $ | $ - | $ - | $ - | $ - | $ - | $ - | $ 400.00 | $ - | $ - | $ - | $ - | $ - | $ 400.00 |
| **TOTAL HOURS** | | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **TOTAL GROSS $** | | | $ - | $ - | $ - | $ - | $ - | $ - | $ 928.62 | $ - | $ - | $ - | $ - | $ - | $ 928.62 |

| Amount Due To Funds: | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DUES | $ - | $ - | $ - | $ - | $ - | $ - | $ 13.93 | $ - | $ - | $ - | $ - | $ - | $ 13.93 |
| TOTAL | $ - | $ - | $ - | $ - | $ - | $ - | $ 13.93 | $ - | $ - | $ - | $ - | $ - | $ 13.93 |

| | WELFARE | DUES |
|---|---|---|
| Rate: | 6/1/04 | 1.50% |
| | DUES to | |

1/31/2008

# LABORERS' DISTRICT COUNCIL OF CHICAGO - LOCAL 225
## GALLOY AND VAN ETTEN INC. #11692
### ADDITIONAL WELFARE HOURS and WORK DUES 6/04 - 5/05

**JUN 04 to MAY 05**

| S. S. # | Flags # | Type | 2004 Jun | Jul | Aug | Sep | Oct | Nov | Dec | 2005 Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RAMIREZ, JOEL | # | Hours | - | - | - | 141.50 | - | - | - | - | - | - | - | - | 141.50 |
| 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 | | Gross $ | - | - | - | 1,737.80 | - | - | - | - | - | - | - | - | $1,797.80 |
| WASHINGTON, JONATHAN | # | Hours | - | 175.50 | - | - | - | - | - | - | - | - | - | - | 175.50 |
| 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 | | Gross $ | - | 3,625.16 | - | - | - | - | - | - | - | - | - | - | $3,625.16 |

| | | 2004 Jun | Jul | Aug | Sep | Oct | Nov | Dec | 2005 Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **TOTAL HOURS** | | - | 175.50 | - | 141.50 | - | - | - | - | - | - | - | - | 317.00 |
| **TOTAL GROSS $** | $ | - | $3,625.16 | $ | - | $1,797.80 | $ | - | $ | - | $ | - | $ | - | $5,422.78 |

**Amount Due To Funds:**

| | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WELFARE | $ - | $ 793.26 | $ - | $ 639.58 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $1,432.84 |
| DUES | $ - | $ 54.38 | $ - | $ 26.96 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 81.34 |
| TOTAL | $ - | $ 847.64 | $ - | $ 666.54 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $1,514.18 |

| Rates: | | WELFARE | DUES |
|---|---|---|---|
| 6/1/04 | to | 4.52 | 1.50% |
| 5/31/05 | | | |

1/31/2008

## LABORERS' DISTRICT COUNCIL OF CHICAGO - LOCAL 225
### GALLOY AND VAN ETTEN INC. #11692

**ADDITIONAL WORK DUES 6/05 - 5/06**

JUN 05 to MAY 06

| S. S. # | Flags # | Type | 2005 Jun | Jul | Aug | Sep | Oct | Nov | Dec | 2006 Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RAMIREZ, GERARDO 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 | | Hours | | | | | | | | | | | | | |
| | | Gross $ | | | | | | | 47.88 | | | | | | 47.88 |
| TUIK, RONALD 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 | # | Hours | | | | | | | 17.00 | | | | | | 17.00 |
| | | Gross $ | | | | | | | | | | | | | |

| | | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL HOURS | Hours | | | | | | | 17.00 | | | | | | 17.00 |
| TOTAL GROSS $ | Gross $ | $ | $ | $ | $ | $ | $ | $ 64.88 | $ | $ | $ | $ | $ | $ 64.88 |

| Amount Due To Funds: | | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DUES | $ | | | | | | | $ 0.97 | | | | | | $ 0.97 |
| TOTAL | $ | | | | | | | $ 0.97 | | | | | | $ 0.97 |

| Rates: | 6/1/05 | to | 5/31/06 |
|---|---|---|---|
| WELFARE | | DUES | 1.50% |

1/31/2008

## LABORERS' DISTRICT COUNCIL OF CHICAGO - LOCAL 225
### GALLOY AND VAN ETTEN INC. #11692

**ADDITIONAL WELFARE HOURS and WORK DUES 6/05 - 5/06**

**JUN 05 to MAY 06**

|  |  |  | 2005 |  |  |  |  |  |  | 2006 |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S. S. # | Flags | Type | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Total |
| LOGGINS DALE | # | Hours | - | - | 44.00 | 247.50 | 105.00 | - | - | - | - | - | - | - | 396.50 |
| 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 |  | Gross $ | - | - | 515.20 | 3,138.80 | 1,324.40 | - | - | - | - | - | - | - | 4,978.40 |

| TOTAL HOURS |  |  |  |  | 44.00 | 247.50 | 105.00 |  |  |  |  |  |  |  | 396.50 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL GROSS $ | $ | - | $ - | $ - | $ 515.20 | $ 3,138.80 | $ 1,324.40 | $ | $ | $ | $ | $ | $ | $ | $ 4,978.40 |

**Amount Due To Funds:**

| | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WELFARE | $ - | $ - | $ 216.48 | $ 1,217.70 | $ 516.60 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1,950.78 |
| DUES | $ - | $ - | $ 7.73 | $ 47.08 | $ 19.87 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 74.68 |
| TOTAL | $ - | $ - | $ 224.21 | $ 1,264.78 | $ 536.47 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 2,025.46 |

| Rates: | 6/1/05 | to | 5/31/06 |
|---|---|---|---|
| WELFARE | 4.92 | DUES | 1.50% |

1/31/2008

# LABORERS' DISTRICT COUNCIL OF CHICAGO - LOCAL 225

## GALLOY AND VAN ETTEN INC.    #11692

### RICHARD J. WOLF AND COMPANY, INC.

### SUMMARY REPORT TOTAL

|         | ADDITIONAL | UNREPORTED | TOTAL |
|---------|-----------|------------|-------|
| WELFARE | $ 3,383.62 | $ - | $ 3,383.62 |
| DUES    | $ 170.92  | $ - | $ 170.92 |
| TOTAL   | $ 3,554.54 | $ - | $ 3,554.54 |

1/31/2008

LABORERS' DISTRICT COUNCIL OF CHICAGO - LOCAL 225

GALLOY AND VAN ETTEN INC.    #11692

RICHARD J. WOLF AND COMPANY, INC.

** GRAND TOTAL **

| | | |
|---|---|---|
| WELFARE | $ | 3,383.62 |
| DUES | $ | 170.92 |
| TOTAL | $ | 3,554.54 |

1/31/2008

# LABORERS' DISTRICT COUNCIL OF CHICAGO - LOCAL 225

GALLOY AND VAN ETTEN INC. #11692

RICHARD J. WOLF AND COMPANY, INC.

## ** GRAND TOTAL **

| | | |
|---|---|---|
| WELFARE | $ | 3,383.62 |
| DUES | $ | 170.92 |
| TOTAL | $ | 3,554.54 |

**LABORERS' DISTRICT COUNCIL OF CHICAGO - LOCAL 225**

GALLOY AND VAN ETTEN INC.  #11692

RICHARD J. WOLF AND COMPANY, INC.

**\*\* GRAND TOTAL \*\***

| | | |
|---|---|---|
| **WELFARE** | $ | 3,383.62 |
| **DUES** | $ | 170.92 |
| **TOTAL** | $ | 3,554.54 |

1/31/2008

# RICHARD J. WOLF AND COMPANY, INC.

Post Office Box 591
Palos Park, Illinois 60464
(708) 923-0909
Fax (708) 923-0910

® ⟨⟨⟨ 493

January 31, 2008

Board of Trustees of the Various
Fringe Benefit Funds of the
Laborers Pension & Welfare Funds

RE:  Galloy & Van Etten Inc. (11692)

Amount due for services rendered and expenses incurred in connection with
the fringe benefit contribution compliance audit of Galloy & Van Etten Inc.,
for the period from April 1, 2004 through May 31, 2006.

Audit Cost          $892.50

RICHARD J. WOLF AND COMPANY, INC.

LABORERS' DISTRICT COUNCIL OF CHICAGO - LOCAL 225

GALLOY AND VAN ETTEN INC. #11692

**JUN 05 to MAY 06**

ADDITIONAL WELFARE HOURS and WORK DUES 6/05 - 5/06

| S. S. # | Flags | Type | 2005 Jun | Jul | Aug | Sep | Oct | Nov | Dec | 2006 Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LOGGINS, DALE 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 | # | Hours | - | - | 44.00 | 247.50 | 105.00 | - | - | - | - | - | - | - | 396.50 |
| | | Gross $ | - | - | 515.20 | 3,138.80 | 1,324.40 | - | - | - | - | - | - | - | $4,978.40 |

|  | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL HOURS | - | - | 44.00 | 247.50 | 105.00 | - | - | - | - | - | - | - | 396.50 |
| TOTAL GROSS $ | $ - | $ - | $ 515.20 | $3,138.80 | $ 1,324.40 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 4,978.40 |

**Amount Due To Funds:**

|  | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WELFARE | $ - | $ - | $ 216.48 | $1,217.70 | $ 516.60 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $1,950.78 |
| DUES | $ - | $ - | $ 7.73 | $ 47.08 | $ 19.87 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 74.68 |
| TOTAL | $ - | $ - | $ 224.21 | $ 1,264.78 | $ 536.47 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 2,025.46 |

| Rates: | 6/1/05 | to | 5/31/06 |
|---|---|---|---|
| WELFARE | 4.92 | DUES | 1.50% |

# LABORERS' DISTRICT COUNCIL OF CHICAGO - LOCAL 225

GALLOY AND VAN ETTEN INC.  #11692

RICHARD J. WOLF AND COMPANY, INC.

## SUMMARY REPORT TOTAL

|         | ADDITIONAL | UNREPORTED | TOTAL |
|---------|-----------|------------|-------|
| WELFARE | $ 3,383.62 | $ - | $ 3,383.62 |
| DUES    | $ 170.92  | $ - | $ 170.92 |
| TOTAL   | $ 3,554.54 | $ - | $ 3,554.54 |

1/31/2008

**LABORERS' DISTRICT COUNCIL OF CHICAGO - LOCAL 225**

**GALLOY AND VAN ETTEN INC. #11692**

**ADDITIONAL WELFARE HOURS and WORK DUES   6/04  -  5/05**

**JUN 04 to MAY 05**

| S.S. # | Flags | Type | 2004 | | | | | | | 2005 | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | |
| RAMIREZ, JOEL 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 | * | Hours | - | - | - | 141.50 | - | - | - | - | - | - | - | - | 141.50 |
| | | Gross $ | - | - | - | 1,797.60 | - | - | - | - | - | - | - | - | $ 1,797.60 |
| WASHINGTON, JONATHAN 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 | # | Hours | - | 175.50 | - | - | - | - | - | - | - | - | - | - | 175.50 |
| | | Gross $ | - | 3,625.16 | - | - | - | - | - | - | - | - | - | - | $ 3,625.16 |

| | | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL HOURS | | - | 175.50 | - | 141.50 | - | - | - | - | - | - | - | - | 317.00 |
| TOTAL GROSS $ | $ | - | $ 3,625.16 | $ - | $ 1,797.60 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 5,422.76 |

**Amount Due To Funds:**

| | | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WELFARE | $ | - | $ 793.26 | $ - | $ 639.58 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1,432.84 |
| DUES | $ | - | $ 54.38 | $ - | $ 26.96 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 81.34 |
| TOTAL | $ | - | $ 847.64 | $ - | $ 666.54 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1,514.18 |

| Rates: | 6/1/04 | to | 5/31/05 |
|---|---|---|---|
| WELFARE | 4.52 | DUES | 1.50% |

1/31/2008

## LABORERS' DISTRICT COUNCIL OF CHICAGO - LOCAL 225

GALLOY AND VAN ETTEN INC. #11692

### ADDITIONAL WORK DUES 6605 - 5/06

**JUN 05 to MAY 06**

| S.S. # | Flags | Type | 2005 Jun | Jul | Aug | Sep | Oct | Nov | Dec | 2006 Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RAMIREZ, GERARDO 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 | # | Hours | - | - | - | - | - | - | - | - | - | - | - | - | - |
|  |  | Gross $ |  |  |  |  |  |  | 47.88 |  |  |  |  |  | $ 47.88 |
| TULK, RONALD 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 | # | Hours | - | - | - | - | - | - | - | - | - | - | - | - | - |
|  |  | Gross $ |  |  |  |  |  |  | 17.00 |  |  |  |  |  | $ 17.00 |

| | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL HOURS | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| TOTAL GROSS $ | $ - | $ - | $ - | $ - | $ - | $ - | $ 84.88 | $ - | $ - | $ - | $ - | $ - | $ 84.88 |

**Amount Due To Funds:**

| | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DUES | $ - | $ - | $ - | $ - | $ - | $ - | $ 0.97 | $ - | $ - | $ - | $ - | $ - | $ 0.97 |
| TOTAL | $ - | $ - | $ - | $ - | $ - | $ - | $ 0.97 | $ - | $ - | $ - | $ - | $ - | $ 0.97 |

| Rates: | 6/1/05 | to | 5/31/06 |
|---|---|---|---|
| DUES | 1.50% |  |  |
| WELFARE |  |  |  |

# LABORERS' PENSION & WELFARE FUNDS

2/5/2008

AUDIT      4-1-04-5-31-06

EMPLOYER      GALLOY & VAN ETTEN INC        CODE  11692

FOLLOWING ARE THE FIGURES OWED BY THE ABOVE MENTIONED CONTRACTOR AS A RESULT OF THE AUDIT.

| | HOURS | WELFARE | RATE | PENSION | RATE | TRAINING FUND | RATE | DUES | LDCLMCC | RATE | MCIAF | RATE | CAICA | RATE | LECET | RATE | CISCO | RATE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MEN NOT REPORTED | | | | | | | | | | | | | | | | | | | | |
| ADDITIONAL HOURS | | | | | | | | | | | | | | | | | | | | |
| 4-1-04-5-31-05 | 317.00 | 1,432.84 | 4.52 | | | | | 95.27 | | | | | | | | | | | | 1,528.11 |
| 6-1-05-5-31-06 | 396.50 | 1,950.78 | 4.92 | | | | | 75.65 | | | | | | | | | | | | 2,026.43 |
| SUBTOTAL | 713.50 | 3,383.62 | | | | | | 170.92 | | | | | | | | | | | | 3,554.54 |
| 10% PENALTIES | | 338.36 | | | | | | 17.09 | | | | | | | | | | | | 355.45 |
| 20% PENALTIES | | | | | | | | | | | | | | | | | | | | |
| AUDIT COSTS | | 446.25 | | 446.25 | | | | | | | | | | | | | | | | 892.50 |
| ATTORNEY FEES | | | | | | | | | | | | | | | | | | | | |
| ACCUM. PENALTIES | | | | | | | | | | | | | | | | | | | | |
| ACCUM. INTEREST | | | | | | | | | | | | | | | | | | | | |
| TOTAL DUE | 4,166.23 | 446.25 | | | | | | 188.01 | | | | | | | | | | | | 4,802.49 |

EXHIBIT
C