UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case |
|---|---|
|  | FILED: APRIL 21, 2008<br>08CV2269         TC<br>JUDGE ZAGEL<br>MAGISTRATE JUDGE COX |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| SIGNATURE |  |
|---|---|
| FIRM |  |
| STREET ADDRESS |  |
| CITY/STATE/ZIP |  |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?         YES         NO | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?         YES         NO | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?         YES         NO | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES     NO | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL          APPOINTED COUNSEL | |