UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LABORERS' PENSION FUND; ET AL** <br><br> PLAINTIFF(S) <br><br> vs. <br><br> **GALLORY AND VAN ETTEN, INC** <br><br> DEFENDANT(S) | COURT DATE: <br><br> Case No. <br> **08 CV 2269** <br><br><br> SERVICE DOCUMENTS: <br> **SUMMONS & COMPLAINT** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Apr 30, 2008,** at **10:16 AM**, I served the above described documents upon **GALLORY AND VAN ETTEN, IN(** shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **JACK VAN ETTEN PRESIDENT**, an officer, managing agent or authorized agent of the within named company.

Said service was effected at **11756 S. HALSTED, CHICAGO, IL 60628.**

**DESCRIPTION:**  Gender: **M**  Race: **WHITE**  Age: **60**  Hgt: **6'0"**  Wgt: **200**  Hair: **GRAY**  Glasses: **YES**

I declare under penalties of perjury that the information contained herein is true and correct.

_____
**Barry A Savage**, Lic #: 117-001119
**Judicial Attorney Services, Inc.**
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 30th day of April, 2008

_Joan C. Harenberg_

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

NOTARY PUBLIC

CLIENT NAME:                    ORIGINAL PROOF OF SERVICE                    TRACKING #
Laborers Pension and Welfare Funds*                                           38289