IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds,<br><br>          Plaintiffs,<br>v.<br><br>GALLOY AND VAN ETTEN, INC., an Illinois corporation,<br><br>          Defendant. | Case No. 08 C 2269<br><br>Judge Zagel |

### NOTICE OF MOTION

To: Galloy and Van Etten, Inc
    Mr. Jack Van Etten, President
    11756 S. Halsted St.
    Chicago, IL 60628

    PLEASE TAKE NOTICE that at *10:15 a.m. on Tuesday, July 1, 2008*, or as soon thereafter as counsel can be heard, the undersigned will appear before the Honorable Judge James B. Zagel, Room 2503, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present **Plaintiffs' Motion for Entry of Default Judgment in Sum Certain**, a copy of which is herewith served upon you.

June 12, 2008                                           Laborers Pension Fund, et al.

                                                                       By: /s/ Jerrod Olszewski

Office of Fund Counsel
111 W. Jackson Blvd., Suite 1415
Chicago, IL 60604
(312) 692-1540

### PROOF OF SERVICE BY MAIL

    The undersigned certifies that on this 12th day of June, 2008. He served this notice to the above addressee(s) via U.S. Mail.

                                                                                  /s/ Jerrod Olszewski