**PENSION AND WELFARE FUNDS**

# LABORERS' PENSION FUND and HEALTH and WELFARE DEPARTMENT of the CONSTRUCTION and GENERAL LABORERS' DISTRICT COUNCIL of CHICAGO and VICINITY

11465 CERMAK ROAD
WESTCHESTER, IL 60154
Main # (708) 562-0200 Ext. 218

CHICAGO OFFICE
111 W. JACKSON BLVD., SUITE 1415
CHICAGO, IL 60604-3868
OFFICE: (312) 692-1540
FAX: (312) 692-1489

**BOARD OF TRUSTEES**

ADMINISTRATOR
JAMES S. JORGENSEN

SECRETARY
ALAN ESCHE

**PENSION FUND**

FOR LABOR
JOSEPH COCONATO
JAMES P. CONNOLLY
J. MICHAEL LAZZARETTO
RICHARD SHERMAN
LARRY WRIGHT
JEFF M. ZIEMANN

FOR EMPLOYERS
BENJAMIN D'ANDREA
ALAN ESCHE
RICHARD E. GRABOWSKI
ROBERT G. KRUG
DAVID H. LORIG
GARY LUNDSBERG

**WELFARE FUND**

FOR LABOR
JAMES P. CONNOLLY
MARTIN T. FLANAGAN
RICHARD KUCZKOWSKI
SCOTT PAVLIS
TIM RILEY
RICHARD SHERMAN

FOR EMPLOYERS
ALAN ESCHE
CHARLES J. GALLAGHER
RICHARD E. GRABOWSKI
DAVID H. LORIG
DENNIS P. MARTIN
TIM J. SCULLY

June 19, 2008

Ms. Thelma Murry-Sykes,
  Auditor and Docket Clerk, 20th Floor
United States District Court
  for the Northern District of Illinois
219 South Dearborn Street
Chicago, IL  60604

**JUDGE ZAGEL**

**Re:** *Laborers' Pension and Welfare v. Galloy & Van Etten, Inc.*
*Case # 08 CV 2269*

Dear Ms. Murry-Sykes:

Per your conversation with Karen of my office, enclosed please find hard copies to replace two (2) illegible PDFs' for Document No. 11 filed recently in the above-captioned matter.

If you have any questions, please call.

Very truly yours,

LABORERS PENSION AND WELFARE FUNDS

Yohanna Butler
YB/kt
Encl.

Reply to Chicago Office



EMPLOYER PARTICIPANTS –

Builders' Association, Employing Plasterers' Association, Underground Contractors' Association, Mason Contractors' Association, Concrete Contractors' Association, Wrecking Contractors, Concrete Products Employers, Lake County Illinois Employers, Illinois Road Builders Association, Bridge and Highway Structural Builders; i.e. all those who employ Laborers Engaged in the Building and Construction Industry.

# 08C2269  EXHIBIT 1
TO PLAINTIFF'S
MOTION FOR DEFAULT JUDGMENT
AS TO SUM CERTAIN [11].

| CODE | | | |
|---|---|---|---|
| 011692 | REPORT FOR HOURS WORKED IN JUNE 2003 | | |
| | PERIOD FROM          TO | | |

☐ Inactive    **PAGE 1**
☐ Send more forms
☐ Change of address
☐ Change in name

**Please check here**

**Final Report:**
☐ Sold (out of) Business
☐ Return to home base

PHONE (773)928-4800
FEDERAL ID NO. 36-1115510

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | 0225 | PAUL PETREANU | 242.25 |
| 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 | 0225 | BRIAN ROBBINS | 216.75 |
| 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 | 0225 | JOSE G MENDOZA | — |
| 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 | 0225 | JONATHAN D WASHINGTON | 204.5 |
| 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 | 0225 | KEVIN D. FOWLER | 191 |
| 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 | 0225 | JOHN JORDAN | 219.25 |
| 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 | 0225 | RONALD TULK | 137 |
| 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 | | RAMON MANZO | 223 |
| 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 | 0225 | DANIEL PRICE | 186.5 |
| 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 | 0225 | MARK A HUPPERICH | 221.5 |
| 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 | 0225 | TIMOTHY TURNER | 222.5 |
| 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 | 0225 | PETER DANIEL BROWN | 142.5 |
| 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 | 0225 | JOSE MANUEL DIAZ | 213 |
| 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 | 0225 | OSCAR DIAZ | 206.5 |
| 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 | 0225 | MILTON GOMEZ | 188 |
| 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 | 0225 | OSVALDO DIAZ | 210 |
| 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 | 0225 | JAIRO GARCIA | 222 |
| 623-364-214 | | DIEGO GARCIA | 221 |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned employer expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Fund Adm. _____

Union _____
_____

2-A720

Employer _____

By _____
Signed by an authorized officer, partner or agent only

**EXHIBIT B-2**

| CODE | | |
|---|---|---|
| 011692 | REPORT FOR HOURS WORKED IN JUNE 2003 PERIOD FROM        TO | |

☐ Inactive    **PAGE 2**
☐ Send more forms
☐ Change of address
☐ Change of name
☐ Final Report
☐ Sold (out of) Business
☐ Return to home base

Please
check
here

RECEIVED
JUL 18 2003

PHONE (773)928-4800
FEDERAL ID NO. 36-4115510
*1096567*
GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | (ENTERED CT) | |
| | | | |
| | | | |
| **TOTAL HOURS** | | | 3,467.25 |

| FUND | RATE | TOTAL HOURS | AMOUNT | |
|---|---|---|---|---|
| WELFARE | 3.39 | | 11,755.68 | |
| ESCROW ACCOUNT | 4.00 | | | |
| TOTAL(ALL FUNDS) | 4.99 | | | |
| CHECK NUMBER | 3.39 19493 | | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Fund Adm. _____    Employer _____

Union _____    By _____
           _____       Signed by an authorized officer, partner or agent only

**REMITTANCE COPY**

DP-4

2-1721

501M

| CODE | | |
|---|---|---|
| 011692 | REPORT FOR HOURS WORKED IN JULY 2003 | |
| | PERIOD FROM        TO | |

☐ Inactive    PAGE 1
☐ Send more forms
☐ Change of address
☐ Change in name

PHONE (773)928-4800
FEDERAL ID NO. 36-1115510

Please check here

Final Report:
☐ Sold (out of) Business
☐ Return to home base

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

RC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | 0225 | PAUL PETREANU | 190.75 |
| 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 | 0225 | BRIAN ROBBINS | 203.75 |
| 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 | 0225 | JONATHAN D WASHINGTON | 214.5 |
| 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 | 0225 | KEVIN D. FOWLER | 202.5 |
| 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 | 0225 | JOHN JORDAN | 183 |
| 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 | 0225 | RONALD TULK | 154 |
| 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 | | RAMON MANZO | 158.5 |
| 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 | 0225 | DANIEL PRICE | 184 |
| 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 | 0225 | MARK A HUPPERICH | 184.5 |
| 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 | 0225 | TIMOTHY TURNER | 151 |
| 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 | 0225 | PETER DANIEL BROWN | 174.25 |
| 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 | 0225 | JOSE MANUEL DIAZ | 194.5 |
| 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 | 0225 | OSCAR DIAZ | 118 |
| 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 | 0225 | MILTON GOMEZ | 211.5 |
| 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 | 0225 | OSVALDO DIAZ | 204.5 |
| 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 | 0225 | JAIRO GARCIA | 202.75 |
| 623-364-214 | | DIEGO GARCIA | 190 |
| | | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Fund Adm. _____    Employer _____
Union _____    By _____
                            Signed by an authorized officer, partner or agent only

REMITTANCE COPY
DP-4

501M

2-1671

| CODE |  |  |
|------|--|--|
| 011692 | REPORT FOR HOURS WORKED IN JULY 2003 | PAGE 2 |

PERIOD FROM          TO

□ Inactive
□ Send more forms
□ Change of address
□ Change name
□ Final Report
□ Sold (out of) Business
□ Return to home base

RECEIVED JUL 1 2003

Please check here

PHONE (773)928-4800
FEDERAL ID NO. 36-1115510

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

MC-(225)

1099463

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  | ENTERED GT |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

| TOTAL HOURS |  |  | 3,122.0 |
|---|---|---|---|

| FUND | RATE | TOTAL HOURS | AMOUNT | $10,383.52 |
|---|---|---|---|---|
| WELFARE | 3.87 3.89 |  |  | $12,144.58 |
| TOTAL(ALL FUNDS) | 3.59 |  |  |  |
| CHECK NUMBER | 3.89 10755 |  |  |  |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Fund Adm.
Union

Employer
By
Signed by an authorized officer, partner or agent only

REMITTANCE COPY
DP-4

591M

2-1672

| CODE | | REPORT FOR HOURS WORKED IN AUG. 2003 | | | PAGE 1 |
|------|--|--------------------------------------|--|--|--------|
| 011692 | | PERIOD FROM        TO | | | |

PHONE (773)928-4800
FEDERAL ID NO. 36-1115510

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

Please check here

- [ ] Inactive
- [ ] Send more forms
- [ ] Change of address
- [ ] Change in name

Final Report:
- [ ] Sold (out of) Business
- [ ] Return to home base

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | 0225 | PAUL PETREANU | 265.5 |
| 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 | 0225 | BRIAN ROBBINS | 252.25 |
| 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 | 0225 | JONATHAN D WASHINGTON | 301.5 |
| 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 | 0225 | KEVIN D. FOWLER | 286.25 |
| 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 | 0225 | JOHN JORDAN | 262.75 |
| 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 | 0225 | RONALD TULK | 185.5 |
| 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 | | RAMON MANZO | 104.5 |
| 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 | 0225 | DANIEL PRICE | 241 |
| 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 | 0225 | MARK A HUPPERICH | 237 |
| 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 | 0225 | TIMOTHY TURNER | 271.5 |
| 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 | 0225 | PETER DANIEL BROWN | 238 |
| 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 | 0225 | JOSE MANUEL DIAZ | 125 |
| 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 | 0225 | OSCAR DIAZ | 249.5 |
| 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 | 0225 | MILTON GOMEZ | 277 |
| 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 | 0225 | OSVALDO DIAZ | 265 |
| 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 | 0225 | JAIRO GARCIA | 253.5 |
| 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 | | DIEGO GARCIA | 292.5 |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Laborers Pension & Welfare Funds
Chicago IL

Fund Adm. _____
Union _____

Employer _____
By _____
Signed by an authorized officer, partner or agent only

REMITTANCE COPY

691M

2-1 666

DP-4

| CODE | | | | PAGE 2 |
|------|---|---|---|---|
| 011692 | REPORT FOR HOURS WORKED IN AUG. 2003 | | ☐ Inactive | |
| | PERIOD FROM        TO | | ☐ Send more forms | |

PHONE (773)928-4800
FEDERAL ID NO. 36-1115510
1101300
SALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

Please check here ☐ Change of address
☐ Change in name
☐ Final Report
☐ Sold (out of) Business
☐ Return to home base

RECEIVED

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTAL HOURS** | | | 4,108.25 |

| FUND | RATE | TOTAL HOURS | AMOUNT 15,981.09 |
|---|---|---|---|
| WELFARE | 3.89 | | |
| TOTAL(ALL FUNDS) | 3.89 | | |
| CHECK NUMBER | 19912 | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please return this form along with your check to:
Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago, IL 60694-3300

501M    Fund Adm. _____
Union _____

Employer _Salloy & Van Itte_
By _Kathleen Van Itte_
Signed by an authorized officer, partner or agent only

REMITTANCE COPY

DP-4

2-1667

TELEPHONE 1-708-562-0200 ADMINISTRATION

CODE
011692

REPORT FOR HOURS WORKED IN SEPT. 2003
PERIOD FROM _____ TO _____

PHONE (775)928-4800
FEDERAL ID NO. 36-1115510

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

☐ Inactive    PAGE 1
☐ Send more forms
☐ Change of address
☐ Change in name
Final Report:
☐ Sold (out of) Business
☐ Return to home base

Please check here

| SOCIAL SECURITY NUMBER (must be shown) | LOCAL NO | NAME OF EMPLOYEE    HC-(225) | TOTAL HOURS |
|---|---|---|---|
| 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 | 0225 | PAUL PETREANU | 217.75 |
| 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 | 0225 | BRIAN ROBBINS | 204 |
| 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 | 0225 | JONATHAN D WASHINGTON | 212 |
| 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 | 0225 | KEVIN D. FOWLER | 216.5 |
| 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 | 0225 | JOHN JORDAN | 141.5 |
| 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 | 0225 | RONALD TULK | 164 |
| 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 | | RAMON MANZO | 200.75 |
| 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 | 0225 | DANIEL PRICE | 193.5 |
| 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 | 0225 | MARK A HUPPERICH | 192.25 |
| 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 | 0225 | TIMOTHY TURNER | 204.5 |
| 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 | 0225 | PETER DANIEL BROWN | 155.25 |
| 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 | 0225 | JOSE MANUEL DIAZ | 212 |
| 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 | 0225 | OSCAR DIAZ | 204.5 |
| 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 | 0225 | MILTON GOMEZ | 210.25 |
| 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 | 0225 | OSWALDO DIAZ | 212 |
| 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 | 0225 | JAIRO GARCIA | 206.25 |
| 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 | | DIEGO GARCIA | 200.75 |

EMPLOYER'S WARRANTY AND ACCEPTANCE: The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound by the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Fund Adm. _____

Union _____

Employer _____

By _____
(Signed by an authorized officer, partner or agent only)

REMITTANCE COPY

2-9722

REPORT FOR HOURS WORKED IN SEPT. 2003
PERIOD FROM          TO

011692

PHONE (773)928-4800
FEDERAL ID NO. 36-1115510
    104707
GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

- [ ] Inactive   PAGE 2
- [ ] Send more forms
- [ ] Change of address
- [ ] Change in lease
- [ ] Final report
- [ ] Sold (explain business)
- [ ] Return to home base

Please check here

MC=(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | | FABIAN GARCIA | 207 |
| | | | |

TOTAL HOURS

| FUND | RATE | TOTAL HOURS | AMOUNT | 3,553.75 |
|---|---|---|---|---|
| WELFARE | 3.89 | | | |
| TOTAL(ALL FUNDS) | 3.89 | | 1,3824.09 | |
| CHECK NUMBER | 20145 | | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound by the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Fund Adm.
Union
Employer
By
Signed by an authorized officer, partner or agent only

REMITTANCE COPY
DP-4

2-1723

# PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

| CODE | | | | Inactive | PAGE 1 |
| --- | --- | --- | --- | --- | --- |

**CODE** 011692

**REPORT FOR HOURS WORKED IN OCT. 2003**
**PERIOD FROM                     TO**

PHONE (773) 928-4800
FEDERAL ID NO. 36-1115510

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

Please check here

- [ ] Inactive
- [ ] Send more forms
- [ ] Change of address
- [ ] Change in name

Final Report:
- [ ] Sold (out of) Business
- [ ] Return to home base

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
| --- | --- | --- | --- |
| 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 | 0225 | PAUL PETREANU | 229 |
| 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 | 0225 | BRIAN ROBBINS | 260.5 |
| 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 | 0225 | JONATHAN D WASHINGTON | 302.5 |
| 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 | 0225 | KEVIN D. FOWLER | 254 |
| 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 | 0225 | JOHN JORDAN | 273.5 |
| 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 | 0225 | RONALD TULK | 213.75 |
| 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 | | RAMON MANZO | 277.5 |
| 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 | 0225 | DANIEL PRICE | 242.25 |
| 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 | 0225 | MARK A HUPPERICH | 258 |
| 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 | 0225 | TIMOTHY TURNER | 277.5 |
| 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 | 0225 | PETER DANIEL BROWN | 181 |
| 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 | 0225 | JOSE MANUEL DIAZ | 277.5 |
| 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 | 0225 | OSCAR DIAZ | 259 |
| 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 | 0225 | MILTON GOMEZ | 262.25 |
| 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 | 0225 | OSVALDO DIAZ | 267.5 |
| 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 | 0225 | JAIRO GARCIA | 234.75 |
| 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 | | DIEGO GARCIA | 262.75 |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

601M

Fund Adm. _____

Union _____

Employer _____

By _____
Signed by an authorized officer, partner or agent only

2-11716

| REMITTANCE COPY |
| --- |

DP-4

| CODE | | | | |
|------|--|--|--|--|
| 011692 | REPORT FOR HOURS WORKED IN OCT. 2003<br>PERIOD FROM          TO | | | |

☐ Inactive
☐ Send more form
☐ Change of address
☐ Change in name
Final Report:
☐ Sold (out of) Business
☐ Return to home base

Please
check
here

PHONE (773)928-4800
FEDERAL ID NO. 36-1115510

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

1108195

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | | FABIAN GARCIA ✦ | 28 1 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTAL HOURS** | | | |
| | | 4,614.25 | |

| FUND | RATE | TOTAL HOURS | AMOUNT | $ 17,949 43 |
|---|---|---|---|---|
| WELFARE | 3.89 | | | |
| TOTAL(ALL FUNDS) | 3.89 | | | |
| CHECK NUMBER | 20441 | | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

591M

Fund Adm. _____
Union _____
_____

Employer _____
By _____
Signed by an authorized officer, partner or agent only

REMITTANCE COPY
DP-4

2-1717

| CODE 011692 | REPORT FOR HOURS WORKED IN NOV. 2003 PERIOD FROM        TO | ☐ Inactive    **PAGE 1** ☐ Send more forms ☐ Change of address ☐ Change in name **Final Report:** ☐ Sold (out of) Business ☐ Return to home base |

PHONE (773)928-4800
FEDERAL ID NO. 36-111551C

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

Please check here

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | 0225 | PAUL PETREANU | 225.75 |
| 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 | 0225 | BRIAN ROBBINS | 198 |
| 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 | 0225 | JONATHAN D WASHINGTON | 239.5 |
| 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 | 0225 | KEVIN D. FOWLER | 210.25 |
| 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 | 0225 | JOHN JORDAN | 204.5 |
| 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 | 0225 | RONALD TULK | 168.75 |
| 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 | | RAMON NANZO | 216 |
| 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 | 0225 | DANIEL PRICE | 198.5 |
| 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 | 0225 | MARK A HUPPERICH | 214.5 |
| 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 | 0225 | TIMOTHY TURNER | 220 |
| 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 | 0225 | PETER DANIEL BROWN    TERMINATED 10/30/03 | |
| 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 | 0225 | JOSE MANUEL DIAZ | 127.5 |
| 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 | 0225 | OSCAR DIAZ | 214.25 |
| 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 | 0225 | MILTON GOMEZ | 207 |
| 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 | 0225 | OSVALDO DIAZ | 218.5 |
| 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 | 0225 | JAIRO GARCIA | 219.5 |
| 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 | 0225 | FABIAN GARCIA | 210.25 |
| 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 | | DIEGO GARCIA | 197.25 |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Fund Adm. _____

Union _____

Employer _____

By _____
Signed by an authorized officer, partner or agent only

| REMITTANCE COPY |
| DP-4 |

2-1794

LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY
11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154   TELEPHONE 1-708-562-0200 ADMINISTRATION

Filed   125 of 75

PAGE 2

| CODE | | | |
|------|---|---|---|
| 011692 | REPORT FOR HOURS WORKED IN NOV. 2003 | | |
| | PERIOD FROM          TO | | |

☐ Inactive
☐ Send more forms
☐ Change of address
☐ Change in name
☐ Final Report
☐ Sold (out of) Business
☐ Return to home base

Please check here

PHONE (773) 928-4800
FEDERAL ID NO. 36-1115510

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

1110368

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | | Luis Marquez | 178.5 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTAL HOURS** | | | |
| | | 3,668.5 | |

| FUND | RATE | TOTAL HOURS | AMOUNT | $14,270.47 |
|---|---|---|---|---|
| WELFARE | 3.89 | | 14270.47 | |
| TOTAL(ALL FUNDS) | 3.89 | | | |
| CHECK NUMBER | #20674 | | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Fund Adm. _____
Union _____

Employer _Galloy_
By _Kathleen Voight_
Signed by an authorized officer, partner or agent only

ENTERED BY ST
REMITTANCE COPY

127-M
2-1795
DP-4

**PAGE 1**

- [ ] Inactive
- [ ] Send more forms
- [ ] Change of address
- [ ] Change in name

Please check here

Final Report:
- [ ] Sold (out of) Business
- [ ] Return to home base

| CODE | |
|---|---|
| 011692 | REPORT FOR HOURS WORKED IN DEC. 2003 |
| | PERIOD FROM          TO |

PHONE (773)928-4800
FEDERAL ID NO. 36-1115510

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

#C-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | | | 205.25 |
| 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 | 0225 | PAUL PETREANU | 173.25 |
| 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 | 0225 | BRIAN ROBBINS | 222.5 |
| 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 | 0225 | JONATHAN D WASHINGTON | 192.75 |
| 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 | 0225 | KEVIN D. FOWLER | 232.75 |
| 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 | 0225 | JOHN JORDAN | 149.- |
| 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 | 0225 | RONALD TULK | 208" |
| 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 | | RAMON MANZO | 184.25 |
| 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 | 0225 | DANIEL PRICE | 198" |
| 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 | 0225 | MARK A HUPPERICH | 175 |
| 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 | 0225 | TIMOTHY TURNER | |
| 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 | 0225 | PETER DANIEL BROWN      TERMINATED | |
| 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 | 0225 | JOSE MANUEL DIAZ | 147 |
| 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 | 0225 | OSCAR DIAZ | 188.5 |
| 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 | 0225 | MILTON GOMEZ | 207.25 |
| 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 | 0225 | OSVALDO DIAZ | 145 |
| 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 | 0225 | JAIRO GARCIA | 208.5 |
| 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 | 0225 | FABIAN GARCIA | 205.5 |
| 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 | | DIEGO GARCIA | 159.5 |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Fund Adm. _____

Union _____

Employer _____

By _____
Signed by an authorized officer, partner or agent only

| REMITTANCE COPY |
|---|
| DP-4 |

127-M.

2-1707

PAGE 2

| CODE | |
|---|---|
| 011692 | REPORT FOR HOURS WORKED IN DEC. 2003 |
| | PERIOD FROM        TO |

☐ Inactive
☐ Send more forms
☐ Change of address
☐ Change in name
☐ Final Report
☐ Sold (out of) Business
☐ Return to home base

Please check here

RECEIVED JAN 2 2006

PHONE (773)928-4800
FEDERAL ID NO. 36-1115510

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

1113203

MC=(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | | MARQUEZ, LUIS | 208.5 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL HOURS | | | |

| FUND | RATE | TOTAL HOURS | AMOUNT | |
|---|---|---|---|---|
| | | | | 3410.5 |
| WELFARE | 3.89 | | | |
| TOTAL(ALL FUNDS) | 3.89 | $1,3266.85 | | |
| CHECK NUMBER | 20941 | | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

ENTERED BY ST

Fund Adm. _____
Union _____

Employer Galloy & Vanetten
By Kathleen VaStte
Signed by an authorized officer, partner or agent only

REMITTANCE COPY
DP-4

2-1708

| | | | |
|---|---|---|---|
| ☐ Inactive | | | |
| ☐ Send more forms | | | |
| ☐ Change of address | | | |
| ☐ Change in name | | | |

**CODE** 011692

REPORT FOR HOURS WORKED IN JAN. 2054
PERIOD FROM        TO

Please check here

**Final Report:**
☐ Sold (out of) Business
☐ Return to home base

PHCNE (773)928-4800
FEDERAL ID NO. 36-1115510

GALLOY & VANETTEN INC
P O BOX 28C145
CHICAGO, IL 60628

RC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | | | 153.5 |
| 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 | 0225 | LUIS MARQUEZ | 205 |
| 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 | 0225 | PAUL PETREANU | 164 |
| 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 | 0225 | BRIAN ROBBINS | 172 |
| 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 | 0225 | JONATHAN D WASHINGTON | 163.5 |
| 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 | 0225 | KEVIN D. FOWLER | 238 |
| 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 | 0225 | JOHN JORDAN | 162.25 |
| 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 | 0225 | RONALD TULK | 44.67 |
| 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 | | RAMON MANZO | 266.5 |
| 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 | 0225 | DANIEL PRICE | 213 |
| 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 | 0225 | MARK A HUPPERICH | 144 |
| 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 | C225 | TIMOTHY TURNER | 134.5 |
| 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 | C225 | JOSE MANUEL DIAZ | 148 |
| 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 | 0225 | OSCAR DIAZ | 216.5 |
| 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 | 0225 | MILTON GOMEZ | 48 |
| 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 | 0225 | CSVALDO DIAZ | 209.75 |
| 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 | 0225 | JAIRO GARCIA | 164 |
| 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 | 0225 | FABIAN GARCIA | 164.75 |
| 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 | | DIEGO GARCIA | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Fund Adm. _____

Union _____

Employer _Galloy + Va__tt__

By _Kathleen Vette__
Signed by an authorized officer, partner or agent only

**REMITTANCE COPY**

DP-4

• 127-M

☐ Inactive    PAGE 2
☐ Send more forms
☐ Change of address
☐ Change in name
Please check here
☐ Final Report:
☐ Sold (out of) Business
☐ Return to home base

| CODE | |
|---|---|
| 011692 | REPORT FOR HOURS WORKED IN JAN. 2004 |
| | PERIOD FROM          TO |

PHONE (773)928-4800
FEDERAL ID NO. 36-1115510

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

MC-(225)

111047

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | **OVERAGE** | | |
| | | | |
| | DATE 2/12/04 | | |
| | W = 495.31 + (23) 1.977 = 484.34 | | |
| | P = ∅ | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | $b 2951.92 |
| | | | 3,079.25 |
| **TOTAL HOURS** | | | |
| | | | 11,978.28 ✓ |

| FUND | RATE | TOTAL HOURS | AMOUNT |
|---|---|---|---|
| WELFARE | 3.89 | | |
| TOTAL(ALL FUNDS) | 3.89 | | |
| CHECK NUMBER | 21175 | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Fund Adm. _____
Union _____

Employer _____
By _____
Signed by an authorized officer, partner or agent only

**REMITTANCE COPY**
DP-4

127-94

| CODE | | | | |
|---|---|---|---|---|
| 011692 | | | | |

REPORT FOR HOURS WORKED IN MARCH 2004
PERIOD FROM        TO

PAGE 2

☐ Inactive
☐ Send more forms
☐ Change of Address
☐ Change in name
☐ Final Report
☐ Sold (out of) Business
☐ Return to home base

RECEIVED APR 19 2004

Please check here

PHONE (773)928-4800
FEDERAL ID NO. 36-1115510

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

1122155

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | | **REJECTED** | |
| | | SHORTAGE | |
| | | DATE 4/9/04 | |
| | | W $ (8588.467 + (5)(.977 = (8589.437 | |
| | | P $  ⌀ | |
| | | RECEIVED DATE 4/29/04 | |
| | | | |

| TOTAL HOURS | 3077 | | | | 869.7 |
|---|---|---|---|---|---|

| FUND | RATE | TOTAL HOURS | AMOUNT | 3,381.07 |
|---|---|---|---|---|
| WELFARE | 3.89 | | | |
| TOTAL(ALL FUNDS) | 3.89 | | | |
| CHECK NUMBER | 21612 | | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

ENTERED BY ST

Fund Adm. _____
Union _____

Employer _____
By _Kathleen VanOtto_
Signed by an authorized officer, partner or agent only

**REMITTANCE COPY**

2-1800

DP-4

100 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154

| CODE | | |
|---|---|---|
| **011692** | REPORT FOR HOURS WORKED IN MARCH 2004 | |
| | PERIOD FROM          TO | |

☐ Inactive
☐ Send more forms
☐ Change of address
☐ Change in name

**Please check here**

**Final Report:**
☐ Sold (out of) Business
☐ Return to home base

PHONE (773)928-4800
FEDERAL ID NO. 36-1115510

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | 0225 | LUIS MARQUEZ | 196.5 |
| 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 | 0225 | PAUL PETREANU | |
| 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 | 0225 | BRIAN ROBBINS | 156.5 |
| 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 | 0225 | JONATHAN D WASHINGTON | 167 |
| 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 | 0225 | KEVIN D. FOWLER | 162.5 |
| 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 | 0225 | JOHN JORDAN | 210 |
| 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 | 0225 | RONALD TULK | 163.25 |
| 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 | | RAMON MANZO | 160.25 |
| 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 | 0225 | DANIEL PRICE | 200.25 |
| 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 | 0225 | MARK A HUPPERICH | 223 |
| 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 | 0225 | TIMOTHY TURNER | 160 |
| 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 | 0225 | JOSE MANUEL DIAZ | 167.5 |
| 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 | 0225 | OSCAR DIAZ | 175 |
| 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 | 0225 | MILTON GOMEZ | 222 |
| 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 | 0225 | OSVALDO DIAZ | 160 |
| 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 | 0225 | JAIRO GARCIA | 204.5 |
| 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 | 0225 | FABIAN GARCIA | 168.5 |
| 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 | | DIEGO GARCIA | 190.25 |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Fund Adm. _____

Union _____

Employer _____

By _____
Signed by an authorized officer, partner or agent only

**REMITTANCE COPY**

DP-4

127-M

2-1799

| CODE | | |
|---|---|---|
| 011692 | REPORT FOR HOURS WORKED IN FEB. 2004 | |
| | PERIOD FROM    TO | |

Please check here

☐ Inactive    PAGE 2
☐ Send more forms
☐ Change of address
☐ Change in name
Final Report
☐ Sold (out of) Business
☐ Return to home base

PHONE (773) 928-4800
FEDERAL ID NO. 36-1115510

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

111975          MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL HOURS | | | |

| FUND | RATE | TOTAL HOURS | AMOUNT | 2964.4 |
|---|---|---|---|---|
| WELFARE | 3.89 | | 11531.52 | |
| TOTAL (ALL FUNDS) | 3.89 | | $ 11,531.52 | |
| CHECK NUMBER | 21405 | | | |

EMPLOYER'S WARRANTY AND ACCEPTANCE: The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Fund Adm. _____

Union _____

Employer GALLOY & VAN ETTEN IN

By Kathlen Van Ett
Signed by an authorized officer, partner or agent only

REMITTANCE COPY

DP-4



**LABORERS' PENSION & WELFARE FUNDS**
**33367 TREASURY CENTER**
**CHICAGO, IL 60694-3300**



*1122155*

Date received: 04/09/2004
Contractor: 011692

16 - 1122155

To:    GALLOY & VANETTEN INC
       P O BOX 288145
       CHICAGO, IL 60628

Dear Sir/Madam:

We have encountered problems processing the following report(s), which could interfere with the benefit eligibility of your employees. Based on the calculation below, **an additional $8,589.43 is due to the welfare and/or pension funds.** Please remit the payment, along with a copy of this notice to the address above.

**Welfare Fund**

| Report Month | Calculated Hours | Reported Hours | Rate | Expected Amount | Current Remittance | Prior Pmt/ Adj | Shortage | Overage |
|---|---|---|---|---|---|---|---|---|
| 03/2004 | 3,077.00 | 869.17 | 3.89 | 11,969.53 | $3,381.07 | | ($8,588.46) | |
| | | | | | | Sub Total | ($8,588.46) | |
| | | | | | Balance from previous months | | ($0.97) | |
| | | | | | BALANCE Welfare | | ($8,589.43) | |

If your records disagree with this information or you need assistance, please call (708)562-0200 and ask for the Accounting Department.

*Ck# 21755*

Sincerely,
Accounting Department

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY ADMINISTRATION
11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154   TELEPHONE 1-708-562-0200

PAGE 1

|  |  |
|---|---|
| CODE **011692** | REPORT FOR HOURS WORKED IN APRIL 2004<br>PERIOD FROM    TO |

PHONE (773)928-4800
FEDERAL ID NO. 36-1115510

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

☐ Inactive
☐ Send more forms
☐ Change of address
☐ Change in name
Final Report:
☐ Sold (out of) Business
☐ Return to home base

Please check here

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | 0225 | LUIS MARQUEZ | 219.5 |
| 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 | 0225 | BRIAN ROBBINS | 194 |
| 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 | 0225 | JONATHAN D WASHINGTON | 200 |
| 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 | 0225 | KEVIN D. FOWLER | 158.25 |
| 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 | 0225 | JOHN JORDAN | 247.5 |
| 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 | 0225 | RONALD TULK | 163.25 |
| 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 |  | RAMON MANZO | 199.5 |
| 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 | 0225 | DANIEL PRICE | 188.5 |
| 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 | 0225 | MARK A HUPPERICH | 225.25 |
| 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 | 0225 | TIMOTHY TURNER | 200 |
| 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 | 0225 | JOSE MANUEL DIAZ | 195.25 |
| 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 | 0225 | OSCAR DIAZ | 185.5 |
| 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 | 0225 | MILTON GOMEZ | 215 |
| 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 | 0225 | OSVALDO DIAZ | 193.75 |
| 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 | 0225 | JAIRO GARCIA | 229.5 |
| 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 | 0225 | FABIAN GARCIA | 202.5 |
| 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 |  | DIEGO GARCIA | 200.5 |
| 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 |  | PAUL PETREANU | 184.75 |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Fund Adm. _____

Union _____

Employer _____

By _____
Signed by an authorized officer, partner or agent only

**REMITTANCE COPY**
DP-4

2-1834

LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY
11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60164      Filed     TELEPHONE 1-708-562-0200 ADMINISTRATION

PAGE 2

| CODE | |
|------|--|
| 011692 | |

REPORT FOR HOURS WORKED IN APRIL 2004
PERIOD FROM          TO

PHONE (773)928-4800
FEDERAL ID NO. 36-1115510

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

1125508

☐ Inactive
☐ Send more forms
☐ Change of address
☐ Change in name
☐ Final Report
☐ Sold/out of business
☐ Return to home base

Please check here

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL HOURS | | | |
| | | 3,662.5 | |

| FUND | RATE | TOTAL HOURS | AMOUNT | |
|------|------|-------------|--------|--|
| WELFARE | 3.89 | | $14,013.23 | |
| TOTAL(ALL FUNDS) | 3.89 | | | |
| CHECK NUMBER | 21869 | | | |

EMPLOYER'S WARRANTY AND ACCEPTANCE: The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Fund Adm.
Union

Employer
By
Signed by an authorized officer, partner or agent only

REMITTANCE COPY
DP-4

127 M

2-1835

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

114 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154   Filed   TELEPHONE 1-708-362-0200 ADMINISTRATION

PAGE 1

| CODE | | |
|---|---|---|
| 011692 | REPORT FOR HOURS WORKED IN MAY 2004 PERIOD FROM          TO | |

PHONE (773)928-4800      FED. ID NO. 36-1115510

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

☐ Inactive
☐ Send more forms
☐ Change of address
☐ Change in name

**Final Report:**
☐ Sold (out of) Business
☐ Return to home base

Please check here

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | 0225 | LUIS MARQUEZ | 185.5 |
| 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 | 0225 | BRIAN ROBBINS | 117.75 |
| 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 | 0225 | JONATHAN D WASHINGTON | 152 |
| 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 | 0225 | KEVIN D. FOWLER | 149.5 |
| 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 | 0225 | JOHN JORDAN | 233.5 |
| 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 | 0225 | RONALD TULK | 166.75 |
| 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 | | RAMON MANZO | 175 |
| 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 | 0225 | DANIEL PRICE | 88 |
| 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 | 0225 | MARK A HUPPERICH | 161.85 |
| 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 | 0225 | TIMOTHY TURNER | 160 |
| 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 | 0225 | JOSE MANUEL DIAZ | 174 |
| 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 | 0225 | OSCAR DIAZ | 186.75 |
| 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 | 0225 | MILTON GOMEZ | 219 |
| 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 | 0225 | OSVALDO DIAZ | 162 |
| 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 | 0225 | JAIRO GARCIA | 190.5 |
| 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 | 0225 | FABIAN GARCIA | 181 |
| 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 | | DIEGO GARCIA | 174 |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in his employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Fund Adm. _____

Union _____

Employer _____

By _____
signed by an authorized officer, partner or agent only

**REMITTANCE COPY**

DP-4

2-1832

| CODE | | |
|------|--|--|
| 011692 | REPORT FOR HOURS WORKED IN MAY 2004 | |
| | PERIOD FROM          TO | |

PHONE (773)928-4800       FED. ID NO. 36-1115510

Please check here

☐ Inactive
☐ Send more forms
☐ Change of address
☐ Change in name
Final Report:
☐ Sold (out of) Business
☐ Return to home base

RECEIVED JUN 7 2004

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

*1127728*

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | | PAUL PETREANA | 164.5 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL HOURS | | | |

| FUND | RATE | TOTAL HOURS | AMOUNT | |
|------|------|-------------|--------|--|
| | | | | 3,041.6 |
| WELFARE | 3.89 | | $11,831.80 | |
| TOTAL(ALL FUNDS) | 3.89 | | | |
| CHECK NUMBER | 22096 | | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Fund Adm. _____

Union _____

Employer _____

By _____
Signed by an authorized officer, partner or agent only

REMITTANCE COPY

127-81

DP-4

2-1833

# LABORERS PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY
11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154 — Fund Accounting TELEPHONE 1-708-562-0200 ADMINISTRATION

PAGE 1

☐ Inactive
☐ Send more forms
☐ Change of address
☐ Change in name

**Final Report:**
☐ Sold (out of) Business
☐ Return to home base

| CODE | | | |
|---|---|---|---|
| 011692 | | | |

REPORT FOR HOURS WORKED IN JUNE 2004
PERIOD FROM                    TO

PHONE (773)928-4800        FED. ID NO. 36-1115510

Please check here

GALLOY & VANETTEN INC
P O BOX 288165
CHICAGO, IL 60628

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | | | 178 |
| 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 | 0225 | LUIS MARQUEZ | 148 |
| 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 | 0225 | PAUL PETREANU | 115.5 |
| 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 | 0225 | BRIAN ROBBINS | 140 |
| 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 | 0225 | JONATHAN D WASHINGTON | 161.25 |
| 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 | 0225 | KEVIN D. FOWLER | 218.5 |
| 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 | 0225 | JOHN JORDAN | 152.75 |
| 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 | 0225 | RONALD TULK | 189 |
| 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 | | RAMON MANZO | 145.25 |
| 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 | 0225 | DANIEL PRICE | 189.25 |
| 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 | 0225 | MARK A HUPPERICH | 148 |
| 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 | 0225 | TIMOTHY TURNER | 192.25 |
| 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 | 0225 | JOSE MANUEL DIAZ | 193.25 |
| 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 | 0225 | OSCAR DIAZ | 204 |
| 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 | 0225 | MILTON GOMEZ | 148 |
| 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 | 0225 | OSVALDO DIAZ | 210 |
| 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 | 0225 | JAIRO GARCIA | 187.5 |
| 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 | 0225 | FABIAN GARCIA | 155.5 |
| 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 | | DIEGO GARCIA | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Fund Adm. _____

Union _____

Employer _____

By _____ Signed by an authorized officer, partner or agent only

REMITTANCE COPY
C 70P-4

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154  TELEPHONE 1-708-342-0200 ADMINISTRATION

| CODE | | | |
|------|------|------|------|
| 011692 | REPORT FOR HOURS WORKED IN JUNE 2004 | | |
| | PERIOD FROM          TO | | |

PHONE (773) 928-4800     FED. ID NO. 36-1115510

☐ Inactive   **PAGE 2**
☐ Send more forms
☐ Change address
☐ Change of name

**RECEIVED** '04

Please check here

Final Report:
☐ Sold (out of) Business
☐ Return to home base

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

1130683                                   MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTAL HOURS** | | | 3,076.5 |

| FUND | RATE | TOTAL HOURS | AMOUNT |
|---|---|---|---|
| WELFARE | 3.89 | 4.52 | $ 13,905.78 |
| TOTAL(ALL FUNDS) | 3.89 | 4.52 | |
| CHECK NUMBER | 22329 | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Laborers' Pension & Welfare Funds
11465 Cermak Road
Chicago, Illinois 60154

Fund Adm. _____   Employer _____
Union _____   By _____
Signed by an authorized officer, partner or agent

**REMITTANCE COPY**
DP-4

ENTERED BY

2-1878

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY
11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154    TELEPHONE 1-708-562-0200 ADMINISTRATION

**CODE**
**011692**

REPORT FOR HOURS WORKED IN JULY 2004
PERIOD FROM          TO

PHONE (773)928-4800       FED. ID NO. 36-1115510

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

PAGE 1

☐ Inactive
☐ Send more forms
☐ Change of address
☐ Change in name

Please check here

Final Report:
☐ Sold (out of) Business
☐ Return to home base

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | 0225 | LUIS MARQUEZ | 267.5 |
| 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 | 0225 | PAUL PETREANU | 230.25 |
| 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 | 0225 | BRIAN ROBBINS | 197.75 |
| 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 | 0225 | JONATHAN D WASHINGTON | 51.5 |
| 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 | 0225 | KEVIN D. FOWLER | 236.25 |
| 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 | 0225 | JOHN JORDAN | 279.5 |
| 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 | 0225 | RONALD TULK | 182 |
| 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 | | RAMON MANZO | 236.75 |
| 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 | 0225 | DANIEL PRICE | 177.25 |
| 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 | 0225 | MARK A HUPPERICH | 240.5 |
| 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 | 0225 | TIMOTHY TURNER | 157 |
| 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 | 0225 | JOSE MANUEL DIAZ | 254 |
| 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 | 0225 | OSCAR DIAZ | 246.5 |
| 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 | 0225 | MILTON GOMEZ | 252.5 |
| 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 | 0225 | OSVALDO DIAZ | 227 |
| 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 | 0225 | JAIRO GARCIA | 120.25 |
| 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 | 0225 | FABIAN GARCIA | 99 |
| 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 | | DIEGO GARCIA | 182.25 |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Fund Adm. _____

Union _____

Employer _____

By _____
Signed by an authorized officer, partner or agent only

REMITTANCE COPY

DP-4

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154    TELEPHONE 1-708-562-0200 ADMINISTRATION

Filed

| CODE | | |
|---|---|---|
| 011692 | REPORT FOR HOURS WORKED IN JULY 2004 | |
| | PERIOD FROM          TO | |

☐ Inactive    PAGE 2
☐ Send more forms
☐ Change of address
☐ Change in name
**Final Report:**
☐ Sold (out of) Business
☐ Return to home base

PHONE (773)928-4800  11/33843 FED. ID NO. 36-1115510

Please check here

LPWF

OCT 2 2004

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | ✓ |
| **TOTAL HOURS** | | | 3,637.75 |

| FUND | RATE | TOTAL HOURS | AMOUNT |
|---|---|---|---|
| WELFARE | 4.52 | | $16,442.63 ✓ |
| TOTAL(ALL FUNDS) | 4.52 | | |
| CHECK NUMBER | 22564 | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

ENTERED BY ST

| | | | |
|---|---|---|---|
| 127-44 | Fund Adm. | Employer | |
| | Union | By | REMITTANCE COPY |
| | | Signed by an authorized officer, partner or agent only  8/9/04 | DP-4 |

2-10

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154     TELEPHONE 1-708-562-0200 ADMINISTRATION

PAGE 1

| CODE | | |
|---|---|---|
| 011692 | **REPORT FOR HOURS WORKED IN AUG. 2004** | |
| | **PERIOD FROM          TO** | |

☐ Inactive  
☐ Send more forms  
☐ Change of address  
☐ Change in name  

**PHONE (773)928-4800          FED. ID NO. 36-1115510**

Please check here

**Final Report:**
☐ Sold (out of) Business
☐ Return to home base

GALLOY & VANETTEN INC  
P O BOX 288145  
CHICAGO, IL 60628

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | 0225 | LUIS MARQUEZ | 224.5 |
| 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 | 0225 | PAUL PETREANU | 220 |
| 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 | 0225 | BRIAN ROBBINS | 1 |
| 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 | 0225 | JONATHAN D WASHINGTON | 224 |
| 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 | 0225 | KEVIN D. FOWLER | 217.75 |
| 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 | 0225 | JOHN JORDAN | 233 |
| 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 | 0225 | RONALD TULK | 136 |
| 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 | | RAMON MANZO | 185.5 |
| 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 | 0225 | DANIEL PRICE | 190.25 |
| 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 | 0225 | MARK A HUPPERICH | 186.5 |
| 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 | 0225 | TIMOTHY TURNER | 224 |
| 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 | 0225 | JOSE MANUEL DIAZ | 227 |
| 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 | 0225 | OSCAR DIAZ | 206 |
| 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 | 0225 | MILTON GOMEZ | 222.5 |
| 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 | 0225 | OSVALDO DIAZ | 215 |
| 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 | 0225 | JAIRO GARCIA | 214.5 |
| 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 | 0225 | FABIAN GARCIA | 202.5 |
| 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 | | DIEGO GARCIA | 207.75 |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

127-M

Fund Adm. _____

Union _____

Employer _Galloy & Vanetten_

By _Kathleen Vanetten_
Signed by an authorized officer, partner or agent only

**REMITTANCE COPY**

DP-4

2-1801

LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY
11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154     TELEPHONE 1-708-352-0200 ADMINISTRATION

PAGE 2

| | |
|---|---|
| **CODE** 011692 | REPORT FOR HOURS WORKED IN AUG. 2004 PERIOD FROM          TO |

☐ Inactive
☐ Send more forms
☐ Change of address
☐ Change in name
☐ Final Report
☐ Sold (out of) Business
☐ Return to home base

Please check here

RECEIVED

PHONE (773)928-4800     FED. ID NO. 36-1115510

*113650J*

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | 3,537.75 |
| **TOTAL HOURS** | | | |

| FUND | RATE | TOTAL HOURS | AMOUNT |
|---|---|---|---|
| WELFARE | 4.52 | 3,537.75 | $16,990.63 ✓ |
| TOTAL(ALL FUNDS) | 4.52 | | |
| CHECK NUMBER | 22795 | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Fund Adm. _____
Union _____

Employer _Galloy & Vanetten_
By _Matthew Va Ett_
Signed by an authorized officer, partner or agent only

127-M

ENTERED ST

**REMITTANCE COPY**
DP-4

2-1802

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154    TELEPHONE 1-708-562-0200 ADMINISTRATION

**PAGE 1**

| CODE | | |
|---|---|---|
| 011692 | REPORT FOR HOURS WORKED IN SEPT. 2004 | |
| | PERIOD FROM      TO | |

☐ Inactive
☐ Send more forms
☐ Change of address
☐ Change in name

**Please check here**

PHONE (773)928-4800     FED. ID NO. 36-1115510

Final Report:
☐ Sold (out of) Business
☐ Return to home base

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | 0225 | LUIS MARQUEZ | 208.5 |
| 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 | 0225 | PAUL PETREANU | 205.5 |
| 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 | 0225 | BRIAN ROBBINS | |
| 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 | 0225 | JONATHAN D WASHINGTON | 215.25 |
| 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 | 0225 | KEVIN D. FOWLER | 204 |
| 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 | 0225 | JOHN JORDAN | 221.25 |
| 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 | 0225 | RONALD TULK | 155.5 |
| 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 | | RAMON MANZO | 206.5 |
| 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 | 0225 | DANIEL PRICE | 184 |
| 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 | 0225 | MARK A HUPPERICH | 211.5 |
| 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 | 0225 | TIMOTHY TURNER | 198.5 |
| 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 | 0225 | JOSE MANUEL DIAZ | 222 |
| 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 | 0225 | OSCAR DIAZ | 137.5 |
| 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 | 0225 | MILTON GOMEZ | 193 |
| 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 | 0225 | OSVALDO DIAZ | 222 |
| 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 | 0225 | JAIRO GARCIA | 214.2 |
| 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 | 0225 | FABIAN GARCIA | 186.5 |
| 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 | | DIEGO GARCIA | 102 |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

127-44

Fund Adm. _____

Union _____

Employer _____

By _____
Signed by an authorized officer, partner or agent only

**REMITTANCE COPY**

DP-4

2-1792

PAGE 2

☐ Inactive
☐ Send more forms
☐ Change of Address
☐ Change in Name

Please check here

RECEIVED OCT 12 2004

Final Report:
☐ Sold (out of) Business
☐ Return to home base

| CODE | |
|------|--|
| 011692 | REPORT FOR HOURS WORKED IN SEPT. 2004 |
| | PERIOD FROM        TO |

PHONE (773) 928-4800          FED. ID NO. 36-1115510

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

139390

HC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | | JOSE MENDOZA | 187 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | ENTERED BY CT |
| | | | |
| | | | |

TOTAL HOURS

| FUND | RATE | TOTAL HOURS | AMOUNT | 3,474.7 |
|---|---|---|---|---|
| WELFARE | 4.52 | | $ 15,705.87 | |
| TOTAL (ALL FUNDS) | 4.52 | | | |
| CHECK NUMBER | 23038 | | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return the top portion of Laborers' Pension & Welfare Funds, 53-367 Treasury Center, Chicago, IL 60694-3300

Fund Adm. _____
Union _____

Employer _Galloy & Vanetten_
By _Kathleen White_
Signed by an authorized officer, partner or agent only

REMITTANCE COPY

127-M

2-1700

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY ADMINISTRATION

11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154          TELEPHONE (708-562-0200)

| CODE | | |
|------|---|---|
| 011692 | REPORT FOR HOURS WORKED IN OCT. 2004 | |
| | PERIOD FROM          TO | |

PHONE (773)928-4800          FED. ID NO. 36-1115510

☐ Inactive
☐ Send more forms
☐ Change of address
☐ Change in name

Please check here

Final Report:
☐ Sold (out of) Business
☐ Return to home base

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL. NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | 0225 | LUIS MARQUEZ | 277.5 |
| 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 | 0225 | PAUL PETREANU | 243.5 |
| 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 | 0225 | BRIAN ROBBINS | |
| 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 | 0225 | JONATHAN D WASHINGTON | 273.25 |
| 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 | 0225 | KEVIN D. FOWLER | 271.5 |
| 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 | 0225 | JOHN JORDAN | 301.5 |
| 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 | 0225 | RONALD TULK | 196.5 |
| 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 | | RAMON MANZO | 275 |
| 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 | 0225 | DANIEL PRICE | 239.75 |
| 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 | 0225 | MARK A HUPPERICH | 280 |
| 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 | 0225 | TIMOTHY TURNER | 277.5 |
| 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 | 0225 | JOSE MANUEL DIAZ | 94.5 |
| 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 | 0225 | OSCAR DIAZ | |
| 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 | 0225 | MILTON GOMEZ | 276 |
| 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 | 0225 | OSVALDO DIAZ | 76 |
| 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 | 0225 | JAIRO GARCIA | 279 |
| 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 | 0225 | FABIAN GARCIA | 242 |
| 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 | | DIEGO GARCIA | 55.5 |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Fund Adm. _____

Union _____

Employer _____

By _____
Signed by an authorized officer, partner or agent only

**REMITTANCE COPY**

DP-4

1774M

2-1789

| CODE 011692 | REPORT FOR HOURS WORKED IN OCT. 2004 PERIOD FROM        TO | | ☐ Inactive    PAGE 2 |
|---|---|---|---|

PHONE (773)928-4800     FED. ID NO. 36-1115510

114325I

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

☐ Send more forms
☐ Change of address
☐ Change in name
Please check here
Final Report: ☐
☐ Sold (out of business)
☐ Return to home base

RECEIVED OCT 15 2004

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | | B JOSE MENDOZA | 263 |
| 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 | | JOEL RAMIREZ | 279 |
| 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 | | GERARDO RAMIREZ | 156⁷⁵ |
| | | | |

**TOTAL HOURS**

| FUND | RATE | TOTAL HOURS | AMOUNT | 4,357.5 |
|---|---|---|---|---|
| WELFARE | 4.52 | | | |
| TOTAL(ALL FUNDS) | 4.52 | $19,695.⁹⁰ ✓ | | |
| CHECK NUMBER | 23273 | | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

127-M

Fund Adm.

Union

Employer _Galloy + VaEtt_

By _____ 11/9/04

Signed by an authorized officer, partner or agent only

ENTERED GT

REMITTANCE COPY

DP-4

2-1790

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY ADMINISTRATION

11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154     TELEPHONE 1-708-562-0200

CODE
011692

REPORT FOR HOURS WORKED IN NOV. 2004
PERIOD FROM          TO

PHONE (773)928-4800          FED. ID NO. 36-1115510

□ Inactive
□ Send more forms
□ Change of address
□ Change in name
Final Report:
□ Sold (out of) Business
□ Return to home base

Please check here

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | 0225 | LUIS MARQUEZ | 222 |
| 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 | 0225 | PAUL PETREANU | 219 |
| 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 | 0225 | JOSE G MENDOZA | 215 |
| 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 | 0225 | JONATHAN D WASHINGTON | 217.5 |
| 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 | 0225 | KEVIN O. FOWLER | 225.25 |
| 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 | 0225 | JOHN JORDAN | 245.5 |
| 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 | 0225 | RONALD TULK | 154 |
| 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 | | RAMON MANZO | 223 |
| 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 | 0225 | DANIEL PRICE | 204.75 |
| 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 | 0225 | MARK A HUPPERICH | 232 |
| 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 | 0225 | TIMOTHY TURNER | 222.25 |
| 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 | 0225 | JOSE MANUEL DIAZ | 229.60 |
| 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 | 0225 | OSCAR DIAZ | 10 |
| 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 | 0225 | MILTON GOMEZ | 246.5 |
| 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 | 0225 | OSVALDO DIAZ | 229.5 |
| 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 | 0225 | JAIRO GARCIA | 227 |
| 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 | 0225 | FABIAN GARCIA | 217.5 |
| 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 | | DIEGO GARCIA | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Fund Adm. _____

Union _____

Employer _____

By _____
Signed by an authorized officer, partner or agent only

REMITTANCE COPY

DP-4

127-M

2-1775

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY
11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154       TELEPHONE 1-708-562-0200 ADMINISTRATION

PAGE 2

| CODE | | | | |
|---|---|---|---|---|
| 011692 | REPORT FOR HOURS WORKED IN NOV. 2004 | | ☐ Inactive | |
| | PERIOD FROM        TO | | ☐ Send more forms | |

PHONE (773)928-4800          FED. ID NO. 36-1115510

1145525

☐ Change of address
☐ Change in name
☐ Final Return
☐ Sold out or Business
☐ Return to home base

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

HC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | | RAMIREZ, JOEL | 222 |
| 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 | | RAMIREZ, GERARDO | 212.25 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTAL HOURS** | | | |

| FUND | RATE | TOTAL HOURS | AMOUNT | |
|---|---|---|---|---|
| | | | | 3,974.5 |
| WELFARE | 4.52 | | $17,964.74 | |
| TOTAL(ALL FUNDS) | 4.52 | | | |
| CHECK NUMBER | 23492 | | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Fund Adm. _____

Union _____

Employer _____

By _____
Signed by an authorized officer, partner or agent only

REMITTANCE COPY

DP-4

2-1776

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY
### 11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154
### TELEPHONE 1-708-562-0280 ADMINISTRATION

| Inactive
| Send more forms
| Change of address
| Change in name

Please check here

Final Report:
| Sold (out of) Business
| Return to home base

| CODE | |
|------|--|
| 011694 | |

REPORT FOR HOURS WORKED IN DEC. 2004
PERIOD FROM        TO

PHONE (773)928-4800        FED. ID NO. 36-1115510

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

MC-((25)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | 0225 | LUIS MARQUEZ | 226.5 |
| 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 | 0225 | PAUL PETREANU | 226.75 |
| 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 | 0225 | JOSE G MENDOZA | 219 |
| 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 | 0225 | JONATHAN D WASHINGTON | 222 |
| 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 | 0225 | KEVIN D. FOWLER | 173.75 |
| 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 | 0225 | JOHN JORDAN | 246 |
| 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 | 0225 | RONALD TULK | 169.75 |
| 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 | | RAMON MANZO | 217.5 |
| 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 | 0225 | DANIEL PRICE | 194.5 |
| 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 | 0225 | MARK A HUPPERICH | 231.75 |
| 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 | 0225 | TIMOTHY TURNER | 202 |
| 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 | 0225 | JOSE MANUEL DIAZ | 234 |
| 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 | 0225 | GERARDO RAMIREZ | 223.75 |
| 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 | | JOEL RAMIREZ | 227.5 |
| 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 | 0225 | MILTON GOMEZ | 205.5 |
| 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 | 0225 | OSVALDO DIAZ | 230 |
| 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 | 0225 | JAIRO GARCIA | 226 |
| 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 | 0225 | FABIAN GARCIA | 174.5 |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Fund Adm.

Union

Employer _Galloy + Vanetten Inc_

By _Kathleen Van Etten_
Signed by an authorized officer, partner or agent only

REMITTANCE COPY

DP-4

127-M

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154 · TELEPHONE 1-708-562-0200 ADMINISTRATION

| CODE | | | |
|------|---|---|---|
| 011692 | | | |

REPORT FOR HOURS WORKED IN DEC. 2004
PERIOD FROM          TO

PHONE (773) 928-4800       FED. ID NO. 36-1115510

*I 14818I*

GILLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

Please check here

☐ Inactive       PAGE 2
☐ Send more forms
☐ Change of address          RECEIVED
☐ Change in name
☐ Final Report:
☐ Sold (out of) Business
☐ Return to home base

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | | DIEGO GARCIA | |
| 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 | | DIAZ, OSCAR | 227.5 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | ✓ ENTERED BY CT | |
| | | | |
| | | | |
| TOTAL HOURS | | | 4,078.25 |

| FUND | RATE | TOTAL HOURS | AMOUNT |
|---|---|---|---|
| WELFARE | 4.52 | | 18,433.69 |
| TOTAL(ALL FUNDS) | 4.52 | | |
| CHECK NUMBER | 23737 | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Fund Adm. _____          Employer _____

Union _____          By _____
                                Signed by an authorized officer, partner or agent only

| REMITTANCE COPY |
|---|

DP-4

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY
11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154 · TELEPHONE 1-708-562-0200 ADMINISTRATION

| CODE | | |
|---|---|---|
| 011692 | REPORT FOR HOURS WORKED IN JAN. 2005 | |
| | PERIOD FROM           TO | |

PHONE (773)928-4800          FED. ID NO. 36-1115510

GALLOY & VANETTEN INC
P O BOX 288745
CHICAGO, IL 60628

PAGE 1

- [ ] Inactive
- [ ] Send more forms
- [ ] Change of address
- [ ] Change in name

**Please check here** →

Final Report:
- [ ] Sold (out of) Business
- [ ] Return to home base

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | 0225 | LUIS MARQUEZ | 68 |
| 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 | 0225 | PAUL PETRESNU | 197.5 |
| 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 | 0225 | JOSE G MENDOZA | 154.75 |
| 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 | 0225 | JONATHAN D WASHINGTON | 132 |
| 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 | 0225 | KEVIN D. FOWLER | 138 |
| 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 | 0225 | JOHN JORDAN | 202.75 |
| 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 | 0225 | RONALD TULK | 123.25 |
| 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 | | RAMON MANZO | 148.5 |
| 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 | 0225 | DANIEL PRICE | 131.75 |
| 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 | 0225 | MARK A KUPPERICH | 186.25 |
| 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 | 0225 | TIMOTHY TURNER | 138 |
| 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 | 0225 | JOSE MANUEL DIAZ | 148 |
| 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 | 0225 | GERARDO RAMIREZ | 173 |
| 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 | | JOEL RAMIREZ | 147.75 |
| 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 | 0225 | OSCAR DIAZ | 164 |
| 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 | 0225 | MILTON GOMEZ | 180 |
| 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 | 0225 | OSVALDO DIAZ | 136.5 |
| 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 | 0225 | JAIRO GARCIA | 131.75 |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Fund Adm.

Union

Employer

By
Signed by an authorized officer, partner or agent only

**REMITTANCE COPY**

DP-4

2-1785

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY ADMINISTRATION

11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154        TELEPHONE 1-708-562-0200

| CODE | | |
|---|---|---|
| 011692 | REPORT FOR HOURS WORKED IN JAN. 2005 | |
| | PERIOD FROM        TO | |

☐ Inactive
☐ Send more forms
☐ Change of address
☐ Changed name
☐ Final Report
☐ Sold (out of) Business
☐ Return to home base

Please check here

PHONE (773)928-4800        FED. ID NO. 36-1115510

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

1151700                                        MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | 0225 | FABIAN GARCIA | 76.5 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL HOURS | | | 2,778.25 |

| FUND | RATE | TOTAL HOURS | AMOUNT |
|---|---|---|---|
| WELFARE | 4.52 | | $12,557.69 |
| TOTAL(ALL FUNDS) | 4.52 | | |
| CHECK NUMBER | 23993 | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Fund Adm. _____        Employer _____

Union _____        By _____
                                   Signed by an authorized officer, partner or agent only

127-M

2-1786

| REMITTANCE COPY |
|---|
| DP-4 |

**08C2269  EXHIBIT 2**
TO PLAINTIFF'S
MOTION FOR DEFAULT JUDGMENT
AS TO SUM CERTAIN [11].

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154     TELEPHONE 1-708-562-0200 ADMINISTRATION

☐ Inactive     **PAGE 1**
☐ Send more forms
☐ Change of address
☐ Change in name
Final Report:
☐ Sold (out of) Business
☐ Return to home base

| CODE | |
|------|--|
| 011692 | **REPORT FOR HOURS WORKED IN FEB. 2005** <br> **PERIOD FROM        TO** |

PHONE (773) 928-4800     FED. ID NO. 36-9115510

Please check here

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | 0225 | LUIS MARQUEZ | 160 |
| 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 | 0225 | PAUL PETREANU | 130.75 |
| 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 | 0225 | JOSE G MENDOZA | 159.5 |
| 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 | 0225 | JONATHAN D WASHINGTON | 152 |
| 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 | 0225 | KEVIN D. FOWLER | 157.25 |
| 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 | 0225 | JOHN JORDAN | 210.5 |
| 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 | 0225 | RONALD TULK | 159. |
| 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 | | RAMON MANZO | 160 |
| 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 | 0225 | DANIEL PRICE | 136.75 |
| 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 | 0225 | MARK A HUPPERICH | 192.5 |
| 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 | 0225 | TIMOTHY TURNER | 160 |
| 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 | 0225 | JOSE MANUEL DIAZ | 160 |
| 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 | 0225 | GERARDO RAMIREZ | 181.25 |
| 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 | | JOEL RAMIREZ | 160 |
| 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 | 0225 | OSCAR DIAZ | 2 |
| 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 | 0225 | MILTON GOMEZ | 210 |
| 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 | 0225 | OSVALDO DIAZ | 160 |
| 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 | 0225 | JAIRO GARCIA | 196.5 |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please remit with all dues or with payment to:
Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago, IL 60694-3300

| | | | |
|---|---|---|---|
| Fund Adm. | | Employer | **REMITTANCE COPY** |
| Union | | By _____ <br> Signed by an authorized officer, partner or agent only | DP-4 |

2-1791

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY
11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154    TELEPHONE 1-708-562-0200 ADMINISTRATION

| CODE | | |
|---|---|---|
| 011692 | REPORT FOR HOURS WORKED IN FEB. 2005 PERIOD FROM       TO | |

PHONE (773)928-4800      FED. ID NO. 36-1115510

☐ Inactive    **PAGE 2**
☐ Send more forms
☐ Change of address
☐ Change of name
Final Report:
☐ Sold (out of) Business
☐ Return to home base

Please check here

**RECEIVED MAR 09 2005**

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

1154332                                           MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | 0225 | FABIAN GARCIA | 152 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTAL HOURS** | | | **2,998.5** |

| FUND | RATE | TOTAL HOURS | AMOUNT |
|---|---|---|---|
| WELFARE | 4.52 | | |
| TOTAL(ALL FUNDS) | 4.52 | | $13,553.22 |
| CHECK NUMBER | 24220 | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with payment
Laborers' Pension & Welfare Funds
32367 Treasury Center
Chicago, IL 60694-2300

Fund Adm. _____
Union _____

Employer _____
By _____
Signed by an authorized officer, partner or agent only

**ENTERED**
**ST**
**REMITTANCE COPY**

127-M

2-1792

DP-4

# PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154       TELEPHONE 1-708-562-0200 ADMINISTRATION

CODE
011692

REPORT FOR HOURS WORKED IN MARCH 2005
PERIOD FROM              TO

PHONE (773)928-4800          FED. ID NO. 36-1115510

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

Please
check
here

PAGE 1

- [ ] Inactive
- [ ] Send more forms
- [ ] Change of address
- [ ] Change in name
- [ ] Final Report:
- [ ] Sold out of business
- [ ] Return to home base

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | 0225 | LUIS MARQUEZ | 160 |
| 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 | 0225 | PAUL PETREANU | 150 |
| 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 | 0225 | JOSE G MENDOZA | 128.75 |
| 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 | 0225 | JONATHAN D WASHINGTON | 107 |
| 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 | 0225 | KEVIN D. FOWLER | 149.75 |
| 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 | 0225 | JOHN JORDAN | 193.5 |
| 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 | 0225 | RONALD TULK | 155.75 |
| 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 | 0225 | RAMON MANZO | 160.5 |
| 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 | 0225 | DANIEL PRICE | 142.25 |
| 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 | 0225 | MARK A HUPPERICH | 144 |
| 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 | 0225 | TIMOTHY TURNER | 160 |
| 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 | 0225 | JOSE MANUEL DIAZ | 160 |
| 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 | 0225 | GERARDO RAMIREZ | 145.5 |
| 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 | | JOEL RAMIREZ | 166 |
| 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 | 0225 | OSCAR DIAZ | |
| 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 | 0225 | MILTON GOMEZ | 179.75 |
| 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 | 0225 | OSVALDO DIAZ | 158.5 |
| 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 | 0225 | JAIRO GARCIA | 153.5 |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Fund Adm. _____

Union _____

Employer _____

By _____
Signed by an authorized officer, partner or agent only

REMITTANCE COPY

DP-4

2-1847

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154   TELEPHONE 1-708-562-0200 ADMINISTRATION

CODE
011692

REPORT FOR HOURS WORKED IN MARCH 2005
PERIOD FROM          TO

PHONE (773)928-4800      FED. ID NO. 36-1115510

1157610

GALLOY & VANETTEN INC
P O BOX 288345
CHICAGO, IL 60628

- Inactive
- Send more forms
- Change of address
- Change in name
- Final Report
- Sold (out of) Business

Please check here

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | 0225 | FABIAN GARCIA | 128 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTAL HOURS** | | | **2,742.75** |

| FUND | RATE | TOTAL HOURS | AMOUNT | |
|---|---|---|---|---|
| WELFARE | 4.52 | | $12,397.23 ✓ | |
| TOTAL(ALL FUNDS) | 4.52 | | | |
| CHECK NUMBER | 24427 | | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Fund Adm. _____

Union _____

Employer _____

By _____
Signed by an authorized officer, partner or agent only

ENTERED ST

REMITTANCE COPY

DP-4

2-184H

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154    TELEPHONE 1-708-562-0200 ADMINISTRATION

| CODE | | |
|---|---|---|
| 011692 | REPORT FOR HOURS WORKED IN APRIL 2005 | |
| | PERIOD FROM        TO | |

PHONE (773)928-4800        FED. ID NO. 36-1115510

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

☐ Inactive        **PAGE 1**
☐ Send more forms
☐ Change of address
☐ Change in name

Final Report:
☐ Sold (out of) Business
☐ Return to home base

Please check here

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | 0225 | LUIS MARQUEZ | 197 |
| 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 | 0225 | PAUL PETREANU | 199 |
| 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 | 0225 | JOSE G MENDOZA | 171 |
| 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 | 0225 | JONATHAN D WASHINGTON | 192 |
| 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 | 0225 | KEVIN D. FOWLER | 190.25 |
| 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 | 0225 | JOHN JORDAN | 236 |
| 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 | 0225 | RONALD TULK | 192.75 |
| 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 | 0225 | RAMON MANZO | 201 |
| 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 | 0225 | DANIEL PRICE | 30.25 |
| 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 | 0225 | MARK A HUPPERICH | 199.25 |
| 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 | 0225 | TIMOTHY TURNER | 191.5 |
| 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 | 0225 | JOSE MANUEL DIAZ | 206 |
| 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 | 0225 | GERARDO RAMIREZ | 201.75 |
| 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 | 0225 | JOEL RAMIREZ | 193.25 |
| 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 | 0225 | MILTON GOMEZ | 215 |
| 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 | 0225 | OSVALDO DIAZ | 200 |
| 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 | 0225 | JAIRO GARCIA | 191.5 |
| 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 | 0225 | FABIAN GARCIA | 157.25 |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

127-M

Fund Adm. _____        Employer _____

Union _____        By _____
                              Signed by an authorized officer, partner or agent only

**REMITTANCE COPY**

DP-4

2-1856

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY
11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154     TELEPHONE 1-708-562-8200 ADMINISTRATION

CODE
011692

REPORT FOR HOURS WORKED IN APRIL 2005
PERIOD FROM          TO

PHONE (773)928-4800      FED. ID NO. 36-1115510

1160656

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

PAGE 2

- [ ] Inactive
- [ ] Send more forms
- [ ] Change of address
- [ ] Change in name

Please check here

Final Report
- [ ] Sold (out of) Business
- [ ] Return to home base

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTAL HOURS** | | | |

| FUND | RATE | TOTAL HOURS | AMOUNT | 3,365.25 |
|---|---|---|---|---|
| WELFARE | 4.52 | | | |
| TOTAL(ALL FUNDS) | 4.52 | | $ 15,210.93 | |
| CHECK NUMBER | 24656 | | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Fund Adm.
Union

Employer
By
Signed by an authorized officer, partner or agent only

ENTERED
ST

REMITTANCE COPY
DP-4

2-1855

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY ADMINISTRATION

11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154    TELEPHONE 1-708-562-0200

PAGE 1

- [ ] Inactive
- [ ] Send more forms
- [ ] Change of address
- [ ] Change in name

Final Report:
- [ ] Sold (out of) Business
- [ ] Return to home base

CODE
011692

REPORT FOR HOURS WORKED IN MAY 2005
PERIOD FROM        TO

Please check here

PHONE (773)928-4800        FED. ID NO. 36-1115510

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | 0225 | LUIS MARQUEZ | 160 |
| 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 | 0225 | PAUL PETREANU | 160.25 |
| 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 | 0225 | JOSE G MENDOZA | 92 |
| 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 | 0225 | JONATHAN D WASHINGTON | 151 |
| 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 | 0225 | KEVIN D. FOWLER | 151.25 |
| 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 | 0225 | JOHN JORDAN | 198.25 |
| 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 | 0225 | RONALD TULK | 150.75 |
| 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 | 0225 | RAMON MANZO | 152.5 |
| 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 | 0225 | DANIEL PRICE | |
| 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 | 0225 | MARK A KUPPERICH | 162 |
| 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 | 0225 | TIMOTHY TURNER | 160 |
| 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 | 0225 | JOSE MANUEL DIAZ | 156 |
| 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 | 0225 | GERARDO RAMIREZ | 151 |
| 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 | 0225 | JOEL RAMIREZ | 171 |
| 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 | 0225 | MILTON GOMEZ | 167.75 |
| 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 | 0225 | OSVALDO DIAZ | 158 |
| 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 | 0225 | JAIRO GARCIA | 157 |
| 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 | 0225 | FABIAN GARCIA | 158 |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Fund Adm. _____    Employer _____
Union _____        By _____
                             Signed by an authorized officer, partner or agent only

REMITTANCE COPY
DP-4

127-M

2-1833

| CODE | | |
|---|---|---|
| 011692 | REPORT FOR HOURS WORKED IN MAY 2005 | |
| | PERIOD FROM          TO | |

PHONE (773)928-4800        FED. ID NO. 36-1115510

1162900

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

☐ Inactive    PAGE 2
☐ Send more forms
☐ Change of address
☐ Change in name
Please check here
Final Report
☐ Sold (out of) Business
☐ Return to home base

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTAL HOURS** | | | **2,656.75** |

| FUND | RATE | TOTAL HOURS | AMOUNT |
|---|---|---|---|
| WELFARE | 4.52 | | |
| TOTAL(ALL FUNDS) | 4.52 | | $12,008.51 |
| CHECK NUMBER | 24846 | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

127-41

Fund Adm. _____
Union _____

Employer _____
By _____
Signed by an authorized officer, partner or agent only

ENTERED
ST
REMITTANCE COPY

DP-4

2-1836

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154     TELEPHONE 1-708-562-0200 ADMINISTRATION

| CODE | | PAGE 1 |
|------|---|--------|
| 011692 | REPORT FOR HOURS WORKED IN JUNE 2005 PERIOD FROM     TO | |

PHONE (773)928-4800     FED. ID NO. 36-1115510

Please check here

- [ ] Inactive
- [ ] Send more forms
- [ ] Change of address
- [ ] Change of name
- [ ] Final Report
- [ ] Sold (out of) Business
- [ ] Return to home base

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | 0225 | LUIS MARQUEZ | 151 |
| 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 | 0225 | PAUL PETREANU | 149 |
| 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 | 0225 | JOSE G MENDOZA | 153 |
| 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 | 0225 | JONATHAN D WASHINGTON | 139 |
| 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 | 0225 | KEVIN D. FOWLER | 127.25 |
| 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 | 0225 | JOHN JORDAN | 203.75 |
| 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 | 0225 | RONALD TULK | 151 |
| 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 | 0225 | RAMON MANZO | 147 |
| 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 | 0225 | DANIEL PRICE     TERMINATED | — |
| 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 | 0225 | MARK A HUPPERICH | 163 |
| 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 | 0225 | TIMOTHY TURNER | 152 |
| 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 | 0225 | JOSE MANUEL DIAZ | 159.5 |
| 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 | 0225 | GERARDO RAMIREZ | 116.5 |
| 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 | 0225 | JOEL RAMIREZ | 163.25 |
| 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 | 0225 | MILTON GOMEZ | 179.5 |
| 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 | 0225 | OSVALDO DIAZ | 153.5 |
| 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 | 0225 | JAIRO GARCIA | 152.5 |
| 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 | 0225 | FABIAN GARCIA | 144 |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with payment to: Laborers' Pension & Welfare Funds 33367 Treasury Center Chicago, IL 60694-3300

| Fund Adm. | | Employer | | REMITTANCE COPY |
|---|---|---|---|---|
| Union | | By | Signed by an authorized officer, partner or agent only | DP-4 |

127-M

2-1784

| CODE | | | |
|------|--|--|--|
| 011692 | REPORT FOR HOURS WORKED IN JUNE 2005 PERIOD FROM | TO | |

PHONE (773)928-4500

FED. ID NO. 36-7115510

1/66319

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

- [ ] Inactive
- [ ] Send more forms
- [ ] Change of address
- [X] Change of name
- [ ] Final Report
- [ ] Sold (out of) Business
- [ ] Return to home base

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**TOTAL HOURS**

| FUND | RATE | TOTAL HOURS | AMOUNT | |
|------|------|-------------|--------|--|
| WELFARE | 4.92 | | | 2,604.75 |
| TOTAL(ALL FUNDS) | 4.92 | | $12,815.37 | |
| CHECK NUMBER | 25020 | | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with payment to:
Laborers' Pension & Welfare Funds
P O ... Center
Chicago, IL 60601-3300

127-M

Fund Adm. _____

Union _____

C-1785

Employer _____

By _____
Signed by an authorized officer, partner or agent only

**REMITTANCE COPY**

DP-4

| CODE | | |
|---|---|---|
| D11692 | REPORT FOR HOURS WORKED IN JULY 2005 PERIOD FROM        TO | ☐ Inactive    PAGE 1 |

PHONE (773)928-4800        FED. ID NO. 36-1115510

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

Please check here

☐ Send more forms
☐ Change of address
☐ Change in name

Final Report:
☐ Sold (out of) Business
☐ Return to home base

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | 0225 | LUIS MARQUEZ | 193.5 |
| 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 | 0225 | PAUL PETREANU | 241.75 |
| 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 | 0225 | JOSE G MENDOZA | 171 |
| 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 | 0225 | JONATHAN D WASHINGTON | 192 |
| 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 | 0225 | KEVIN D. FOWLER | 185.75 |
| 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 | 0225 | JOHN JORDAN | 259.75 |
| 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 | 0225 | RONALD TULK | 181.75 |
| 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 | 0225 | RAMON MANZO | 158 |
| 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 | 0225 | MARK A HUPPERICH | 236.50 |
| 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 | 0225 | TIMOTHY TURNER | 152 |
| 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 | 0225 | JOSE MANUEL DIAZ | 222.25 |
| 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 | 0225 | GERARDO RAMIREZ | 246 |
| 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 | 0225 | JOEL RAMIREZ | 179.5 |
| 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 | 0225 | MILTON GOMEZ | 169.75 |
| 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 | 0225 | OSVALDO DIAZ | 194 |
| 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 | 0225 | JAIRO GARCIA | 210.75 |
| 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 | 0225 | FABIAN GARCIA | 136 |
| 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 | | RICHARD STAHLS | 16.3 |

EMPLOYER'S WARRANTY AND ACCEPTANCE: The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

▶ Please complete and return this report with payment to:
Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago, IL 60694-3300

Fund Adm. _____
Union _____

Employer _____
By _____
Signed by an authorized officer, partner or agent only

REMITTANCE COPY

2-3 Z8Z

DP-4

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

**TELEPHONE 1-708-562-0200 ADMINISTRATION**

11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154

| CODE | REPORT FOR HOURS WORKED IN JULY 2005 |
|------|--------------------------------------|
| 011692 | PERIOD FROM                    TO |

FED. ID NO. 36-7175510

PHONE (773)928-4800

Please check here

☐ Inactive    PAGE 2
☐ Send more forms
☐ Change of address
☐ Change in name
☐ Final Report
☐ Sold (out of) Business
☐ Return to home base

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

MC-(225)

1/68935

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**TOTAL HOURS**                                                                   **3493.2**

| FUND | RATE | TOTAL HOURS | AMOUNT |
|------|------|-------------|--------|
| WELFARE | 4.92 | | $17,186.79 |
| TOTAL (ALL FUNDS) | 4.92 | | |

CHECK NUMBER    25269

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with payment to
Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago, IL 60694-3300

Fund Adm. _____

Union _____

Employer _____

By _____
Signed by an authorized officer, partner or agent only

ENTERED
ST
REMITTANCE COPY

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154    TELEPHONE 1-708-562-0200 ADMINISTRATION

| CODE | | |
|---|---|---|
| 011692 | | |

REPORT FOR HOURS WORKED IN AUG. 2005
PERIOD FROM          TO

PHONE (773)928-4800          FED. ID NO. 36-1115510

- [ ] Inactive
- [ ] Send more forms
- [ ] Change of address
- [ ] Change in name

Please check here

Final Report:
- [ ] Sold (out of) Business
- [ ] Return to home base

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | 0225 | LUIS MARQUEZ | 162.5 |
| 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 | 0225 | PAUL PETREANU | 123.25 |
| 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 | 0225 | JOSE G MENDOZA | |
| 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 | 0225 | JONATHAN D WASHINGTON | 153.5 |
| 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 | 0225 | KEVIN D. FOWLER | 154.25 |
| 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 | 0225 | JOHN JORDAN | 203.75 |
| 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 | 0225 | RONALD TULK | 153 |
| 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 | 0225 | RAMON MANZO | 185 |
| 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 | 0225 | MARK A HUPPERICH | 173 |
| 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 | 0225 | TIMOTHY TURNER | 160 |
| 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 | 0225 | JOSE MANUEL DIAZ | 32 |
| 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 | 0225 | GERARDO RAMIREZ | 182.75 |
| 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 | 0225 | JOEL RAMIREZ | 194 |
| 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 | 0225 | MILTON GOMEZ | 199.25 |
| 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 | 0225 | OSVALDO DIAZ | 155.5 |
| 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 | 0225 | JAIRO GARCIA | 146 |
| 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 | 0225 | FABIAN GARCIA | 147.5 |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with payment to:
Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago, IL 60694-3300

Fund Adm. _____    Employer _____

Union _____    By _____
Signed by an authorized officer, partner or agent only

REMITTANCE COPY
DP-4

2-1780

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY
11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154        TELEPHONE 1-708-562-0200 ADMINISTRATION

Case 1:08-cv-02068   Document   Filed 05/... Page 57 of 75

| CODE | | | PAGE 2 |
|---|---|---|---|
| 011692 | REPORT FOR HOURS WORKED IN AUG. 2005 | | ☐ Send more forms |
| | PERIOD FROM          TO | | ☐ Change of address |
| PHONE (773)928-4800 | FED. ID NO. 36-1115510 | Please check here | ☐ Change in name |
| | | | Final Report |

GALLOY & VANETTEN INC
P O BOX 288745
CHICAGO, IL 60628

1173538

☐ Sold (out of) Business
☐ Return to home base

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | | STAHL, RICHARD | 158 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**ENTERED PJ**

| TOTAL HOURS | | | | |
|---|---|---|---|---|

| FUND | RATE | TOTAL HOURS | AMOUNT | 2,683 25 |
|---|---|---|---|---|
| WELFARE | 4.92 | | $13,201.59 | |
| TOTAL (ALL FUNDS) | 4.92 | | | |
| CHECK NUMBER | 2548 | | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with payment to:
Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago, IL 60694-3300

Fund Adm. _____

Union _____

Employer _____

By _____
Signed by an authorized officer, partner or agent only

REMITTANCE COPY
DP-4

2-1781

Oct-11-2005 09:50am From-LABORES HEALTH AND WELFARE   17085620716   T-848 P.001/002 F-676
11466 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154   TELEPHONE 1-708-562-0200 ADMINISTRATION

| CODE | | | | |
|---|---|---|---|---|
| 011692 | REPORT FOR HOURS WORKED IN SEPT. 2005 PERIOD FROM     TO | | | □ Inactive  PAGE 1 |

PHONE (773)928-4800     FED. ID NO. 36-7115510

GALLOY & VANETTEN INC
P O BOX 288745
CHICAGO, IL 60628

□ Inactive  PAGE 1
□ Send more forms
□ Change of address
□ Change in name
Please check here
Final Report:
□ Sold (out of) Business
□ Return to home base

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | 0225 | LUIS MARQUEZ | 197 |
| 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 | 0225 | PAUL PETREANU | 181.75 |
| 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 | 0225 | RICHARD E STAHL | 261.5 |
| 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 | 0225 | JONATHAN D WASHINGTON | 217.75 |
| 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 | 0225 | KEVIN D. FOWLER | 258 |
| 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 | 0225 | JOHN JORDAN | 286.25 |
| 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 | 0225 | RONALD TULK | 182.5 |
| 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 | 0225 | RAMON MANZO | 246 |
| 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 | 0225 | MARK A HUPPERICH | 267.5 |
| 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 | 0225 | TIMOTHY TURNER | 196 |
| 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 | 0225 | JOSE MANUEL DIAZ | |
| 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 | 0225 | GERARDO RAMIREZ | 243 |
| 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 | 0225 | JOEL RAMIREZ | 259.5 |
| 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 | 0225 | MILTON GOMEZ | 281.5 |
| 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 | 0225 | OSVALDO DIAZ | 188 |
| 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 | 0225 | JAIRO GARCIA | 249.5 |
| 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 | 0225 | FABIAN GARCIA | 197.5 |

EMPLOYER'S WARRANTY AND ACCEPTANCE: The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.



Fund Adm. ___   Employer ___
Union ___   By ___

REMITTANCE COPY
DP-4

11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154

LABORERS' HEALTH AND WELFARE

17085620716

T-843  P.002/002  F-676

TELEPHONE 1-708-562-0200 ADMINISTRATION

| CODE | | | |
|---|---|---|---|
| 011692 | REPORT FOR HOURS WORKED IN SEPT. 2005 PERIOD FROM TO | | |

PHONE (773) 928-4800

FED. ID NO. 36-7115510

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

1176347

☐ Inactive   PAGE 2
☐ Send more forms
☐ Change address
☐ Change name
☐ Final Report
☐ Sold (out of) Business
☐ Return to home base

Please check here

NC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

TOTAL HOURS

| FUND | RATE | TOTAL HOURS | AMOUNT | |
|---|---|---|---|---|
| WELFARE | 4.92 | | $18,269.19 | 3,713.25 |
| TOTAL(ALL FUNDS) | 4.92 | | | |
| CHECK NUMBER | 25199 | | | |

EMPLOYER'S WARRANTY AND ACCEPTANCE: The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Laborers' Pension & Welfare Funds
6057 Indiana Center
Chicago, IL 60634-3300

Fund Adm. _____

Union _____

Employer _Galloy & VaEtt_

By _Kathleen VaEtt_
Signed by an authorized officer, partner or agent only

REMITTANCE COPY
DP-4

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY
## 11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154
### TELEPHONE 1-708-562-0200 ADMINISTRATION

| CODE | REPORT FOR HOURS WORKED IN OCT. 2005 |
|------|--------------------------------------|
| 011692 | PERIOD FROM     TO |

PHONE (773)928-4800     FED. ID NO. 36-1115510

☐ Inactive     **PAGE 1**
☐ Send more forms
☐ Change of address
☐ Change in name

Please check here

**Final Report:**
☐ Sold (out of) Business
☐ Return to home base

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | 0225 | LUIS MARQUEZ | 191.5 |
| 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 | 0225 | PAUL PETREANU | 235.5 |
| 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 | 0225 | RICHARD E STAHL | 225.5 |
| 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 | 0225 | JONATHAN D WASHINGTON | 225.5 |
| 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 | 0225 | KEVIN D. FOWLER | 220.25 |
| 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 | 0225 | JOHN JORDAN | 248 |
| 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 | 0225 | RONALD TULK | 162.25 |
| 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 | 0225 | RAMON MANZO | 217 |
| 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 | 0225 | MARK A HUPPERICH | 212 |
| 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 | 0225 | TIMOTHY TURNER | 220 |
| 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 | 0225 | JOSE MANUEL DIAZ | |
| 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 | 0225 | GERARDO RAMIREZ | 162 |
| 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 | 0225 | JOEL RAMIREZ | 195.5 |
| 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 | 0225 | MILTON GOMEZ | 241.5 |
| 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 | 0225 | OSVALDO DIAZ | 213 |
| 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 | 0225 | JAIRO GARCIA | 229.5 |
| 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 | 0225 | FABIAN GARCIA | 212.5 |
| | | DALE LOGGINS | 101 |

EMPLOYER'S WARRANTY AND ACCEPTANCE: The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with payment to:
Laborers' Pension & Welfare Funds
36367 Treasury Center
Chicago, IL 60694-3300

Fund Adm. _____
Union _____

Employer X _____
By _____
Signed by an authorized officer, partner or agent only

**REMITTANCE COPY**
DP-4

2-1721

# LABORERS PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY
11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154    TELEPHONE 1-708-562-0200 ADMINISTRATION

| CODE | | |
|---|---|---|
| 011692 | REPORT FOR HOURS WORKED IN OCT. 2005 PERIOD FROM        TO | |

PHONE (773)929-4800    FED. ID NO. 36-7115510

11178258

- [ ] Inactive    **PAGE 2**
- [ ] Send more forms
- [ ] Change of address
- [ ] Change in name
- Final Report:
- [ ] Sold (out of) Business
- [ ] Return to home base

Please check here

RECEIVED

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 69628

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTAL HOURS** | | | |

| FUND | RATE | TOTAL HOURS | AMOUNT | 3513. |
|---|---|---|---|---|
| WELFARE | 4.92 | 3,513 | | |
| TOTAL(ALL FUNDS) | 4.92 | | 17,283,96 | |
| CHECK NUMBER | 25929 | | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with payment to: Laborers' Pension & Welfare Funds 33397 Treasury Center Chicago, IL 60694-3300

ENTERED ST

REMITTANCE COPY

Fund Adm.
Union

Employer
By

Signed by an authorized officer, partner or agent only

DP-4

2-1722

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154     TELEPHONE 1-708-562-0200 ADMINISTRATION

| CODE | | PAGE 1 |
|------|---|--------|
| 011692 | REPORT FOR HOURS WORKED IN NOV. 2005 PERIOD FROM     TO | ☐ Inactive  ☐ Send more forms |

PHONE (773)928-4800     FED. ID NO. 36-111551U

Please check here

☐ Change of address
☐ Change in name
☐ Final Report   DEC 1 2 2005
☐ Sold (out of) Business   LPWF
☐ Return to home base

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | 0225 | LUIS MARQUEZ | 217 |
| 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 | 0225 | PAUL PETREANU | 228.5 |
| 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 | 0225 | RICHARD E STAHL | 218 |
| 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 | 0225 | JONATHAN D WASHINGTON | 211.5 |
| 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 | 0225 | KEVIN D. FOWLER | 197.5 |
| 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 | 0225 | JOHN JORDAN | 241.25 |
| 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 | 0225 | RONALD TULK | 167 |
| 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 | 0225 | RAMON MANZO | 219.5 |
| 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 | 0225 | MARK A HUPPERICH | 227.5 |
| 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 | 0225 | TIMOTHY TURNER | 224 |
| 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 | 0225 | GERARDO RAMIREZ | 114 |
| 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 | 0225 | JOEL RAMIREZ | 205 |
| 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 | 0225 | MILTON GOMEZ | 193 |
| 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 | 0225 | OSVALDO DIAZ | 215.5 |
| 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 | 0225 | JAIRO GARCIA | 216 |
| 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 | 0225 | FABIAN GARCIA | 216 |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

127-M

Fund Adm. _____
Union _____

Employer _____
By _____
Signed by an authorized officer, partner or agent only

REMITTANCE COPY

DP-4

CODE
011692

REPORT FOR HOURS WORKED IN NOV. 2005
PERIOD FROM              TO

☐ Inactive
PAGE 2
☐ Sending forms
☐ Change of address
☐ Change name
Final Report:
☐ Sold out or Business
☐ Return to home base

PHONE (773)928-4800          FED. ID NO. 36-1775510

1180900

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | | DALE LOGGINS | 119 |
| 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 | | JOSE DIAZ | 187.5 |
| 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 | | JOSE MARQUEZ | 20 |
| | | | |

TOTAL HOURS

| FUND | RATE | TOTAL HOURS | AMOUNT |
|---|---|---|---|
| WELFARE | 4.92 | 3,637.76 | $17,897.73 |
| TOTAL(ALL FUNDS) | 4.92 | | |
| CHECK NUMBER | 26127 | | |

ENTERED PJ

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

127-M
Fund Adm. _____
Union _____

Employer _____
By _____
Signed by an authorized officer, partner or agent only

REMITTANCE COPY

2-1682

DP-4

| CODE | | |
|------|---|---|
| 011692 | | |

REPORT FOR HOURS WORKED IN DEC. 2005
PERIOD FROM          TO

☐ Inactive    **PAGE 1**
☐ Send more forms

PHONE (773) 928-4800          FED. ID NO. 36-1115510

☐ Change of address
☐ Change in name

Please check here

**Final Report:**
☐ Sold (out of) Business
☐ Return to home base

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE      MC-(225) | TOTAL HOURS |
|----------------------------------------|-----------|-------------------------------|-------------|
| 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 | 0225 | LUIS MARQUEZ | 202 |
| 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 | 0225 | PAUL PETREANU | 250.5 |
| 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 | 0225 | RICHARD E STAHL | 221.5 |
| 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 | 0225 | JONATHAN D WASHINGTON | 202 |
| 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 | 0225 | KEVIN D. FOWLER | 172.5 |
| 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 | 0225 | DALE LOGGINS | 40 |
| 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 | 0225 | JOHN JORDAN | 256.25 |
| 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 | 0225 | RONALD TULK | 170 |
| 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 | 0225 | RAMON MANZO | 199.25 |
| 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 | 0225 | MARK A HUPPERICH | 221.75 |
| 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 | 0225 | TIMOTHY TURNER | 178 |
| 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 | 0225 | GERARDO RAMIREZ | 175 |
| 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 | 0225 | JOEL RAMIREZ | 199 |
| 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 | 0225 | MILTON GOMEZ | 204.5 |
| 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 | 0225 | OSVALDO DIAZ | 165 |
| 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 | 0225 | JAIRO GARCIA | 225.25 |
| 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 | 0225 | FABIAN GARCIA | 164.25 |
| 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 | | NAME NOT FOUND | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Fund Adm. _____

Union _____

Employer _____

By _____
Signed by an authorized officer, partner or agent only

| REMITTANCE COPY |
|-----------------|

2-1679

DP-4

Case 1:07-cv-03909 Document 1 Filed 07/12/2007 Page 2 of 2

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY
11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154    TELEPHONE 1-708-562-0200 ADMINISTRATION

| CODE | |
|---|---|
| 011692 | REPORT FOR HOURS WORKED IN DEC. 2005 PERIOD FROM          TO |

☐ Inactive
☐ Send more forms
☐ Change of address
☐ Change of name
Final Report
☐ Sold (out of) Business
☐ Return to home base

**Please check here**

RECEIVED JUL 1 2006

PHONE (773) 928-4800          FED. ID NO. 36-1115510

1183886

GALLOY & VANETTEN INC
P O BOX 288745
CHICAGO, IL 60628

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 359 98 4100 | | JOSE DIAZ | 173.5 |
| 640-05 1514 | | JOSE MARQUEZ | 232 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTAL HOURS** | | | |

| FUND | RATE | TOTAL HOURS | AMOUNT | 3,652 25 |
|---|---|---|---|---|
| WELFARE | 4.92 | | | |
| TOTAL(ALL FUNDS) | 4.92 | | | |
| CHECK NUMBER | 26385 | 3,652.25 | 917,969.07 | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

ENTERED ST

Fund Adm. _____

Union _____

Employer _____

By _____
Signed by an authorized officer, partner or agent only

REMITTANCE COPY
DP-4

2-1680

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY
11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154          TELEPHONE 1-708-562-0200 ADMINISTRATION

| CODE | | |
|---|---|---|
| 011692 | REPORT FOR HOURS WORKED IN JAN. 2006 | |
| | PERIOD FROM          TO | |

PHONE (773)928-4800          FED. ID NO. 36-1115510

Please check here

- [ ] Inactive
- [ ] Send more forms
- [ ] Change of address
- [ ] Change in name
- [ ] Final Report
- [ ] Sold (out of) Business
- [ ] Return to home base

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | 0225 | LUIS MARQUEZ | 56 |
| 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 | 0225 | PAUL PETREANU | 190.5 |
| 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 | 0225 | RICHARD E STAHL | 185.5 |
| 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 | 0225 | JONATHAN D WASHINGTON | 128 |
| 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 | 0225 | KEVIN D. FOWLER | 127.75 |
| 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 | 0225 | DALE LOGGINS | |
| 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 | 0225 | JOHN JORDAN | 203.25 |
| 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 | 0225 | RONALD TULK | 148.5 |
| 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 | 0225 | RAMON MANZO | 134.5 |
| 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 | 0225 | MARK A HUPPERICH | 182 |
| 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 | 0225 | TIMOTHY TURNER | 136 |
| 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 | 0225 | JOSE MANUEL DIAZ | 136 |
| 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 | 0225 | GERARDO RAMIREZ | 134 |
| 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 | 0225 | JOEL RAMIREZ | 136 |
| 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 | 0225 | MILTON GOMEZ | 121.25 |
| 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 | 0225 | OSVALDO DIAZ | 104 |
| 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 | 0225 | JAIRO GARCIA | 182 |
| 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 | 0225 | FABIAN GARCIA | 83.25 |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with your remittance to:
Laborers' Pension & Welfare Funds
33862 Treasury Center
Chicago, IL 60694-3300

| Fund Adm. | | Employer | | REMITTANCE COPY |
|---|---|---|---|---|
| Union | | By | Signed by an authorized officer, partner or agent only | DP-4 |

2-1667

| CODE 011092 | REPORT FOR HOURS WORKED IN JAN. 2006 |
|---|---|
| | PERIOD FROM          TO |

☐ Inactive

☐ Send more forms
☐ Change of address
☐ Change in name
☐ Final Report
☐ Sold (out of) Business
☐ Return to home base

Please check here

PHONE (773)928-4800          FED. ID NO. 36-7115510

1187162

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | | JOSE MARQUEZ | 181 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL HOURS | | | |

| FUND | RATE | TOTAL HOURS | AMOUNT | 2,569.50 |
|---|---|---|---|---|
| WELFARE | 4.92 | | | |
| TOTAL(ALL FUNDS) | 4.92 | $12,641.94 | | |
| CHECK NUMBER | 26583 | | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please mail your remittance by check payable to:
Laborers' Pension & Welfare Funds
33265 Treasury Center
Chicago, IL 60694-3300

Fund Adm. _____

Union _____

Employer _Galloy & VanEtten_

By _____
Signed by an authorized officer, partner or agent only

REMITTANCE COPY

DP-4

2-1 668

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY
11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154　　TELEPHONE 1-708-562-0200 ADMINISTRATION

| CODE | | | | |
|---|---|---|---|---|
| 011692 | REPORT FOR HOURS WORKED IN FEB. 2006 | | | |

PERIOD FROM　　　　　TO

PHONE (773)928-4800　　　FED. ID NO. 36-1115510

☐ Inactive
☐ Send more forms
☐ Change of address
☐ Change in name
Final Report:
☐ Sold (out of) Business
☐ Return (no more base)

Please check here

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | 0225 | LUIS MARQUEZ | 136 |
| 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 | 0225 | PAUL PETREANU | 161.75 |
| 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 | 0225 | RICHARD E STAHL | 164 |
| 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 | 0225 | JONATHAN D WASHINGTON | 120 |
| 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 | 0225 | KEVIN D. FOWLER | 135.5 |
| 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 | 0225 | DALE LOGGINS | |
| 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 | 0225 | JOHN JORDAN | 174.75 |
| 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 | 0225 | RONALD TULK | 149.5 |
| 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 | 0225 | RAMON MANZO | 136 |
| 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 | 0225 | MARK A HUPPERICH | 167.5 |
| 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 | 0225 | TIMOTHY TURNER | 160 |
| 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 | 0225 | JOSE MANUEL DIAZ | 128 |
| 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 | 0225 | GERARDO RAMIREZ | 152 |
| 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 | 0225 | JOEL RAMIREZ | 160 |
| 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 | 0225 | MILTON GOMEZ | 160 |
| 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 | 0225 | OSVALDO DIAZ | 160 |
| 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 | 0225 | JAIRO GARCIA | 156 |
| 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 | 0225 | FABIAN GARCIA | 142 |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with payment to:
Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago, IL 60694-3300

Fund Adm. _____
Union _____

Employer _____
By _____
Signed by an authorized officer, partner or agent only

REMITTANCE COPY

DP-4

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY
11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154    TELEPHONE 1-708-562-0200 ADMINISTRATION

| CODE | |
|---|---|
| 011692 | REPORT FOR HOURS WORKED IN FEB. 2006 |
| | PERIOD FROM      TO |

☐ Inactive
☐ Send more forms
☐ Change of address
☐ Change in name
☐ Final Report
☐ Sold (out of) Business
☐ Return to home base

Please check here

PHONE (773)928-4300      FED. ID NO. 36-7775510

1189684

BALLOY & VANETTEN INC
P O BOX 288745
CHICAGO, IL 60628

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | | JOSE MARQUEZ | 160 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL HOURS | | | |

| FUND | RATE | TOTAL HOURS | AMOUNT |
|---|---|---|---|
| WELFARE | 4.92 | 2,723 | $13397.16 ✓ |
| TOTAL (ALL FUNDS) | 4.92 | | |
| CHECK NUMBER | 26802 | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

► Please complete and return this report with payment to:
**Laborers' Pension & Welfare Funds**
33367 Treasury Center
Chicago, IL 60694-3300

Fund Adm. _____

Union _____

Employer _____

By _____
Signed by an authorized officer, partner or agent only

**REMITTANCE COPY**

DP-4

2-1723

Green s00™ 02060 - Document s02™ 0280-000003889

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY
11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154    TELEPHONE 1-708-562-0200 ADMINISTRATION

| CODE | | |
|---|---|---|
| 011692 | REPORT FOR HOURS WORKED IN MARCH 2006 | |
| | PERIOD FROM            TO | |

PHONE (773)928-4800        FED. ID NO. 36-1115510

☐ Inactive   PAGE 1
☐ Send more forms
☐ Change of address
☐ Change in name
Please check here
Final Report:
☐ Sold (out of) Business
☐ Return to home base

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | 0225 | LUIS MARQUEZ | |
| 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 | 0225 | PAUL PETREANU | 202 |
| 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 | 0225 | RICHARD E STAHL | 202 |
| 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 | 0225 | JONATHAN D WASHINGTON | 192 |
| 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 | 0225 | KEVIN D. FOWLER | 181.75 |
| 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 | 0225 | JOHN JORDAN | 221.5 |
| 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 | 0225 | RONALD TULK | 195.5 |
| 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 | 0225 | RAMON MANZO | |
| 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 | 0225 | MARK A HUPPERICH | 192 |
| 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 | 0225 | TIMOTHY TURNER | 194 |
| 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 | 0225 | JOSE MANUEL DIAZ | |
| 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 | 0225 | GERARDO RAMIREZ | 184 |
| 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 | 0225 | JOEL RAMIREZ | 200 |
| 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 | 0225 | MILTON GOMEZ | 82.5 |
| 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 | 0225 | OSVALDO DIAZ | 200 |
| 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 | 0225 | JAIRO GARCIA | 192 |
| 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 | 0225 | FABIAN GARCIA | 168.25 |
| 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 | | JOSE MARQUEZ | 200 |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

➤ Please complete and return this report with payment to:
Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago, IL 60694-3300

Fund Adm. _____    Employer _Galloy & VanEtten_

Union _____    By _Kathleen V. Sot_
_____    Signed by an authorized officer, partner or agent only

REMITTANCE COPY
DP-4

Case 1:08-cv-02989   Document #14-8   Filed 05/29/2008   Page 71 of 75

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY
11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154   TELEPHONE 1-708-562-0200 ADMINISTRATION

| CODE | | | | |
|---|---|---|---|---|
| 011692 | REPORT FOR HOURS WORKED IN MARCH 2006 | | ☐ Inactive    PAGE 2 | |
| | PERIOD FROM          TO | | ☐ Send more forms | |
| | | | ☐ Change of address | |
| PHONE (773)928-4800        FED. ID NO. 36-1115510 | | Please check here | ☐ Change in name | |
| | | | ☐ Final Report | RECEIVED |
| 1193019 | | | ☐ Sold (out of) Business | |
| GALLOY & VANETTEN INC | | | ☐ Return to home base | |
| P O BOX 288145 | | | | |
| CHICAGO, IL 60628 | | | | |

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL HOURS | | | |

| FUND | RATE | TOTAL HOURS | AMOUNT | 2,807 50 |
|---|---|---|---|---|
| WELFARE | 4.92 | | | |
| TOTAL(ALL FUNDS) | 4.92 | $ 13,812 90 | | |
| CHECK NUMBER | 27001 | | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with payment to:
Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago, IL 60694-3300

| Fund Adm. _____ | Employer _____ | |
|---|---|---|
| Union _____ | By _____ | REMITTANCE COPY |
| | Signed by an authorized officer, partner or agent only | DP-4 |

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO AND VICINITY

TELEPHONE 1-708-562-0200 ADMINISTRATION

11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154

| CODE | |
|------|--|
| 011692 | |

REPORT FOR HOURS WORKED IN APRIL 2006
PERIOD FROM            TO

PHONE (773)928-4800        FED. ID NO. 36-1115510

☐ Inactive   PAGE 1
☐ Send more forms
☐ Change of address
☐ Change in name

**Final Report:**
☐ Sold (out of) Business
☐ Return to home base

Please check here

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | 0225 | LUIS MARQUEZ | |
| 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 | 0225 | PAUL PETREANU | 159.25 |
| 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 | 0225 | RICHARD E STAHL | 160 |
| 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 | 0225 | JONATHAN D WASHINGTON | 162 |
| 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 | 0225 | KEVIN D. FOWLER | 79.5 |
| 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 | 0225 | JOHN JORDEN | 202.25 |
| 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 | 0225 | RONALD TULK | 151.25 |
| 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 | 0225 | RAMON MANZO | |
| 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 | 0225 | MARK A HUPPERICH | 146 |
| 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 | 0225 | TIMOTHY TURNER | 160 |
| 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 | 0225 | JOSE MANUEL DIAZ | |
| 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 | 0225 | GERARDO RAMIREZ | 154 |
| 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 | 0225 | JOEL RAMIREZ | 159 |
| 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 | 0225 | MILTON GOMEZ | |
| 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 | 0225 | OSVALDO DIAZ | 158 |
| 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 | 0225 | JAIRO GARCIA | 170 |
| 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 | 0225 | FABIAN GARCIA | 173.25 |
| 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 | | JOSE MARQUEZ | 170 |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with payment to:
Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago, Il 60694-3300

Fund Adm. _____

Union _____

Employer _____

By _____
Signed by an authorized officer, partner or agent only

REMITTANCE COPY

DP-4

# LABORERS PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY
11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154    TELEPHONE 1-708-562-0200 ADMINISTRATION

| CODE | REPORT FOR HOURS WORKED IN APRIL 2006 | | |
|---|---|---|---|
| 011692 | PERIOD FROM          TO | | |

PHONE (773)928-4900        FED. ID NO. 36-9115510

☐ Inactive    PAGE 2
☐ Send more forms
☐ Change of address
☐ Change in name

Please check here

RECEIVED
MAY 1 2006

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

1195921

Final Report:
☐ Sold (out of) Business
☐ Return to home base

LPWF MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL HOURS | | | 2,204.5 |

| FUND | RATE | TOTAL HOURS | AMOUNT |
|---|---|---|---|
| WELFARE | 4.92 | | |
| TOTAL (ALL FUNDS) | 4.92 | | $10,846 14 |
| CHECK NUMBER | 2718 | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

➤ Please complete and return this report with payment to:
Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago, IL 60694-3300

Fund Adm. _____

Union _____

Employer _____

By _____
Signed by an authorized officer, partner or agent only

REMITTANCE COPY
DP-4

6-1752

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY
11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154     TELEPHONE 1-708-562-0200 ADMINISTRATION

| CODE | |
|---|---|
| 011892 | |

REPORT FOR HOURS WORKED IN MAY 2006
PERIOD FROM          TO

PHONE (773)928-4800     FED. ID NO. 36-1115510

☐ Inactive
☐ Send more forms
☐ Change of address
☐ Change in name

Please check here

**Final Report:**
☐ Sold (out of) Business
☐ Return to home base

GALLOY & VANETTEN INC
P O BOX 288745
CHICAGO, IL 60628

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| 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 | 0225 | PAUL PETREANU | 158 |
| 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 | 0225 | RICHARD E STAHL | 166 |
| 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 | 0225 | JONATHAN D WASHINGTON | 156 |
| 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 | 0225 | KEVIN D. FOWLER | 152 |
| 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 | 0225 | JOHN JORDAN | 202.5 |
| 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 | 0225 | RONALD TULK | 153 |
| 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 | 0225 | MARK A HUPPERICH | 171.5 |
| 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 | 0225 | TIMOTHY TURNER | 166 |
| 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 | 0225 | GERARDO RAMIREZ | 117.5 |
| 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 | 0225 | JOEL RAMIREZ | 165 |
| 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 | 0225 | MILTON GOMEZ | |
| 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 | 0225 | OSVALDO DIAZ | 161 |
| 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 | 0225 | JAIRO GARCIA | 157 |
| 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 | 0225 | FABIAN GARCIA | 85.25 |
| 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 | | JOSE MARQUEZ | 162 |
| 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 | | LUIS A. MARQUEZ | 159 |
| | | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

➤ Please complete and return this report with remittance to:
Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago, IL 60694-3300

Fund Adm. _____

Union _____

Employer _____

By _____
Signed by an authorized officer, partner or agent only

**REMITTANCE COPY**

DP-4

2-0727

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154    TELEPHONE 1-708-562-0200 ADMINISTRATION

| CODE | | |
|---|---|---|
| 011592 | REPORT FOR HOURS WORKED IN MAY 2006 | |
| | PERIOD FROM          TO | |

PHONE (773)928-4800 11847 FED. ID NO. 36-1115510

☐ Inactive    **PAGE 2**
☐ Send more forms
☐ Change of address
☐ Change in name
☐ **RECEIVED** Please check here
Final Report:
☐ Sold (out of) Business
☐ Return to home base

GALLOY & VANETTEN INC
P O BOX 288145
CHICAGO, IL 60628

MC-(225)

| SOCIAL SECURITY NUMBER (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTAL HOURS** | | | 2331.75 |

| FUND | RATE | TOTAL HOURS | AMOUNT |
|---|---|---|---|
| WELFARE | 4.92 | | $ 11,472.21 |
| TOTAL(ALL FUNDS) | 4.92 | | |
| CHECK NUMBER | 27380 | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing Laborer's Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

➤ Please complete and return this report with payment to:
Laborers' Pension & Welfare Funds
33307 Treasury Center
Chicago, IL 60694-3300

Fund Adm. _____    Employer _____
Union _____    By _____
                          Signed by an authorized officer, partner or agent only

ENTERED
REMITTANCE COPY

DP-4

6-1728