IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds, | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) | Case No. 08 C 2269 |
| v. | ) ) | Judge Zagel |
| GALLOY AND VAN ETTEN, INC., an Illinois corporation, | ) ) ) ) | |
| Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COME Plaintiffs, Laborers' Pension Fund and Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity and James S. Jorgensen, Administrator of the Funds, by and through their attorney Jerrod Olszewski, and hereby file this Notice of Voluntary Dismissal dismissing this matter without prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

Date: July 14, 2008

Respectfully submitted,
Laborers' Pension Fund, et al.

By:  /s/ Jerrod Olszewski

Jerrod Olszewski
Office of Fund Counsel
111 West Jackson, Suite 1415
Chicago, IL 60604
(312) 692-1540

## CERTIFICATE OF SERVICE

 The undersigned attorney of record certifies that he caused a copy of this Notice of Voluntary Dismissal to be served upon the addressee listed below via U.S. Mail, first class postage prepaid, this 14th day of July, 2008.

    Galloy and Van Etten, Inc
    Mr. Jack Van Etten, President
    11756 S. Halsted St.
    Chicago, IL  60628

            /s/ Jerrod Olszewski